# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.,* | ) | Case No. 19-12153 (KBO) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

### ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby enter their appearances on behalf of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"), a creditor of the Debtors, and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that they be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

| | |
|---|---|
| David R. Jury, Esquire<br>General Counsel<br><br>Anthony Resnick, Esquire<br>Assistant General Counsel<br><br>United Steelworkers<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA 15222<br>(412) 562-2545 (phone)<br>(412) 562-2429 (fax)<br>djury@usw.org<br>aresnick@usw.org | Susan E. Kaufman, Esquire<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>(302) 472-7420<br>(302) 792-7420 Fax<br>skaufman@skaufmanlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above,

but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of the United Steelworkers.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the United Steelworkers requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for United Steelworkers

Date:  October 1, 2019