**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | ) | Case No. 19-12153 (KBO) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Bank of America, N.A., as administrative agent under the Debtors' senior prepetition revolving credit facility ("Bank of America"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| William L. Wallander | Mark D. Collins (No. 2981) |
| Bradley R. Foxman | David T. Queroli (No. 6318) |
| Matthew J. Pyeatt | RICHARDS, LAYTON & FINGER, P.A. |
| VINSON & ELKINS LLP | 920 North King Street |
| Trammell Crow Center | Wilmington, Delaware 19801 |
| 2001 Ross Avenue, Suite 3900 | Telephone:  (302) 651-7700 |
| Dallas, Texas 75201-2975 | Facsimile:  (302) 651-7701 |
| Telephone:  (214) 220-7700 | Email: collins@rlf.com |
| Facsimile:  (214) 220-7716 |           queroli@rlf.com |
| Email: bwallander@velaw.com | |
|           bfoxman@velaw.com | |
|           mpyeatt@velaw.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Bank of America to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Bank of America's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Bank of America's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Bank of America's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Bank of America is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Bank of America expressly reserves.

RLF1 22131983v.1

Dated: October 2, 2019
      Wilmington, Delaware

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
David T. Queroli (No. 6318)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      queroli@rlf.com

-and-

William L. Wallander
Bradley R. Foxman
Matthew J. Pyeatt
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: bwallander@velaw.com
      bfoxman@velaw.com
      mpyeatt@velaw.com

*Counsel for Bank of America, N.A., as Administrative Agent*