IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*[1]        :    Case No. 19-12153 (KBO)
                                                    :
                            Debtors.                :
                                                    :
                                                    :
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Black Diamond Commercial Finance, LLC in the above-captioned chapter 11 cases. Pursuant to 11 U.S.C. § 1109(b), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

| | |
|---|---|
| Seth A. Niederman (DE No. 4588) | Daniel J. McGuire (IL No. 06239526) |
| FOX ROTHSCHILD LLP | WINSTON & STRAWN LLP |
| 919 North Market Street, Suite 300 | 35 West Wacker Drive |
| Wilmington, DE 19899-2323 | Chicago, IL 60601 |
| Tel: (302) 654-7444 | Tel: (312) 558-5600 |
| Email: sniederman@foxrothschild.com | Email: dmcguire@winston.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits od each Debtor's federal tax identification number are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC ., a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).  The Debtors' mailing address is 138 Highway 3217, LaPlace, LA  70068.

Active\102892248.v1-10/3/19

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE PLEASE TAKE FURTHER NOTICE** that Black Diamond Commercial Finance, L.L.C. does not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its rights:  (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have a U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which Black Diamond Commercial Finance, L.L.C. may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments Black Diamond Commercial Finance, L.L.C. expressly reserves.

All of the above rights are expressly reserved and preserved by Black Diamond Commercial Finance, L.L.C. without exception.

Dated:  October 3, 2019                              FOX ROTHSCHILD LLP

By:  */s/ Seth S. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Tel: (302) 654-7444
Email: sniederman@foxrothschild.com

-and-

Daniel J. McGuire (IL No. 06239526)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Email: dmcguire@winston.com

*Counsel to Black Diamond Commercial Finance, L.L.C.*