## Exhibit 1

*Budget*

**Exhibit 1**
70675998.1

**BSG Cash Flow Analysis**
**13 Week Cash Flow Forecast**

DRAFT- SUBJECT TO CHANGE
PRIVILEGED & CONFIDENTIAL

| | Week 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ending: | 10/4/2019 | 10/11/2019 | 10/18/2019 | 10/25/2019 | 11/1/2019 | 11/8/2019 | 11/15/2019 | 11/22/2019 | 11/29/2019 | 12/6/2019 | 12/13/2019 | 12/20/2019 | 12/27/2019 | Total |
| **Receipts from** | | | | | | | | | | | | | | |
| AR | 2,884,890 | 2,884,890 | 2,884,890 | 2,884,890 | | | | | | | | | | 11,539,560 |
| FG & Billets | | | 2,647,393 | 3,808,773 | 4,505,601 | 5,026,665 | 4,702,031 | 4,702,031 | 4,702,031 | 4,702,031 | 4,702,031 | 4,702,031 | | 44,200,620 |
| Electrodes | | | 346,772 | 346,772 | 346,772 | 346,772 | | | | | | | | 1,387,088 |
| Other Inventory | | | | | | | | | | | | 1,512,173 | | 1,512,173 |
| **Total Receipts** | 2,884,890 | 2,884,890 | 5,879,055 | 7,040,435 | 4,852,373 | 5,373,437 | 4,702,031 | 4,702,031 | 4,702,031 | 4,702,031 | 4,702,031 | 6,214,204 | - | 58,639,440 |
| | | | | | | | | | | | | | | |
| HA Production | 43,000 | 43,000 | 43,000 | 43,000 | | | | | | | | | | 172,000 |
| **Production Costs** | 43,000 | 43,000 | 43,000 | 43,000 | - | - | - | - | - | - | - | - | - | 172,000 |
| | | | | | | | | | | | | | | |
| LP Salaried | - | - | 219,766 | - | 219,766 | - | 219,766 | - | - | 219,766 | - | 219,766 | | 1,098,832 |
| HA Salaried | - | - | 18,195 | - | 13,124 | - | 8,053 | - | 8,053 | - | 8,053 | - | | 55,478 |
| Depot Salaried | - | - | 7,279 | - | 7,279 | - | 7,279 | - | 7,279 | - | 7,279 | - | | 36,393 |
| LP Hourly | - | - | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | 40,796 | | 448,757 |
| HA Hourly | - | 59,988 | 59,988 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | | 403,475 |
| Depot Hourly | - | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | 4,241 | | 46,651 |
| Contractors | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | 55,596 | | 667,147 |
| **Labor & Depots** | 55,596 | 160,620 | 405,860 | 132,133 | 372,302 | 132,133 | 367,231 | 132,133 | 147,464 | 351,899 | 147,464 | 351,899 | - | 2,756,733 |
| | | | | | | | | | | | | | | |
| **Other Ops Costs** | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 390,000 |
| | | | | | | | | | | | | | | |
| **Operating Costs** | 128,596 | 233,620 | 478,860 | 205,133 | 402,302 | 162,133 | 397,231 | 162,133 | 177,464 | 381,899 | 177,464 | 381,899 | 30,000 | 3,318,733 |
| | | | | | | | | | | | | | | |
| Advisors | - | - | - | 66,000 | 150,000 | - | 440,000 | 66,000 | - | 100,000 | - | 526,000 | 800,000 | 2,148,000 |
| Utility Deposits | | 220,624 | | | | | | | | | | | | 220,624 |
| Utility Payments | | | | | | | 231,316 | | | | 209,933 | | | 441,249 |
