## **Exhibit 2**

*Schedule of Debtors' Accounts*

| Financial Institution | Address | Account Number (Last 5 Digits) | Account Holder | Account Type |
|---|---|---|---|---|
| Bank of America, N.A. | PO Box 15284 Wilmington, DE 19850 | 26979 | BD LaPlace, LLC | Depository ZBA Account |
| Bank of America, N.A. | PO Box 15284 Wilmington, DE 19850 | 26966 | BD LaPlace, LLC | Clearing Account |
| Bank of America, N.A. | PO Box 15284 Wilmington, DE 19850 | 89717 | BD LaPlace, LLC | AP ZBA Account |
| Bank of America, N.A. | PO Box 15284 Wilmington, DE 19850 | 26982 | BD LaPlace, LLC | Payroll ZBA Account |
| J.P. Morgan Chase Bank, N.A | PO Box 182051 Columbus, OH 43218 | 12334 | ArcelorMittal LaPlace, LLC | Operating Account |
| J.P. Morgan Chase Bank, N.A | PO Box 182051 Columbus, OH 43218 | 76563 | ArcelorMittal LaPlace, LLC | General Checking Account |
| First National Bank of Omaha | 1620 Dodge Street Omaha, NE 68197 | 82207 | BD LaPlace, LLC | Commercial Checking Account |

**Exhibit 2**
70675998.1