**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYOU STEEL BD HOLDINGS, L.L.C. et al., | Chapter 11 |
| Debtors, | Case No. 19-12513 (KBO) Joint Administration Pending |

**ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of JLE Industries, LLC ("JLE"), a creditor of the Debtors, and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that he be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to and or served upon the following:

Trent Echard, Esquire

Echard Marquette, P.C.
4773 William Flynn Highway
Allison Park, PA 15101
(412) 998-7000 (phone)
(412) 274-0102 (fax)
trent@trustemlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of JLE.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), JLE requests that its attorney be provided with copies of any disclosure statements or plans of reorganization.

FURTHER, I am entering my appearance pursuant to Local Rule 9010-1(e)(iii).

Respectfully submitted,

ECHARD MARQUETTE, P.C.

/s/ Trent Echard_____
Trent Echard, Esq.
Pa. I.D. No. 206598
trent@trustemlaw.com

4773 William Flynn Highway
Allison Park, PA 15101
(412) 998-7000
(412) 274-0102 (fax)

Counsel for JLE Industries, LLC

Dated: October 3, 2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAYOU STEEL BD HOLDINGS, L.L.C. et al., | Chapter 11 |
| Debtors, | Case No. 19-12513 (KBO) Joint Administration Pending |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing filing has been served by U.S. First Class Mail on October 4, 2019 on the following:

Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Polsinelli, P.C.
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

/s/ Trent Echard_____
Trent Echard, Esq.
Pa. I.D. No. 206598
trent@trustemlaw.com

4773 William Flynn Highway
Allison Park, PA 15101
(412) 998-7000
(412) 274-0102 (fax)