# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) ) | CHAPTER 11 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, ) ) ) | CASE NO. 19-12153 (kbo) |
| ) ) | JOINTLY ADMINISTERED |
| DEBTORS. ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned, Gary D. Bressler, Esquire, Michael R. Morano, Esquire and David P. Primack, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appear for Westchester Fire Insurance Company and its affiliated sureties ("Westchester"), and, pursuant to Rules 2002(g), 2002(i), and 9007, request, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile numbers set forth below:

| | |
|---|---|
| Gary D. Bressler, Esq.<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>(T): (302) 300-4515; (F): (302) 654-4031<br>gbressler@mdmc-law.com | Michael R. Morano, Esq.<br>**McElroy, Deutsch, Mulvaney& Carpenter, LLP**<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07960<br>(T): 973-425-4174; (F): 973-425-0161<br>mmorano@mdmc-law.com |
| David W. Giattino, Esq.<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>(T): (302) 300-4515; (F): (302) 654-4031<br>dgiattino@mdmc-law.com | |

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or any drafts, thereof), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above addresses.

PLEASE TAKE FURTHER NOTICE that Westchester does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Westchester for such purpose.

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: October 4, 2019 | /s/ *Gary D. Bressler* |
|  | Gary D. Bressler, Esq. (No. 5544) |
|  | 300 Delaware Avenue, Suite 770 |
|  | Wilmington, DE 19801 |
|  | Telephone: 302-300-4515; Facsimile: 302-645-4031 |
|  | gbressler@mdmc-law.com |
|  | *Counsel to Westchester Fire Insurance Company and its affiliated sureties* |