**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Bayou Steel BD Holdings, L.L.C., Inc. | : | Case No. 19-12153 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Tokia Caribon GE LLC**, Attn: Jay McCloy, 6210 Ardey Kell Road, Suite 270, Charolette, NC 28277, Phone: 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

2. **Tri Coastal Trading, L.L.C.**, Attn: Ted Ruggiero, 11931 Wickchester, Suite 201, Houston, TX 77043, Phone: 281-902-0260

3. **Louisiana Scrap Metal Recycling of Baton Rouge, Inc.,** Attn: Daniel Richard, 2200 Cameron Street, Lafayette, LA 70506, Phone: 225-287-2516, Fax; 225-369-1101

4. **American State Equipment Co., Inc.,** Attn: Timothy Kraut, 2055 S. 108th Street, P.O. Box 27087, Milwaukee, WI 53227, Phone: 414-541-8700, Fax: 414-541-1892

5. **United Steelworkers,** Attn: David Jury, 60 Blvd of the Allies, Pittsburgh, PA 15222, Phone: 412-562-2562, Fax: 412-562-2429


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Linda Casey* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 10, 2019

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher Ward, Esq., Phone: 302-252-0920, Fax: 302-252-0921