# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 22, 2019 AT 1:00 P.M. (ET)[2]

**MATTER GOING FORWARD**

1. Motion of Debtors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (I) Approving the Stipulation Between the Debtors and American State Equipment Co., Inc. and (II) Granting Related Relief [Docket No. 83; Filed: 10/15/2019]

    Objection Deadline:    October 21, 2019 at 12:00 p.m.

    Related Document(s):

    a)    Notice of Hearing [Docket No. 93; Filed: 10/16/2019]

    Response(s) Received:    None at this time.

    Status:    As the objection deadline has not yet passed, this matter may go forward. Notwithstanding, the Debtors understand that both the Official Committee of Unsecured Creditors and the Prepetition Agent do not oppose the relief sought through this Motion.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

70879563.1

Dated: October 18, 2019
    Wilmington, Delaware                   **POLSINELLI PC**

                                           */s/ Shanti M. Katona*
                                           Christopher A. Ward (Del. Bar No. 3877)
                                           Shanti M. Katona (Del. Bar No. 5352)
                                           Stephen J. Astringer (Del. Bar No. 6375)
                                           222 Delaware Avenue, Suite 1101
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 252-0920
                                           Facsimile: (302) 252-0921
                                           cward@polsinelli.com
                                           skatona@polsinelli.com
                                           sastringer@polsinelli.com

                                           *Proposed Counsel to the Debtors and*
                                           *Debtors in Possession*