IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*[1]

                              Debtors.

Chapter 11
(Jointly Administered)

Case No. 19-12153 (KBO)

---------------------------------------------------------------X

**JOINDER OF BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. TO THE DEBTORS' AND BANK OF AMERICA'S RESPECTIVE OBJECTIONS TO THE MOTION OF WARN ACT CLAIMANTS TO TRANSFER VENUE OF THREE AFFILIATED CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO DEBTORS' OBJECTION**

Black Diamond Commercial Finance, L.L.C. ("Black Diamond"), by and through its counsel, hereby joins in: (i) the *Objection of Debtors to Motion of Warn Act Claimants to Transfer Venue of Three Affiliated Cases to the United States Bankruptcy Court for the Eastern District of Louisiana* (the "Debtors' Objection")[2] to the *Motion of Warn Act Claimants to Transfer Venue of Three Affiliated Cases to the United States Bankruptcy Court for the Eastern District of Louisiana* (the "Motion")[3]: (ii) the *Objection of Bank of America, N.A. to the Motion* (the "BOA Objection")[4]; and (iii) the *Joinder of the Official Committee of Unsecured Creditors* ("Committee Joinder")[5] *to Debtors' Objection to the Motion,* and respectfully requests that this

---

[1] The Debtors in these chapter 11 cases are: Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, L.L.C., and BD LaPlace, LLC.
[2] Docket No. 143.
[3] Docket No. 68.
[4] Docket No. 145.
[5] Docket No. 144.

14125956.3

Court enter an order: (i) denying the Motion and (ii) granting such other and further relief as this Court deems just and proper.

Dated: October 30, 2019

FOX ROTHSCHILD LLP

By: */s/ Seth S. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Tel: (302) 654-7444
Email: sniederman@foxrothschild.com

-and-

Daniel J. McGuire (IL No. 06239526)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Email: dmcguire@winston.com

*Counsel to Black Diamond Commercial Finance, L.L.C.*