**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Chapter 11 |
| | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 5, 2019 AT 1:00 P.M. (ET)[2]**

## MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

1. Motion of Debtors for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 8; Filed: 10/1/2019]

   Objection Deadline: October 29, 2019 at 4:00 p.m.

   Related Document(s):

   a) Notice of Hearing [Docket No. 58; Filed: 10/4/2019]

   b) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 156; Filed: 10/31/2019]

   Response(s) Received: None.

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

2. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Forwarders, and (II) Granting Related Relief [Docket No. 9; Filed: 10/1/2019]

   Objection Deadline: October 29, 2019 at 4:00 p.m.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

Related Document(s):

a) Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Forwarders, and (II) Granting Related Relief [Docket No. 45; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, and Freight Forwarders, and (II) Granting Related Relief [Docket No. 162; Filed: 10/31/2019]

Response(s) Received: Informal comments from the Official Committee of Unsecured Creditors.

Status: A consensual revised proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

3. Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 10; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Interim Order Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 43; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Certification of Counsel Regarding Final Order Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming

Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 163; Filed: 10/31/2019]

Response(s) Received: None.

Status: A revised proposed form of final order has been filed under certification of counsel revising the final form of order filed with the original motion to conform to changes received prior to or at the hearing on October 3, 2019. No hearing is necessary unless the Court directs otherwise.

4. Motion of Debtors for Interim and Final Orders Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 12; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Interim Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 50; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Certification of Counsel Regarding Final Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 168; Filed: 10/31/2019]

Response(s) Received: None.

Status: A revised proposed form of final order has been filed under certification of counsel revising the final form of order filed with the original motion to conform to changes received prior to or at the hearing on October 3, 2019. No hearing is necessary unless the Court directs otherwise.

5. Motion of Debtors for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 13; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Interim Order Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 40; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Certification of Counsel Regarding Final Order Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 164; Filed: 10/31/2019]

Response(s) Received: None.

Status: A revised proposed form of final order has been filed under certification of counsel revising the final form of order filed with the original motion to conform to changes received prior to or at the hearing on October 3, 2019. No hearing is necessary unless the Court directs otherwise.

6. Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 86; Filed: 10/15/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Certificate of No Objection Regarding Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 157; Filed: 10/31/2019]

Response(s) Received: None.

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

7. Application of the Debtors (I) to Employ and Retain Candlewood Partners, LLC as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Docket No. 87; Filed: 10/15/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Certification of Counsel Regarding Application of the Debtors (I) to Employ and Retain Candlewood Partners, LLC as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Docket No. 165; Filed: 10/31/2019]

Response(s) Received: Informal comments from the Office of the United States Trustee and Bank of America as the Prepetition Agent.

Status: A consensual revised proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

8. Motion of Debtors for Entry of an Order Authorizing the Retention and Payment of Certain Professionals Utilized By the Debtors in the Ordinary Course of Business [Docket No. 119; Filed: 10/22/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Certification of Counsel Regarding Order Authorizing the Retention and Payment of Certain Professionals Utilized By the Debtors in the Ordinary Course of Business [Docket No. 170; Filed: 11/1/2019]

Response(s) Received: Informal comments from the Office of the United States Trustee, the Official Committee of Unsecured Creditors and Bank of America as Prepetition Agent.

Status: A consensual revised proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

9. Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 120; Filed: 10/22/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 167; Filed: 10/31/2019]

Response(s) Received: Informal comments from the Office of the United States Trustee and Bank of America as Prepetition Agent.

Status: A consensual revised proposed form of final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

**MATTERS GOING FORWARD**

10. Motion of Debtors for Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, (III) Preventing Insurance Companies From Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief from the Automatic Stay, and (IV) Authorizing the Debtors to Continue to Honor Premium Financing Obligations [Docket No. 4; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Interim Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, (III) Preventing Insurance Companies From Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief from the Automatic Stay, and (IV) Authorizing the Debtors to Continue to Honor Premium Financing Obligations [Docket No. 48; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

Response(s) Received:

a) The Travelers Indemnity Company's Limited Objection to the Debtors' Motion for an Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, (III) Preventing Insurance Companies From Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief from the Automatic Stay, and (IV) Authorizing the Debtors to Continue to Honor Premium Financing Obligations [Docket No. 146; Filed: 10/30/2019]

Status: The parties continue to discuss the form of order. This matter will go forward unless a resolution is reached in advance of the hearing.

11. Motion of Debtors for an Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 6; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m.

Related Document(s):

a) Interim Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 53; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

Response(s) Received: Informal comments from the Prepetition Agent.

