IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., et al., | Case No. 19-12153 (KBO) |
| Debtors | (Jointly Administered) |

### DECLARATION OF CHAD BOURGEOIS

I, Chad Bourgeois, declare under penalty of perjury that the statements below are true and correct:

1. I am the Chief Financial Officer of River Parish Contractors, Inc. ("RPC") and authorized to make this declaration.

2. RPC is a very substantial unsecured creditor in the Bayou Steel BD Holdings, L.L.C. Chapter 11 case pending in the United States Bankruptcy Court for the District of Delaware and is currently owed $761,414.86.

3. All work performed by RPC for Bayou Steel was undertaken in the State of Louisiana. To the extent any witnesses are required to prove up or to contest RPC's claim, the witnesses for both RPC and Bayou Steel are located in Louisiana.

4. It will be extremely inconvenient and pose a substantial economic burden for RPC if it is forced to retain Delaware counsel and pursue its claim in the Delaware bankruptcy court.

5. RPC supports the transfer of the case to the Eastern District of Louisiana for all of the foregoing reasons. Further, the vast majority of Bayou Steel's business operations were conducted in the State of Louisiana up

{N1720498 -}

through the date of its bankruptcy, its existing and former employees are located in Louisiana and the citizens of Louisiana have a vital interest in the outcome of this proceeding whereas the State of Delaware is simply the jurisdiction in which Bayou Steel elected to incorporate but, to my knowledge and belief, Bayou Steel has no other contact with the State of Delaware.

Executed on the 1st day of November, 2019.

*[signature]*
CHAD BOURGEOIS

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 1st DAY OF NOVEMBER, 2019.

*[signature]*
NOTARY PUBLIC

HENRY A. KING
LA BAR NO. 7393
NOTARY PUBLIC
State of Louisiana
My Commission is issued for life

{N1720498 -}