**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 12, 2019 AT 11:00 A.M. (ET)[2]**

**MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion of Debtors for Entry of an Order Authorizing Them to Redact and File Under Seal Certain Information Contained in the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 138; Filed: 10/29/2019]

    Objection Deadline:    November 5, 2019 at 4:00 p.m.

    Related Document(s):

    a) Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief (REDACTED) [Docket No. 137; Filed: 10/29/2019]

    b) Notice of Filing of Revised Redacted Schedules to the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 209; Filed: 11/7/2019]

    c) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing Them to Redact and File Under Seal Certain Information Contained in the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

71129910.1

and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 211; Filed: 11/7/2019]

Response(s) Received:    Informal comments from the Office of the United States Trustee

Status:    The Debtors have filed revised redacted schedules in accordance with the Office of the United States Trustee's request.  A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

**CONTESTED MATTER GOING FORWARD**

2.  Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief (SEALED) [Docket No. 136; Filed: 10/29/2019]

    Objection Deadline:    November 5, 2019 at 4:00 p.m. (extended to noon, November 7, 2019 for the Prepetition Agent, the Official Committee of Unsecured Creditors and the Office of the United States Trustee)

    Related Document(s):

    a)  Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief (REDACTED) [Docket No. 137; Filed: 10/29/2019]

    b)  Notice of Filing of Revised Redacted Schedules to the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 209; Filed: 11/7/2019]

    c)  Declaration of Charles S. Deutchman in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 210; Filed: 11/7/2019]

    Response(s) Received:

    a)  The United States Trustee's Objection to Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 208; Filed: 11/7/2019]

    b)  Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Implement

        the Key Employee Incentive Plan and Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 212; Filed: 11/7/2019]

Status:     The Debtors are working with the Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors to address the concerns raised in the objections. This matter will go forward.

Dated: November 7, 2019         Respectfully submitted,
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
sastringer@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

71129910.1