# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., et al.,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Hugo Alexander Maida, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 6, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **[Notice re:] First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2019 to October 31, 2019** [Docket No. 288].

[This space left intentionally blank.]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

Furthermore, on December 6, 2019, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2019 to October 31, 2019** [Docket No. 288]; and

- **Notice of Filing of First Monthly Staffing and Compensation Report of Shared Management Resources, LTD. for the Period October 19, 2019 Through October 31, 2019** [Docket No. 289].

Dated: December 11, 2019

/s/ Hugo Alexander Maida
Hugo Alexander Maida
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of December, 2019, by Hugo Alexander Maida proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/ Tori Harris

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee of Unsecured Creditors; Top 30 Creditors | American State Equipment Co., Inc | Attn: Timothy Kraut | tkraut@amstate.com |
| Counsel to RHI US Ltd. and Magnesita Refractories Company | Ballard Spahr LLP | Matthew G Summers, Chantelle D McClamb | mcclambc@ballardspahr.com; summersm@ballardspahr.com; |
| Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | BIELLI & KLAUDER, LLC | David M. Klauder, Esquire | dklauder@bk-legal.com |
| Counsel to Port of South Louisiana | Breazeale Sachse & Wilson LLP | Alan H. Goodman & Richard G. Passler | alan.goodman@bswllp.com; richard.passler@bswllp.com |
| Counsel to Oracle America, Inc. | Buchalter PC | Shawn M Christianson | schristianson@buchalter.com |
| Counsel to Hero Lands Company, LLC | Carver Darden | Francis J Lobrano | lobrano@carverdarden.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Cohen, Weiss and Simon LLP | Richard M Seltzer, Melissa S Woods | rseltzer@cwsny.com; mwoods@cwsny.com |
| Counsel to M. Brashem, Inc. and MBI Rolls, LLC; and Rockwood Water, Sewer and Gas | Connolly Gallagher LLP | Karen C Bifferato, Kelly M Conlan, Christopher Griffiths | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to JLE Industries, LLC | Echard Marquette PC | Trent Echard | trent@trustemlaw.com |
| Counsel to TMS International, LLC | Elliott Greenleaf PC | Rafael X Zahralddin-Aravena, Eric M Sutty | rxza@elliottgreenleaf.com; ems@elliottgreenleaf.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to D&B Metals Inc. | Jackson Walker LLP | Michael S. Held | mheld@jw.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Law Office of Susan E Kaufman LLC | Susan E Kaufman | skaufman@skaufmanlaw.com |
| Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana | Douglas M. Chapoton, Esquire | douglas.chapoton@bcbsla.com |
| Counsel to Westchester Fire Insurance Company and its affiliated sureties | McElroy Deutsch Mulvaney & Carpenter LLP | Gary D Bressler, David W Giattino | gbressler@mdmc-law.com; dgiattino@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company and its affiliated sureties | McElroy Deutsch Mulvaney & Carpenter LLP | Michael R Morano | mmorano@mdmc-law.com |
| PBGC | Pension Benefit Guaranty Corporation | C Wayne Owen Jr, Simon J Torres | owen.wayne@pbgc.gov; efile@pbgc.gov; torres.simon@pbgc.gov |
| Counsel to Traxys North America LLC | Price Meese Shulman & D'Arminio PC | Rick A. Steinberg | rsteinberg@pricemeese.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Marc Berger Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to Hero Lands Company, LLC | Smith Kane Holman LLC | Robert M. Greenbaum, Esquire | rgreenbaum@skhlaw.com |
| Counsel to State of Louisiana, Office of the Attorney General | State of Louisiana Department of Justice, Office of Attorney General Jeff Landry | Christopher Lento | lentoc@ag.louisiana.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee of Unsecured Creditors; Top 30 Creditors | Tri Coastal Trading LLC | Attn: Ted Ruggiero | info@tricoastaltrading.com |
| Counsel to Tokai Carbon GE LLC | Troutman Sanders LLP | Amy Pritchard Williams | amy.williams@troutman.com |
| Union Pacific Railroad Company | Union Pacific Railroad Company | Tonya W Conley, Lila L Howe | bankruptcynotices@up.com |
| Committee of Unsecured Creditors; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | United Steelworkers | David R Jury, Anthony Resnick | djury@usw.org; aresnick@usw.org |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |

