# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re**: Docket No. 224 |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving Bid Procedures in Connection With the Potential Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 224] (the "**Bidding Procedures Order**")[2] entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on November 8, 2019, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced an auction (the "**Auction**") on December 18, 2019, at the offices of Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801. At the conclusion of the Auction, and after consultation with counsel to the Official Committee of Unsecured Creditors and Bank of America, N.A., the Debtors selected Liberty BSG Holdings Inc. ("**Purchaser**") as the Successful

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to them in the Bidding Procedures Order.

71732248.1

Bidder. The terms of Purchaser's Successful Bid, pursuant to which it has agreed to purchase substantially all of the Debtors' assets pursuant to the Liberty APA (as defined herein), along with the assumption of certain liabilities, as set forth in the terms on the record at the Auction and in the Asset Purchase Agreement to be executed between the Debtors and Purchaser (the "**Liberty APA**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the Sale at the Sale Hearing, which is scheduled to be held on December 23, 2019 at 12:30 p.m. (EDT) before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated: December 21, 2019
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and
Debtors in Possession*