**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

*THIRD AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 23, 2019 AT 12:30 P.M. (ET)**[3]

**\*\*\*PLEASE NOTE THAT THIS HEARING IS A CONTINUATION OF THE OMNIBUS
HEARING HELD ON DECEMBER 19, 2019\*\*\***

**RESOLVED/CONTINUED MATTERS**

1. Motion of the Debtors to Retain Shared Management Resources, LTD. and Designate Charles S. Deutchman as Chief Restructuring Officer Pursuant to 11 U.S.C. §§ 105(a) and 363(b), *Nunc Pro Tunc* to October 19, 2019 [Docket No. 150; Filed: 10/30/2019]

    Objection Deadline:   November 13, 2019 at 4:00 p.m.

    Related Document(s):

    a) Order Authorizing the Debtors to Retain Shared Management Resources, Ltd. and Designate Charles S. Deutchman as Chief Restructuring Officer, *Nunc Pro Tunc* to October 19, 2019 [Docket No. 271; Entered: 12/2/2019]

    Response(s) Received:   None.

    Status:   An order has been entered.  No hearing is necessary.

2. Application of Debtors for Authority to Employ and Retain Benesch, Friedlander, Coplan & Aronoff LLP as Special Counsel to the Independent Board of Directors of Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 152; Filed: 10/30/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] **Amended items appear bold.**

[3] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, **6th Floor, Courtroom No. 3**, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

71733821.1

      Objection Deadline:        November 13, 2019 at 4:00 p.m.

      Related Document(s):

          a)    Order Authorizing Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Counsel to the Independent Board of Directors *Nunc Pro Tunc* to the Petition Date [Docket No. 272; Entered: 12/2/2019]

      Response(s) Received:      None.

      Status:      An order has been entered. No hearing is necessary.

3.    Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel *Nunc Pro Tunc* to October 10, 2019 [Docket No. 225; Filed: 11/8/2019]

      Objection Deadline:        November 22, 2019 at 4:00 p.m.

      Related Document(s):

          a)    Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 10, 2019 [Docket No. 300; Entered: 12/11/2019]

      Response(s) Received:      None.

      Status:      An order has been entered. No hearing is necessary.

4.    Application for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 10, 2019 [Docket No. 226; Filed: 11/8/2019]

      Objection Deadline:        November 22, 2019 at 4:00 p.m.

      Related Document(s):

         a)    Order Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 10, 2019 [Docket No. 301; Entered: 12/11/2019]

      Response(s) Received:      None.

      Status:      An order has been entered. No hearing is necessary.

5. Notice of Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 242; Filed: 11/13/2019]

    Objection Deadline:     November 27, 2019 at 4:00 p.m.

    Related Document(s):    None.

    Response(s) Received:

    a) Objection of Entergy Louisiana, LLC to Debtors' Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 266; Filed; 11/26/2019]

    b) Antares, LLC Limited Objection to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 270; Filed: 11/27/2019]

    c) Leetsdale Industrial II, L.P.'s Objection and Reservation of Rights to Possible Assumption and Assignment of Unexpired Lease and Proposed Cure Amount [Docket No. 306; Filed: 12/12/2019]

    Status:     This matter has been continued to the next omnibus hearing scheduled for January 8, 2020 at 10:00 a.m.

6. Application of the Official Committee of Unsecured Creditors of the Debtor, Bayou Steel BD Holdings, L.L.C., *et al*., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to October 18, 2019 [Docket No. 250; Filed: 11/18/2019]

    Objection Deadline:     December 2, 2019 at 4:00 p.m.

    Related Document(s):

    a) Order Authorizing and Approving Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to October 18, 2019 [Docket No. 292; Entered: 12/9/2019]

    Response(s) Received:    None.

    Status:     An order has been entered. No hearing is necessary.

## MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

7. Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Docket No. 227; Filed: 11/8/2019]

    Objection Deadline:     November 22, 2019 at 4:00 p.m.

    Related Document(s):

    a) Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Docket No. 324; Filed: 12/17/2019]

    b) **Order Determining that the Official Committee of Unsecured Creditors is Not Required to Provide Access to Confidential Information or Privileged Information of the Debtors [Docket No. 342; Entered: 12/19/2019]**

    Response(s) Received:     None.

    Status:     **An order has been entered.  No hearing is necessary.**

8. Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Entry of an Order (I) Authorizing the Sale of Certain Equipment to Riverside Metals, LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief [Docket No. 273; Filed: 12/2/2019]

    Objection Deadline:     December 12, 2019 at 4:00 p.m.

    Related Document(s):

    a) Notice of Hearing [Docket No. 280; Filed: 12/5/2019]

    b) Certification of Counsel Regarding Order (I) Authorizing the Sale of Certain Equipment to Riverside Metals, LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief [Docket No. 326; Filed: 12/17/2019]

    c) **Declaration of Glenn C. Pollack in Support of Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Entry of an Order (I) Authorizing the Sale of Certain Equipment to Riverside Metals, LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief [Docket No. 358; Filed: 12/22/2019]**

        d) **Revised Certification of Counsel Regarding Order (I) Authorizing the Sale of Certain Equipment to Riverside Metals, LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief [Docket No. 359; Filed: 12/22/2019]**

        e) **Order (I) Authorizing the Sale of Certain Equipment to Riverside Metals, LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances and (II) Granting Related Relief [Docket No. 361; Entered: 12/23/2019]**

    Response(s) Received:    Informal comments received from the Office of the United States Trustee

    Status:    **An order has been entered. No hearing is necessary.**

9. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and (II) Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sale [Docket No. 282; Filed: 12/5/2019]

    Objection Deadline:    December 12, 2019 at 4:00 p.m.

