**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 8, 2020 AT 10:00 A.M. (ET)[2]**

**CONTINUED MATTERS**

1. Motion of Debtors for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 281; Filed: 12/5/2019]

    Objection Deadline: 　　December 12, 2019 at 4:00 p.m.

    Related Document(s):

    　　a)　Notice of Filing of Revised Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and Administrative Expense Claims, and (II) Approving Form and Manner of Notice Thereof [Docket No. 360; Filed: 12/23/2019]

    Response(s) Received: 　　Informal comments from Bank of America, N.A. as Pre-Petition Agent, the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

    Status: 　　The Debtors are adjourning this matter to the next omnibus hearing date scheduled for February 13, 2020 at 10:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

71855842.1

2.    First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 283; Filed: 12/5/2019]

      Objection Deadline:      December 12, 2019 at 4:00 p.m.

      Related Document(s):

         a)   First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 343; Entered: 12/19/2019]

      Response(s) Received:      Informal comments from the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and counsel to Trinity Industries Leasing Company

      Status:      The Buyer under the Sale Order has elected to have the leases with Trinity Industries Leasing Company and Taylor Leasing and Rental assumed and assigned to it. The parties are addressing the applicable cure amounts. This matter is adjourned to the next omnibus hearing date scheduled for February 13, 2020 at 10:00 a.m. with respect to these two counterparties to the extent a resolution cannot be reached on the cure amounts. An order has been previously entered with respect to all other affected contracts and leases.

3.    Notice of Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 242; Filed: 11/13/2019]

      Objection Deadline:      November 27, 2019 at 4:00 p.m.

      Related Document(s):      None.

      Response(s) Received:

         a)   Objection of Entergy Louisiana, LLC to Debtors' Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 266; Filed; 11/26/2019]

         b)   Antares, LLC Limited Objection to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to a Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 270; Filed: 11/27/2019]

|   |   |
|---|---|
| c) | Leetsdale Industrial II, L.P.'s Objection and Reservation of Rights to Possible Assumption and Assignment of Unexpired Lease and Proposed Cure Amount [Docket No. 306; Filed: 12/12/2019] |

Status:    The Sale Order entered on December 26, 2019 [Docket No. 371] addresses Entergy's Objection so no hearing is necessary. The Buyer under the Sale Order has elected not to have the Antares, LLC contract assumed and assigned to it so this objection is moot. The Debtors continue to negotiate with Leetsdale Industrial II, L.P., and are committed to reaching a resolution in advance of the Sale Closing Date of January 31, 2020. This matter will not go forward, but the Debtors may need to address this with the Court before January 31, 2020 if there is no consensual resolution.

**MATTERS GOING FORWARD**

4. Motion of Louisiana Health Service & Indemnity Company, D/B/A Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to the Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 311; Filed: 12/13/2019]

   Objection Deadline:    December 18, 2019 at 4:00 p.m.

   Related Document(s):

   a) Notice of Entry (A) of Order Approving Motion to Shorten Notice With Respect to Motion of Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b), and (B) Hearing With Respect to the Motion [Docket No. 321; Filed: 12/16/2019]

   Response(s) Received:

   a) Response of Debtors to Motion of Louisiana Health Service & Indemnity Company, D/B/A Blue Cross and Blue Shield of Louisiana for Allowance and Payment of Claim Pursuant to the Employee Wages and Benefits Order, or Alternatively, Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 334; Filed: 12/18/2019]

   Status:    The Debtors and BCBS have reached a settlement in principle, subject to final lender approval. This matter will go forward.

5.  Emergency Motion of Debtors for Entry of an Order Under Section 105 and 364 of the Bankruptcy Code Authorizing Debtors to Enter Into Insurance Premium Financing Agreement [Docket No. 381; Filed: 12/31/2019]

    Objection Deadline:    January 7, 2020 at 4:00 p.m.

    Related Document(s):

    a)  Notice of Hearing [Docket No. 385; Entered: 1/3/2020]

    Response(s) Received:    Informal comments from the Official Committee of Unsecured Creditors and Triumph Commercial Finance.

    Status:    The Debtors are working with Triumph Commercial Finance to revise the proposed form of order to be filed for reference in advance of the hearing. This matter will go forward.

Dated: January 6, 2020              Respectfully submitted,
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*