**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 13, 2020 at 10:00 am**<br>**Objection Deadline: February 4, 2020 at 4:00 pm** |

**MOTION OF TRAXYS NORTH AMERICA LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(9)**

Creditor, Traxys North America LLC ("Traxys"), hereby requests allowance and payment of a 503(b)(9) administrative expense against the debtors, Bayou Steel BD Holdings L.L.C., *et al*. (the "Debtors"), pursuant to 11 U.S.C. § 503(b)(9), for goods sold and delivered to the Debtors within 20 days of the petition date of October 1, 2019 (the "Petition Date").

**BACKGROUND FACTS**

1. Traxys is a seller and trader of commodities that sold raw materials to the Debtors prior to the Petition Date in the ordinary course of Traxys' and the Debtors' businesses.

2. On September 26, 2019, Traxys issued Invoice No. 122229 to the Debtors for sale and delivery of materials known as Ferro Columbium. The invoice price was $193,884.35. A copy of the invoice, bill of lading, and certificate of analysis for the materials is attached hereto as Exhibit "A."

3. On the Petition Date, the Debtors filed Chapter 11 bankruptcy petitions in this court.

4. On October 16, 2019, Traxys made a demand to the Debtors for reclamation of the subject materials (the "Reclamation Demand"). A copy of the Reclamation Demand is attached hereto as Exhibit "B."

5. On October 18, 2019, the Debtors sent a letter to Traxys denying the Reclamation Demand (the "Reclamation Demand Denial"). A copy of the Reclamation Demand Denial is attached hereto as Exhibit "C."

6. One of the Debtors, BD LaPlace, LLC, Case No. 19-12155, scheduled a pre-petition debt due to Traxys in the amount of $193,884.00 for trade debt that is not contingent, not unliquidated, not disputed; and, not subject to offset.

7. Traxys has filed a proof of claim in one of the Debtors' cases that includes the value as represented by the invoice price of the goods subject to the Reclamation Demand.

## LEGAL ARGUMENT

8. Section 503(b)(9) of the Bankruptcy Code states that "[a]fter notice and a hearing, there shall be allowed administrative expenses … including—the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

9. As stated above, the subject goods were sold by Traxys and received by the Debtors within 20 days before the Petition Date in the ordinary course of the Debtors' business.

## CONCLUSION

Based on the foregoing, Traxys is entitled to allowance and payment of a 503(b)(9) administrative expense in the amount of $193,884.35 against the estates of the Debtors.

Dated: January 22, 2020

**HOGAN MCDANIEL**

By: */s/ Daniel C. Kerrick*
Daniel C. Kerrick, Esq. (DE Bar ID # 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7540
Fax: (302) 656-7599

-and-

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
Rick A. Steinberg, Esq.
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Email: rsteinberg@pricemeese.com

Attorneys for Traxys North America LLC
*pro hac vice admission pending*