# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 371** |

## NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS

**PLEASE TAKE NOTICE** that on October 11, 2019, the Debtors filed the *Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 73] (the "**Bid Procedures and Sale Motion**") seeking to sell substantially all of the assets (the "**Sale**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to a successful bidder at an auction.

**PLEASE TAKE FURTHER NOTICE** that on November 8, 2019, the Court entered the *Order (I) Approving Bid Procedures in Connection With the Potential Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

*and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into a Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 224] (the "**Bidding Procedures Order**"), and the Debtors commenced an auction (the "**Auction**") on December 18, 2019. At the conclusion of the Auction on December 20, 2019, after consultation with the Official Committee of Unsecured Creditors and Bank of America, N.A., the Debtors selected Liberty BSG Holdings Inc. ("**Purchaser**") as the Successful Bidder [Docket No. 355].

**PLEASE TAKE FURTHER NOTICE** that on December 26, 2019, the Court entered the *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests Under the Asset Purchase Agreement, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Docket No. 371] (the "**Sale Order**"), pursuant to which, among other things, the Court approved the Sale to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Sale closed on January 31, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in the Debtors' chapter 11 cases, including all documents related to the Sale, may be obtained by visiting the website of Kurtzman Carson Consultants LLC at https://www.kccllc.net/bayousteel.

*[Remainder of Page Intentionally Left Blank]*

Case 19-12153-KBO    Doc 447    Filed 01/31/20    Page 3 of 3

Dated: January 31, 2019
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and
Debtors in Possession*

72176685.1