**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | |
| | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: February 21, 2020 at 4:00 p.m.** |
| | **Hearing Date: March 11, 2020 at 10:00 a.m. (ET)** |

**FIRST AND FINAL FEE APPLICATION OF CANDLEWOOD PARTNERS, LLC**
**AS INVESTMENT BANKER FOR THE DEBTORS FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED FOR  THE PERIOD FROM OCTOBER 1, 2019**
**THROUGH JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | **Candlewood Partners, LLC** |
| Authorized to Provide Investment Banking Services to: | **Debtors and Debtors in Possession** |
| Date of Retention: | **November 8, 2019, effective as of the Petition Date** |
| Final Period for Which Compensation and Reimbursement are Sought: | **October 1, 2019 - January 31, 2020** |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | **$1,159,000.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | **$22,144.60** |
| This is a: | **First and Final Application** |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

72154462.2

## SUMMARY OF SERVICES RENDERED BY CANDLEWOOD PARTNERS

## COMPENSATION BY INDIVIDUAL

| Professional | Position | Total Hours |
|---|---|---|
| Glenn C Pollack | Managing Director | 257.0 |
| Rishi Agarwal | Vice President | 330.5 |
| Natan Milgrom | Vice President | 174.0 |
| Grant Pollack | Associate | 507.5 |
| **Total** | | **1,269.0** |

## SUMMARY BY PROJECT DESCRIPTION

| Project Description | Total Hours |
|---|---|
| Sale Process | 503.0 |
| General Case Administration | 766.0 |
| **Total** | **1,269.0** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lodging | 4,782.50 |
| Transportation | 13,125.39 |
| Meals | 3,902.04 |
| Miscellaneous | 334.67 |
| **Total** | **$ 22,144.60** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: February 21, 2020 at 4:00 p.m.**<br>**Hearing Date: March 11, 2020 at 10:00 a.m. (ET)** |

**FIRST AND FINAL FEE APPLICATION OF CANDLEWOOD PARTNERS, LLC**
**AS INVESTMENT BANKER FOR THE DEBTORS FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED FOR  THE PERIOD FROM OCTOBER 1, 2019**
**THROUGH JANUARY 31, 2020**

Candlewood Partners, LLC ("**Candlewood**"), investment banker[2] to the above-captioned debtors and debtors in possession (the "**Debtors**"), files this first and final fee application (the "**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), requesting entry of an order, substantially in the form attached hereto as Exhibit A (the "**Proposed Order**"), granting final approval and allowance of compensation for services rendered and reimbursement of expenses for the period from October 1, 2019 through and including January 31, 2020 (the "**Final Application Period**").  In support of this Application, Candlewood respectfully represents as follows:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] Candlewood Partners, LLC remains as Financial Advisor to the Debtors pursuant to the Retention Order (as defined herein).

72154462.2

1.     By this Application, Candlewood seeks final allowance of compensation in the amount of $1,159,000.00 and actual and necessary expenses in the amount of $22,144.60 for a total allowance of $1,181,144.60 for the Final Application Period.

2.     Pursuant to Local Bankruptcy Rule 2016-2(g) this Application is supported by the Certification of Glenn Pollack, which is attached hereto as Exhibit B.

3.     The specific time entries and detailed report of time incurred by Candlewood professionals during the Final Application Period is set forth hereto as Exhibit C.

4.     A summary detailing the expenses incurred during the Final Application Period by Candlewood is set forth hereto as Exhibit D.

## JURISDICTION

5.     The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicates for the relief requested herein are sections 327 and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## BACKGROUND

6.     On October 1, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court commencing a case for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").  The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the First Day Declaration and fully incorporated herein by reference.

72154462.2

The Debtors continue to manage and operate their business as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

7.    On October 10, 2019, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors in these Chapter 11 Cases (the "**Committee**").

