# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 13, 2020 AT 10:00 A.M. (ET)[2]

## CONTINUED/RESOLVED MATTERS

1. Motion of Debtors for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 281; Filed: 12/5/2019]

    Objection Deadline:    December 12, 2019 at 4:00 p.m.

    Related Document(s):

    a) Notice of Filing of Revised Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and Administrative Expense Claims, and (II) Approving Form and Manner of Notice Thereof [Docket No. 360; Filed: 12/23/2019]

    Response(s) Received:    Informal comments from PBGC, Bank of America, N.A. as Pre-Petition Agent, the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

    Status:    This matter has been continued to the next omnibus hearing scheduled for March 11, 2020 at 10:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

72280038.2

2.     First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 283; Filed: 12/5/2019]

    Objection Deadline:    December 12, 2019 at 4:00 p.m.

    Related Document(s):

        a)     First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Docket No. 343; Entered: 12/19/2019]

    Response(s) Received:    Informal comments from the Office of the United States Trustee, the Official Committee of Unsecured Creditors, and counsel to Trinity Industries Leasing Company

    Status:    The Buyer under the Sale Order has elected not to have the leases with Trinity Industries Leasing Company and Taylor Leasing and Rental assumed and assigned to it. The Debtors did not previously receive any objection from Taylor Leasing and Rental to the motion. The Debtors and Trinity Industries Leasing Company are negotiating language for a revised form of order. This revised form of order will address Trinity and Taylor and will be filed under certification of counsel. An order has been previously entered with respect to all other affected contracts and leases. No hearing is necessary at this time.

3.     Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 376; Filed: 12/30/2019]

    Objection Deadline:    January 13, 2020 at 4:00 p.m.

    Related Document(s):

        a)     Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 408; Filed: 1/14/2020]

        b)     Order Granting Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 410; Entered: 1/16/2020]

    Response(s) Received:    None.

    Status:    An order has been entered. No hearing is necessary.

72280038.2

4. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Converting the Debtors' Chapter 11 Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 417; Filed: 1/21/2020]

   <u>Objection Deadline</u>: February 4, 2020 at 4:00 p.m.

   <u>Related Document(s)</u>: None at this time.

   <u>Response(s) Received</u>:

   a) Omnibus Limited Objection of Signal Metal Industries, Inc. to Motions of the Official Committee of Unsecured Creditors and Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code [Docket No. 437; Filed: 1/29/2020]

   b) Reservation of Rights of the Debtors Regarding Motions Seeking Orders Converting the Debtors' Chapter 11 Cases [Docket No. 457; Filed: 2/4/2020]

   <u>Status</u>: This matter has been continued to February 21, 2020 at 2:00 p.m.

5. Motion of Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. 1112(b) [Docket No. 419; Filed: 1/21/2020]

   <u>Objection Deadline</u>: February 4, 2020 at 4:00 p.m.

   <u>Related Document(s)</u>:

   a) Notice of Black Diamond Commercial Finance, L.L.C. of Motion. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. 1112(b) [Docket No. 425; Filed: 1/23/2020]

   <u>Response(s) Received</u>:

   a) Omnibus Limited Objection of Signal Metal Industries, Inc. to Motions of the Official Committee of Unsecured Creditors and Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code [Docket No. 437; Filed: 1/29/2020]

   b) Reservation of Rights of the Debtors Regarding Motions Seeking Orders Converting the Debtors' Chapter 11 Cases [Docket No. 457; Filed: 2/4/2020]

   <u>Status</u>: This matter has been continued to February 21, 2020 at 2:00 p.m.

6. Motion of Traxys North America LLC For Allowance And Payment of Administrative Expense Pursuant To 11 U.S.C. § 503(B)(9) [Docket No. 422; Filed: 1/22/2020]

    Objection Deadline:    February 6, 2020 at 4:00 p.m.

    Related Document(s):

        a)    Amended Notice of Hearing [Docket No. 428; Filed: 1/24/2020]

    Response(s) Received:

        a)    Omnibus Limited Objection to Motion for Allowance and Payment of Administrative Expense, Monthly Fee Applications, and Interim and Final Fee Applications [Docket No. 454; Filed: 2/3/2020]

        b)    Joinder of Westchester Fire Insurance Company to the Limited Objection of Energy Louisiana, LLC's to Various Motions for Allowance and Payment of Administrative Expense Monthly Fee Applications and Interim and Final Fee Applications [Docket No. 458; Filed: 2/4/2020]

    Status:    The Debtors and counsel to Traxys are negotiating language for a consensual proposed form of order allowing the claim of Traxys. No hearing is necessary at this time.

**MATTERS WITH CERTIFICATE OF NO OBJECTION**

7. Motion of Debtors for Entry of an Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 438; Filed: 1/29/2020]

    Objection Deadline:    February 6, 2020 at 4:00 p.m.

    Related Document(s):

        a)    Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 464; Filed: 2/10/2020]

        b)    Proposed Order

    Response(s) Received:    None.

    Status:    A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

8. Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases and Nonresidential Real Property [Docket No. 439; Filed: 1/29/2020]

72280038.2

Objection Deadline:    February 6, 2020 at 4:00 p.m.

Related Document(s):

a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases and Nonresidential Real Property [Docket No. 465; Filed: 2/10/2020]

b) Proposed Order

Response(s) Received:    None.

Status:    A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

Dated: February 11, 2020        Respectfully submitted,
Wilmington, Delaware
**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*

72280038.2