# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 21, 2020 AT 2:00 P.M. (ET)[2]

**MATTERS GOING FORWARD**

1. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Converting the Debtors' Chapter 11 Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 417; Filed: 1/21/2020]

    Objection Deadline:     February 4, 2020 at 4:00 p.m.

    Related Document(s):    None at this time.

    Response(s) Received:

    a) Omnibus Limited Objection of Signal Metal Industries, Inc. to Motions of the Official Committee of Unsecured Creditors and Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code [Docket No. 437; Filed: 1/29/2020]

    b) Reservation of Rights of the Debtors Regarding Motions Seeking Orders Converting the Debtors' Chapter 11 Cases [Docket No. 457; Filed: 2/4/2020]

    Status:     This matter will go forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] This hearing will be held before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

72353886.1

2.  Motion of Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. 1112(b) [Docket No. 419; Filed: 1/21/2020]

    Objection Deadline:    February 4, 2020 at 4:00 p.m.

    Related Document(s):

    a)  Notice of Black Diamond Commercial Finance, L.L.C. of Motion. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Chapter 7 Cases Pursuant to 11 U.S.C. 1112(b) [Docket No. 425; Filed: 1/23/2020]

    Response(s) Received:

    a)  Omnibus Limited Objection of Signal Metal Industries, Inc. to Motions of the Official Committee of Unsecured Creditors and Black Diamond Commercial Finance, L.L.C. for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code [Docket No. 437; Filed: 1/29/2020]

    b)  Reservation of Rights of the Debtors Regarding Motions Seeking Orders Converting the Debtors' Chapter 11 Cases [Docket No. 457; Filed: 2/4/2020]

    Status:    This matter will go forward.

Dated: February 19, 2020
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

72353886.1