## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 417 and 419** |

### ORDER GRANTING MOTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of the motions (collectively, the "Conversion Motions") of Black Diamond Commercial Finance, L.C.C. [Docket No. 419] and the Official Committee of Unsecured Creditors of Bayou Steel BD Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-possession (the "Debtors") [Docket No. 417], for conversion of the Debtors' cases to chapter 7 pursuant to 11 U.S.C. § 1112(b); and the Court having held a hearing on the Conversion Motions; and the Court finding that cause exists to convert the Debtors' cases pursuant to 11 U.S.C. § 1112(b); and the Court finding further that conversion of the Debtors' cases is in the best interests of the estates and creditors; and any objection(s) to the Conversion Motions having been withdrawn or overruled; and good and sufficient notice of the Conversion Motions having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

    1.    The Conversion Motions are GRANTED as set forth herein.

---

[1] The Debtors in these cases are: Bayou Steel BD Holdings, L.L.C.; BD Bayou Steel Investment, LLC; and BD LaPlace, LLC.

2. The Debtors' chapter 11 cases shall be converted to cases under chapter 7 of the Bankruptcy Code pursuant to section 1112(b) of the Bankruptcy Code, effective as of the date of this Order (the "Effective Date").

3. The Debtors shall turn over to the chapter 7 trustee all records and property of their estates in their possession or control as required by Bankruptcy Rule 1019(4).

4. Within 14 days of the Effective Date, the Debtors shall file schedules of unpaid debts incurred after the filing of the petition and before conversion of these cases, including the name and address of each holder of a claim as required by Bankruptcy Rule 1019(5)(A)(i).

5. Within 30 days of the Effective Date, the Debtors shall file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A)(ii).

6. A representative of the Debtors and, if requested by the chapter 7 trustee, counsel to the Debtors in the chapter 11 cases, shall appear at the first meeting of creditors after conversion of the Debtors' cases to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

7. To the extent professionals retained in the chapter 11 cases have not already submitted final fee applications to the Court, all professionals shall submit a final fee application in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and orders of this Court by no later than 30 days from entry of this Order (the "Final Fee Application Deadline").  Objections, if any, shall be filed and served by no later than twenty-one (21) days after the Final Fee Application Deadline. The Court will hold a hearing on such final fee applications on April 27, 2020 at 10:00 a.m.

8. The Debtors are hereby authorized and empowered to take all actions necessary to implement and effectuate the terms of this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

*Ka B. O—.*

**Dated: February 25th, 2020**  
**Wilmington, Delaware**

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**