**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO) |

**_AMENDED_ ORDER GRANTING REQUEST OF TRAXYS NORTH AMERICA LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(9)**

IT IS HEREBY ORDERED that the Request for Allowance and Payment of Administrative Expense pursuant to 11 U.S.C. § 503(b)(9) filed by Traxys North America LLC ("Traxys") [Doc. 422] is granted to the extent stated herein.

IT IS FURTHER ORDERED that Traxys be and hereby is allowed an administrative expense claim under section 503(b)(9) of the Bankruptcy Code in the case of BD LaPlace LLC, Case No. 19-12155, in the amount of $193,884.35.

*IT IS FURTHER ORDERED that Traxys's allowed 503(b)(9) administrative claim will be paid pro rata and at the same time and in the same manner as other allowed 503(b)(9) claims in the same case.*

Ka B. O—

**Dated: February 26th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**