## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 11, 2020 AT 10:00 A.M. (EASTERN TIME)**
**Hearing Location: Before the Honorable Karen B. Owens,
at the U.S. Bankruptcy Court for the District of Delaware,
824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801**

**Any party who wishes to attend telephonically is required to make arrangements through
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).**

### ADJOURNED/RESOLVED MATTERS:

1.      First and Final Fee Application of Candlewood Partners, LLC as Investment Banker for the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2019 to January 31, 2019 [Filed 1/31/20] (Docket No. 448)

   Response Deadline:   February 21, 2020 at 4:00 p.m. (ET)

   Responses Received:

   A.   Omnibus Limited Objection to Motion for Allowance and Payment of Administrative Expense, Monthly Fee Applications, and Interim and Final Fee Applications Filed by Entergy Louisiana, LLC [Filed 2/3/20] (Docket No. 454)

   B.   Joinder to the Limited Objection of Energy Louisiana, LLC's To Various Motions For Allowance and Payment of Administrative Expense Monthly Fee Applications and Interim and Final Fee Applications Filed by Westchester Fire Insurance Company [Filed 2/4/20] (Docket No. 458)

   Related Documents: None at this time.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

Status: This matter is adjourned to the hearing scheduled for April 8, 2020 at 10:00 a.m. (ET)

2.      Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Related Relief [Filed 1/31/20] (Docket No. 449)

Response Deadline:    February 14, 2020 at 4:00 p.m. (ET)

Responses Received: Informal comments from Leetsdale Industrial II, L.P.

Related Documents:

   A.   Certification of Counsel Regarding Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Filed 2/24/20] (Docket No. 491)

   B.   [Signed] Order (Second Omnibus) (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Lease *Nunc Pro Tunc* to the Applicable Rejection Date, and (II) Granting Certain Related Relief [Filed 2/25/20] (Docket No. 494)

Status: The Court has entered the order on this matter and it is now resolved.

3.      Motion of James and Shelley Darby for Relief From Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed 2/11/20] (Docket No. 469)

Response Deadline:    March 4, 2020 at 4:00 p.m. (ET)

Responses Received:   None at this time.

Related Documents:    None at this time.

Status: This matter is adjourned to the hearing scheduled for April 8, 2020 at 10:00 a.m. (ET)

4.      Motion of Debtors for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Filed 12/5/2019] (Docket No. 281)

Response Deadline:    December 12, 2019 at 4:00 p.m. (ET)

Responses Received: Informal comments from (i) PBGC, Bank of America, N.A. as Pre-Petition Agent, (ii) the Office of the United States Trustee, (iii) the Official Committee of Unsecured Creditors, and (iv) the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union
Related Documents:

    A.  Notice of Filing of Revised Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and Administrative Expense Claims, and (II) Approving Form and Manner of Notice Thereof [Filed 12/23/19] (Docket No. 360)

Status: This matter is adjourned to the hearing scheduled for April 8, 2020 at 10:00 a.m. (ET)

**FEE APPLICATION APPROVAL:**

5.    Approval of Interim Fee Applications of Estate-Compensated Professionals

Response Deadline:  February 21, 2020 at 4:00 p.m. (ET)

Responses Received:  See *Exhibit A*, attached hereto

Related Documents:  See *Exhibit A*, attached hereto

Status: This matter will be going forward.

Dated:  March 9, 2020        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:    bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*