| IT & Related Costs | | | | | | | 114,427 | | | | 114,427 | | | 228,853 |
| Retention Agreements | | | | | | | | | | | | | 832,500 | 832,500 |
| Critical Vendors | 689,038 | 689,038 | 689,038 | | | | | | | | | | | 2,067,114 |
| ABL Interest | 49,949 | 51,807 | 50,320 | 44,295 | 35,424 | 29,910 | 23,050 | 18,458 | 12,575 | 6,648 | 1,171 | - | - | 323,607 |
| Accrued Payroll & Benefits | 642,911 | | | | | | | | | | | | | 642,911 |
| Accrued Vacation | | 500,000 | 100,000 | | | | | | | | | 56,000 | | 656,000 |
| Sales & Use Tax | | | | 50,000 | | | | | | | | | | 50,000 |
| Insurance Stop-Loss | | | | | | 60,000 | | | | | 60,000 | | | 120,000 |
| Administrative Claims - Ongoing Emplo | 20,000 | 20,000 | 20,000 | 20,000 | 26,857 | 20,000 | 20,000 | 20,000 | 26,857 | 20,000 | 20,000 | 20,000 | | 253,714 |
| Administrative Claims - COBRA | 50,000 | 50,000 | 50,000 | 50,000 | 67,143 | 50,000 | 50,000 | 50,000 | 67,143 | 50,000 | 50,000 | 50,000 | | 634,286 |
| Other | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 195,000 |
| **Total BK & Other** | 1,466,898 | 1,546,470 | 924,358 | 245,295 | 354,424 | 114,910 | 893,792 | 169,458 | 121,575 | 251,648 | 410,530 | 667,000 | 1,647,500 | 8,813,859 |
| | | | | | | | | | | | | | | |
| **Cash Flow** | 1,289,396 | 1,104,800 | 4,475,836 | 6,590,007 | 4,095,647 | 5,096,394 | 3,411,008 | 4,370,441 | 4,402,992 | 4,068,485 | 4,114,037 | 5,165,305 | (1,677,500) | 46,506,848 |
| | | | | | | | | | | | | | | |
| ABL Starting Balance | 37,104,883 | 38,485,487 | 37,380,687 | 32,904,851 | 26,314,844 | 22,219,197 | 17,122,803 | 13,711,794 | 9,341,354 | 4,938,361 | 869,877 | - | - | 37,104,883 |
| L/C Funding Draw | 2,670,000 | - | - | - | - | - | - | - | - | - | - | - | - | 2,670,000 |
| ABL Paydown (Draw) | 1,289,396 | 1,104,800 | 4,475,836 | 6,590,007 | 4,095,647 | 5,096,394 | 3,411,008 | 4,370,441 | 4,402,992 | 4,068,485 | 869,877 | - | - | 39,774,883 |
| **ABL Ending Balance** | 38,485,487 | 37,380,687 | 32,904,851 | 26,314,844 | 22,219,197 | 17,122,803 | 13,711,794 | 9,341,354 | 4,938,361 | 869,877 | - | - | - | - |
| | | | | | | | | | | | | | | |
| Term Starting Balance | 36,500,000 | 36,598,269 | 36,696,803 | 36,795,602 | 36,894,667 | 36,993,999 | 37,093,598 | 37,193,466 | 37,293,602 | 37,394,008 | 37,494,684 | 34,351,471 | 29,278,651 | 36,500,000 |
| PIK | 98,269 | 98,534 | 98,799 | 99,065 | 99,332 | 99,599 | 99,867 | 100,136 | 100,406 | 100,676 | 100,947 | 92,485 | 78,827 | 1,266,943 |
| Paydown (Draw) | - | - | - | - | - | - | - | - | - | - | 3,244,160 | 5,165,305 | (1,677,500) | 6,731,965 |
| **Term Loan Ending** | 36,598,269 | 36,696,803 | 36,795,602 | 36,894,667 | 36,993,999 | 37,093,598 | 37,193,466 | 37,293,602 | 37,394,008 | 37,494,684 | 34,351,471 | 29,278,651 | 31,034,978 | 31,034,978 |