Status: The Debtors and the Prepetition Agent continue to discuss the form of order. This matter will go forward unless a resolution is reached in advance of the hearing.

12. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 11; Filed: 10/1/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m. (extended for Rockwood)

Related Document(s):

a) Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 46; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Noticing of Filing Proposed Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 159; Filed: 10/31/2019]

Response(s) Received:

a) Objection of Entergy Louisiana, LLC to Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 132; Filed: 10/29/2019]

b) Westchester Fire Insurance Company, *et al.'s* Omnibus Objection to the Bid Procedures, Cash Collateral, and Utility Motions [Docket No. 139; Filed 10/29/2019]

c) Informal responses from the Official Committee of Unsecured Creditors, Edgeworth Municipal Authority, Rockwood, and the Harriman Utility Board

Status: The Debtors continue to negotiate with Entergy Louisiana, LLC, Westchester Fire Insurance Company regarding the relief in the motion. The Debtors continue to negotiate with Rockwood and Harriman Utility Board solely with request to adequate assurance. This matter will go forward.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 24; Filed: 10/2/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m. (Replies extended to Noon, November 1, 2019 with permission from chambers)

Related Document(s):

a) Agreed Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 42; Entered: 10/3/2019]

b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 57; Filed: 10/4/2019]

c) Reply of Debtors in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 174; Filed: 11/1/2019]

Response(s) Received:

a) Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 171; Filed: 10/29/2019]

b) Westchester Fire Insurance Company, *et al.'s* Omnibus Objection to the Bid Procedures, Cash Collateral, and Utility Motions [Docket No. 139; Filed 10/29/2019]

c) Bank of America, N.A.'s Reply to the Official Committee of Unsecured Creditors' Objection to the Debtors' Motion to Use Cash Collateral [Docket No. 173; Filed: 11/1/2019]

Status: The parties continue to negotiate the form of order. This matter will go forward.

14. Motion of WARN Act Claimants to Transfer Venue of Three Affiliated Chapter 11 Bankruptcy Cases to the United States Bankruptcy Court for the Eastern District of Louisiana [Docket No. 68; Filed: 10/10/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m. (extended for certain parties)

Related Document(s):

a) Notice of Hearing [Docket No. 95; Filed: 10/16/2019]

Response(s) Received:

a) Declaration in Support of Motion of WARN Act Claimants to Transfer Venue of Three Affiliated Chapter 11 Bankruptcy Cases to the United States Bankruptcy Court for the Eastern District of Louisiana [Docket No. 85; Filed: 10/15/2019]

b) Objection of Debtors to the Motion of WARN Act Claimants to Transfer Venue of Three Affiliated Cases to the United States Bankruptcy Court for the Eastern District of Louisiana [Docket No. 143; Filed: 10/30/2019]

c) Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to the Motion of WARN Act Claimants to Transfer Venue of Three Affiliated Cases to the United States Bankruptcy Court for the Eastern District of Louisiana [Docket No. 144; Filed: 10/30/2019]

d) Objection of Bank of America, N.A. to the Motion of the WARN Act Claimants to Transfer Venue to the United States Bankruptcy Court for the Eastern District of Louisiana [Docket No. 145; Filed: 10/30/2019]

e) Joinder of Black Diamond Commercial Finance, L.L.C. to the Debtors' and Bank of America's Respective Objections to the Motion of WARN Act Claimants to Transfer Venue of Three Affiliated Chapter 11 Bankruptcy Cases to the United States Bankruptcy Court for the Eastern District of Louisiana and to the Official Committee of Unsecured Creditors' Joinder to Debtors' Objection [Docket No. 148; Filed: 10/30/2019]

Status: This matter will go forward on a contested basis.

15. Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 73; 10/11/2019]

Objection Deadline: October 29, 2019 at 4:00 p.m. (extended for the Official Committee of Unsecured Creditors)

Related Document(s):

a) Notice of Hearing [Docket No. 92; Filed: 10/16/2019]

Response(s) Received:

a) Westchester Fire Insurance Company, *et al.'s* Omnibus Objection to the Bid Procedures, Cash Collateral, and Utility Motions [Docket No. 139; Filed 10/29/2019]

b) Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 161; Filed: 10/31/2019]

c) Informal comments from the Office of the United States Trustee; Bank of America as the Prepetition Agent; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial, and Service Workers International Union; and the Pension Benefit Guaranty Corporation

Status: The parties continue to negotiate the form of order. This matter will go forward.

Dated: November 1, 2019
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Shanti M. Katona*

Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
sastringer@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*