# EXHIBIT B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors; Top 30 Creditors | American State Equipment Co., Inc | Attn: Timothy Kraut | 2055 South 108th Street | PO Box 270287 | Milwaukee | WI | 53227 |
| Counsel to RHI US Ltd. and Magnesita Refractories Company | Ballard Spahr LLP | Matthew G Summers, Chantelle D McClamb | 919 Market Street, 11th Floor | | Wilmington | DE | 19801 |
| Counsel to Oracle America, Inc. | Buchalter PC | Shawn M Christianson | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 |
| Counsel to Hero Lands Company, LLC | Carver Darden | Francis J Lobrano | 147 Keating Drive | PO Box 208 | Belle Chasse | LA | 70037 |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Cohen, Weiss and Simon LLP | Richard M Seltzer, Melissa S Woods | 900 Third Avenue, 21st Floor | | New York | NY | 10036 |
| DE AG Office | Delaware Attorney General | Matthew Denn | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 |
| Counsel to TMS International, LLC | Elliott Greenleaf PC | Rafael X Zahralddin-Aravena, Eric M Sutty | 1105 N. Market Street, Suite 1700 | | Wilmington | DE | 19801 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Law Office of Susan E Kaufman LLC | Susan E Kaufman | 919 North Market Street, Suite 460 | | Wilmington | DE | 19801 |
| Committee of Unsecured Creditors; Top 30 Creditors | Louisiana Scrap Metal Recycling of Baton Rouge, Inc. | Attn: Daniel Richard | 2200 Cameron Street | | Lafayette | LA | 70506 |
| PBGC | Pension Benefit Guaranty Corporation | C Wayne Owen Jr, Simon J Torres | 1200 K Street, N.W. | Office of the General Counsel | Washington | DC | 20005-4026 |
| Counsel to Traxys North America LLC | Price Meese Shulman & D'Arminio PC | Rick A. Steinberg | 50 Tice Boulevard, Suite 380 | | Woodcliff Lake | NJ | 07677 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| Counsel to Hero Lands Company, LLC | Smith Kane Holman LLC | Robert M. Greenbaum, Esquire | 112 Moores Road, Suite 300 | | Malvern | PA | 19355 |
| Committee of Unsecured Creditors | Tokia Caribon GE LLC | Attn: Jay McCloy | 6210 Ardey Kell Road, Suite 270 | | Charolette | NC | 28277 |
| Committee of Unsecured Creditors; Top 30 Creditors | Tri Coastal Trading LLC | Attn: Ted Ruggiero | 11931 Wickchester | Suite 201 | Houston | TX | 77043 |
| Union Pacific Railroad Company | Union Pacific Railroad Company | Tonya W Conley, Lila L Howe | 1400 Douglass Street, Stop 1580 | | Omaha | NE | 68179 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | United Steelworkers | David R Jury, Anthony Resnick | 60 Boulevard of the Allies, Room 807 | | Pittsburgh | PA | 15222 |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |

# EXHIBIT C

**Exhibit C**
**Fee App Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | G David Dean, Patrick J Reilley, Katherine M Devanney | ddean@coleschotz.com; preilley@coleschotz.com; kdevanney@coleschotz.com |
| Debtor | Debtors, Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, LLC, and BD LaPlace, LLC | Attn: Alton Davis | alton.davis@bayousteel.com |
| Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent | Fox Rothschild LLP | Seth A Niederman | sniederman@foxrothschild.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Jason R Adams, Lauren S Schlussel | jadams@kelleydrye.com; lschlussel@kelleydrye.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Counsel for the Debtor | Polsinelli PC | Christopher A. Ward, Shanti M. Katona, Stephen J. Astringer | cward@polsinelli.com; skatona@polsinelli.com; sastringer@polsinelli.com |
| Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders | Richards Layton & Finger | Mark D Collins, David T Queroli | collins@rlf.com; queroli@rlf.com |
| Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders | Vinson & Elkins | William L Wallander, Bradley Foxman, Matthew J Pyeatt | bwallander@velaw.com; bfoxman@velaw.com; mpyeatt@velaw.com |
| Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent | Winston & Strawn LLP | Daniel J McGuire | dmcguire@winston.com |

# EXHIBIT D

**Exhibit D**
**Fee App Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | G David Dean, Patrick J Reilley, Katherine M Devanney | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 |
| Debtor | Debtors, Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, LLC, and BD LaPlace, LLC | Attn: Alton Davis | 138 Highway 3217 | | LaPlace | LA | 70068 |
| Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent | Fox Rothschild LLP | Seth A Niederman | 919 North Market Street, Suite 300 | Citizens Bank Center | Wilmington | DE | 19899-2323 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Jason R Adams, Lauren S Schlussel | 101 Park Avenue | | New York | NY | 10178 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | | Wilmington | DE | 19801 |
| Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders | Richards Layton & Finger | Mark D Collins, David T Queroli | 920 North King St | One Rodney Square | Wilmington | DE | 19801 |
| Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders | Vinson & Elkins | William L Wallander, Bradley Foxman, Matthew J Pyeatt | 2001 Ross Ave Ste 3900 | Trammell Crow Center | Dallas | TX | 75201 |
| Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent | Winston & Strawn LLP | Daniel J McGuire | 35 W Wacker Dr | | Chicago | IL | 60601-9703 |

Bayou Steel BD Holdings, L.L.C., *et al.*
Case No. 19-12153

Page 1 of 1