    Related Document(s):

        a)    Certification of Counsel Regarding Order (I) Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and (II) Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sale [Docket No. 327; Filed: 12/17/2019]

        b)    **Order (I) Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets, and (II) Authorizing the Debtors to Pay Commissions to Third Parties in Connection with Any De Minimis Asset Sale [Docket No. 340; Entered: 12/19/2019]**

    Response(s) Received:    Informal comments from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

    Status:    **An order has been entered. No hearing is necessary.**

10. First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 283; Filed: 12/5/2019]

    Objection Deadline:    December 12, 2019 at 4:00 p.m.

Related Document(s):

    a)    Certification of Counsel Regarding First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 325; Filed: 12/17/2019]

    b)    **First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 343; Entered: 12/19/2019]**

Response(s) Received: Informal comments from the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and counsel to Trinity Industries Leasing Company

Status: This motion is adjourned with respect to Trinity Industries Leasing Company and Taylor Leasing and Rental to the next omnibus hearing scheduled for January 8, 2020 at 10:00 a.m. **An order has been entered with respect to the all other affected contracts and leases. No hearing is necessary.**

## MATTERS GOING FORWARD

11. Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 73; 10/11/2019]

    Objection Deadline: December 13, 2019 at 4:00 p.m. (extended for the Official Committee of Unsecured Creditors)

    Related Document(s):

        a)    Order (I) Approving Bid Procedures in Connection With the Potential Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief [Docket No. 224; Filed: 11/8/2019]

b) Affidavit of Publication of the Notice of Bid Procedures, Auction, Hearing, and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors in USA Today [Docket No. 247; Filed: 11/14/2019]

c) Notice of Filing of Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests Under the Asset Purchase Agreement, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief [Docket No. 293; Filed: 12/9/2019]

**d) Notice of Successful Bidder [Docket No. 355; Filed: 12/21/2019]**

Response(s) Received:

a) Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets [Docket No. 310; Filed 12/13/2019]

b) Westchester Fire Insurance Company's Objection to the Debtors' Sale of Substantially All of Their Assets [Docket No. 313; Filed: 12/13/2019]

c) Conditional Objection, Reservation of Rights and Response of the United Steelworkers to: (1) Motion of the Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 314; Filed: 12/13/2019]

d) Objection of Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana to Motion of Debtors for Entry of (I) an Order (A) Approving Bid procedures in Connection with the Potential Sale of Substantially all of the Debtors Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order Approving the Sale of Substantially all of the Debtors Assets (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 315; Filed: 12/13/2019]

71733821.1

e) Limited Objection and Reservation of Rights of Rexel USA, Inc. to Debtors' Motion to Sell Substantially All of Their Assets [Docket No. 329; Filed: 12/17/2019]

f) **Supplement to Conditional Objection, Reservation of Rights and Response of the United Steelworkers to: (1) Motion of Debtors For Entry of (I) an Order (A) Approving Bid Procedures in Connection With the Potential Sale of Substantially all of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 356; Filed: 12/22/2019]**

g) **Conditional Objection of Black Diamond Commercial Finance, L.L.C. to Selection of Winning Bid [Docket No. 357; Filed: 12/22/2019]**

h) Informal comments from Air Liquide Large Industries U.S. LP; Air Products and Chemicals, Inc.; Environmental Protection Agency; Federal Communications Commission; Office of Tennessee Attorney General

Status: This matter will go forward with respect to approval of the Debtors' sale.

12. Motion of Debtors for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 281; Filed: 12/5/2019]

Objection Deadline: December 12, 2019 at 4:00 p.m.

Related Document(s):

a) **Notice of Filing of Revised Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and Administrative Expense Claims, and (II) Approving Form and Manner of Notice Thereof [Docket No. 360; Filed: 12/23/2019]**

Response(s) Received: Informal comments from Bank of America, N.A. as Pre-Petition Agent, the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

      Status: **The Debtors have incorporated comments from the responding parties into the revised proposed form of order. The Office of the United States Trustee does not consent to the revised proposed form of order as it seeks to establish an administrative claims bar date which was not requested in the original motion. This matter will go forward.**

13. Motion of Louisiana Health Service & Indemnity Company, D/B/A Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to the Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 311; Filed: 12/13/2019]

    Objection Deadline:       December 18, 2019 at 4:00 p.m.

    Related Document(s):

    a) Notice of Entry (A) of Order Approving Motion to Shorten Notice With Respect to Motion of Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b), and (B) Hearing With Respect to the Motion [Docket No. 321; Filed: 12/16/2019]

    Response(s) Received:

    a) Response of Debtors to Motion of Louisiana Health Service & Indemnity Company, D/B/A Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to the Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 334; Filed: 12/18/2019]

    Status: **The Debtors and BCBS continue to discuss the relief sought in the Motion and are hopeful that a consensual resolution may be reached, but for now, the matter will go forward.**

|  |  |
|---|---|
| Dated: December **23**, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br> */s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Stephen J. Astringer (Del. Bar No. 6375)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>sastringer@polsinelli.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

71733821.1