## RETENTION OF CANDLEWOOD

8.    On October 15, 2019, the Debtors filed an application with the Court [Docket No. 87] for an order authorizing them to retain and employ Candlewood as their financial advisor and investment banker, effective as of the Petition Date.  On November 8, 2019, the Court entered an order [Docket No. 222] (the "**Retention Order**") authorizing such retention.  Under the terms of the Retention Order, the Debtors were authorized to employ and retain Candlewood pursuant to the terms of the Engagement Letter (as defined herein), as modified by the Retention Order. The Retention Order authorized payment of the compensation as set forth more fully in the Engagement Letter. On December 26, 2019, by that certain *Order (I) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Under the Asset Purchase Agreement, (II) Authorizing the Assumption, and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Docket No. 371] (the "**Sale Order**"), the Court authorized the sale of substantially all of the Debtors' assets.[1]

9.    Pursuant to the Purchase Agreement, the Buyer (Liberty BSG Holdings Inc., which is not a Black Diamond affiliate) provided the estate with a cash payment of $28,450,000.00. The Sale closed on January 31, 2020.  Accordingly, Candlewood is entitled to fees totaling $1,159,000

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Order.

72154462.2

consisting of $240,000 (four Monthly Work Fees of $60,000 for the months of October, November and December 2019 and January 2020) plus a Sale Fee in the amount of $919,000.00 as calculated below:

| Sale Fee Calculation | | |
|---|---|---|
| Purchase Price (**A**) | $ | 28,000,000 |
| Administrative Bridge Payment (**B**) | $ | 450,000 |
| **Transaction Value (A) + (B)** | **$** | **28,450,000** |
| | | |
| | | |
| Minimum Success Fee | $ | 350,000 |
| Incentive Fee Percentage | | 2.00 % |
| Incentive Fee | $ | 569,000 |
| **Total Sale Fee due at Close** | **$** | **919,000** |

## SUMMARY OF SERVICED RENDERED

10.     Pursuant to the Engagement Letter, Candlewood has been employed by the Debtors since October 2019 to, among other things, provide investment banking advisory services relating to a transaction. The terms and conditions of Candlewood's engagement in this case, which are set forth in the Retention Application and approved by the Court, are based upon Candlewood's engagement letter dated as of September 24, 2019 (the "**Engagement Letter**"), a copy of which, including the amendment, was attached as Exhibit B to the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Candlewood Partners LLC as Financial Advisor and Investment Banker for the Debtors, Effective as of the Petition Date* [Docket No. 87]. The Engagement Letter was further modified by the Retention Order that was entered by the Court following (i) comments by the Office of the United States Trustee.  During the Final Application Period, Candlewood worked diligently on the matters for which it was engaged and, as a result, was uniquely situated to advise the Debtors.

11. During the Final Application Period, the following professionals in Candlewood's offices performed substantial services for the Debtors:

| PROFESSIONAL | TITLE |
|---|---|
| Glenn Pollack | Managing Director |
| Rishi Agarwal | Vice President |
| Natan Milgrom | Vice President |
| Grant Pollack | Associate |

12. During the Final Application Period, Candlewood's work on behalf of the Debtors consisted of the following services:

(i) ***Preparation of Bankruptcy Documentation***: Candlewood worked with the Debtors and their advisors in preparing, developing, reviewing and revising court filings and various documents for many of the aspects of the Debtors' continuing operations, use of cash collateral, sale process, including the bid procedures, sale pleadings, and the form asset purchase agreement.

(ii) ***Attendance at Court Hearings***: Candlewood professionals attended various Bankruptcy Court hearings regarding cash collateral, retention, bid procedures and sale approval. Importantly, the proffer of Candlewood's testimony regarding the sale process and the auction provided the Court with the factual bases on which it approved the Sale and entered the Sale Order.

(iii) ***Preparation for and Participation in Meetings with Creditor Constituencies***: At the request of the Debtors, Candlewood participated in regular calls and meetings with the secured creditors and advisors to both the secured creditors and unsecured creditors to discuss financial updates, use of cash collateral and updates on the sale process on an at-least weekly basis.

(iv) ***Marketing of the Debtors' Assets for Sale to Third Parties***: Candlewood conducted a comprehensive sale process of the Debtors' assets, which included the following actions:

a) Starting in October 2019, Candlewood pursued a broad marketing campaign on behalf of the Debtors. Candlewood drafted marketing materials and contacted potentially interested parties as detailed below. Candlewood drafted a two-page "teaser" summarizing the investment opportunity, including key business highlights, to be distributed to potential investors and buyers, and worked closely with management to draft a confidential information memorandum ("**CIM**") detailing the Debtors' history, product offering, and

capabilities, to be distributed to potential investors and buyers who executed nondisclosure agreements. Candlewood compiled a list of 301 potential strategic parties and financial parties who might be interested in investing in or acquiring the Debtors. Candlewood successfully contacted 286 of those parties with the teaser to solicit interest in a potential transaction. 58 of these parties signed the confidentiality agreement, which enabled them to receive the CIM that provided a comprehensive overview of the Debtors' business and the potential investment opportunity.

b)      All parties who signed the confidentiality agreement were given access to the Debtors' data room, which was established on October 10, 2019 and included over 500 documents. During the marketing period, eighteen parties participated in management meetings and conducted site visits at the Company's four facilities. Two parties visited the La Place facility multiple times, and one party visited the Harriman facility multiple times. During the marketing process, Candlewood facilitated responses to extensive due diligence and information requests from a number of interested parties and had multiple calls each week with management and Debtors' counsel to ensure process coordination.

c)      Candlewood worked closely with the Debtors, their management, and the Debtors' other professionals retained in these cases in formulating the Bidding Procedures for the proposed sale of the Debtors' assets which were approved by this Court on November 8. 2019. The final Bidding Procedures and Sale Notice was circulated to all interested parties.

d)      On December 12, 2019 the Debtors received twelve bids for some or all of the Debtors' assets. The bids included bids for the whole company from GFG Alliance (Liberty Steel) and Industrial Assets for the whole company, and bids from ten other parties for various combinations of assets, with at least one bid for each individual parcel that was available for bidding. Those parcels included the La Place land & building, machinery & equipment, and excess real estate, the Harriman land & building and machinery & equipment, the Chicago depot land & building, and the Oklahoma depot building. In addition, two bids were received after the deadline. One was not qualified, while the other was qualified and participated in the auction.

e)      During the Auction, in accordance with the Bidding Procedures, the Debtors (led by Candlewood and the Debtors' counsel), in consultation with the Consultation Parties, engaged in lengthy, intensive and at times tense negotiations among the parties to clarify and improve the bids, which discussions began at approximately

72154462.2

2:00 PM EST on December 18, 2019 and continued, until approximately 2:00 AM EST on December 19, 2019, when the Auction was adjourned. The Auction reconvened on December 20, 2019 at 10:00 AM EST and concluded at approximately 4:00 PM EST on December 20, 2019, when GFG's bid of approximately $28.0 million was deemed the highest and best bid. The auction was open for approximately 26 hours in total.

f)   On December 23, 2019, the Court conducted the Sale Hearing. On December 26, 2019, the Court entered the Sale Order.

15.   On January 31, 2020, the sale to the Buyer closed.

16.   Pursuant to paragraph six of the Retention Order, Candlewood is excused from complying with the information requirements contained in Local Bankruptcy Rule 2016-2(d).

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

17.   By this Application, Candlewood requests entry of the Proposed Order, substantially in the form attached hereto as Exhibit A, granting final approval and allowance of all fees and expenses incurred during the Final Application Period in the amounts of $1,159,000 and $22,144.60 respectively.   During the Final Application Period, Candlewood performed necessary services for the Debtors and their estates.   In addition, the out of pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Debtors; and (ii) of preserving the value of the Debtors' estates.

## NO PRIOR REQUEST

18.   No prior application for the relief requested herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, Candlewood respectfully requests entry of the Proposed Order, substantially in the form attached hereto as Exhibit A, granting:

a)         final allowance of Candlewood's Monthly Advisory Fees of $240,000.00;

b)         final allowance of Candlewood's Sale Fee of $919,000;

c)         final allowance of 100% of the actual and necessary out-of-pocket expenses of $22,144.60 in accordance with the Retention Order; and

d)         such additional and further relief as the Court may deem proper.

Dated: January 31, 2020                */s/ Glenn Pollack*

                       Glenn Pollack
                       CANDLEWOOD PARTNERS LLC
                       600 Superior Ave., E
                       Cleveland, OH 44114

                       *Investment Banker to the Debtors and Debtors in Possession*

72154462.2