## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 15, 2020 at 4:00 p.m.**<br>**Hearing Date: April 27, 2020 at 10:00 a.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL FEE APPLICATION OF POLSINELLI PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE MONTHLY PERIOD FROM JANUARY 1, 2020 THROUGH FEBRUARY 25, 2020 AND FOR THE FINAL PERIOD FROM OCTOBER 1, 2019 THROUGH FEBRUARY 25, 2020**

| | |
|---|---|
| Name of Applicant: | POLSINELLI PC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 4, 2019, *nunc pro tunc* to October 1, 2019 |
| Combined Monthly Period for which compensation and reimbursement is sought: | January 1, 2020 through February 25, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary for the Combined Monthly Period: | $261,261.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Combined Monthly Period: | $10,144.01 |
| Final Period for which compensation and reimbursement is sought: | October 1, 2019 through February 25, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary for the Final | $928,402.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

Period:

Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Final Period:     $37,673.94

This is a(n):     ✓ Monthly   __ Interim   ✓ Final application

This is the **FOURTH MONTHLY AND FINAL** fee application filed by Polsinelli in this case.

### SUMMARY OF POLSINELLI'S MONTHLY FEE APPLICATIONS

| Date & Docket No. Filed | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 12/6/2019 D.I. 288 | 10/1/2019 through 10/31/2010 | $253,915.00 | $8,090.99 | CNO 12/30/2019 D.I. 377 | $253,915.00 | $8,090.99 | $0.00 |
| 1/13/2020 D.I. 406 | 11/1/2019 through 11/30/2019 | $186,976.00 | $6,471.25 | CNO 2/3/2020 | $186,976.00 | $6,471.25 | $0.00 |
| 1/24/2020 D.I. 426 | 12/1/2019 through 12/31/2019 | $226,250.00 | $12,967.69 | CNO 2/14/2020 | $226,250.00 | $12,967.69 | $0.00 |
| N/A | 1/1/2020 through 1/31/2020 | $201,593.50 | $10,061.29 | Objection Deadline: 4/15/2020 | - | - | $211,654.79 |
| N/A | 2/1/2020 through 2/25/2020 | $59,667.50 | $82.72 | Objection Deadline: 4/15/2020 | - | - | $59,750.22 |
| | | **$928,402.00** | **$37,673.94** | | **$667,141.00** | **$27,529.93** | **$271,405.01** |

# SUMMARY OF TIMEKEEPERS FOR JANUARY 1-31, 2020

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application |
|---|---|---|---|---|---|---|
| Abrams, Christopher S. | Shareholder | BU Tax | 1/1/2007 | $ 133.50 | 0.30 | $ 445.00 |
| Brockhoff, Wally E | Shareholder | BU Corporate and Transactional | 11/1/1990 | $ 896.00 | 1.60 | $ 560.00 |
| Dolphin, Brenna A | Associate | FR Bankruptcy and Restructuring | 11/1/2011 | $ 12,800.00 | 32.00 | $ 400.00 |
| Erker, Christopher E. | Shareholder | FR Environmental | 10/1/1992 | $ 3,080.00 | 5.50 | $ 560.00 |
| Gardner, Bradley R. | Shareholder | FR Financial Services Litigation | 4/1/2012 | $ 138.00 | 0.30 | $ 460.00 |
| Hood, Danielle | Associate | BU Corporate and Transactional | 5/1/2018 | $ 4,530.00 | 15.10 | $ 300.00 |
| Jackson, Nora | Paralegal | BU Corporate and Transactional | | $ 45.00 | 0.20 | $ 225.00 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 5/1/2007 | $ 82,412.50 | 173.50 | $ 475.00 |
| Layfield, Matthew S. | Shareholder | FR Financial Services Litigation | 5/1/2005 | $ 690.00 | 1.50 | $ 460.00 |
| Mazzella, Mike | Associate | FR Bankruptcy and Restructuring | 5/1/2018 | $ 198.00 | 0.60 | $ 330.00 |
| Nazar, Andrew J. | Shareholder | FR Bankruptcy and Restructuring | 1/1/2005 | $ 322.00 | 0.70 | $ 460.00 |
| Nora, Mark | Shareholder | FR Real Estate | 5/1/1981 | $ 7,254.00 | 11.70 | $ 620.00 |
| Nunn, Christina | Paralegal | BU Corporate and Transactional | | $ 132.00 | 0.80 | $ 165.00 |
| Power, Sean A. | Shareholder | BU Corporate and Transactional | 11/1/2003 | $ 24,808.00 | 44.30 | $ 560.00 |
| Robbins, William S. | Shareholder | LE Employment Litigation | 1/1/1984 | $ 950.00 | 1.90 | $ 500.00 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 10,752.50 | 39.10 | $ 275.00 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 29,820.00 | 42.60 | $ 700.00 |
| Weigel, Tanner L. | Associate | BU Corporate and Transactional | 9/1/2013 | $ 15,372.00 | 42.70 | $ 360.00 |
| Young, Andrea M | Associate | FR Real Estate | 11/1/2015 | $ 7,260.00 | 24.20 | $ 300.00 |
| | | | | **$ 201,593.50** | **438.60** | **$ 459.63** |

72856791.2

**SUMMARY OF COMPENSATION BY PROJECT CODE FOR JANUARY 1-31, 2020**

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Analysis & Recovery | 20.60 | $ 9,165.50 |
| Asset Disposition & Sales | 218.40 | $ 99,239.00 |
| Assumption/Rejection of Leases & Contracts | 34.00 | $ 15,227.50 |
| Avoidance Action Analysis | 2.90 | $ 1,625.00 |
| Bankruptcy-Related Advice | 13.20 | $ 5,650.50 |
| Business Operations | 26.50 | $ 12,982.00 |
| Case Administration | 5.20 | $ 1,932.00 |
| Claims Administration & Objections | 7.40 | $ 3,767.50 |
| Corporate Governance & Board Matters | 2.80 | $ 1,487.50 |
| Court Hearings | 9.60 | $ 4,145.00 |
| Creditor Committee Meetings | 1.30 | $ 617.50 |
| Creditor Inquiries | 3.10 | $ 1,453.00 |
| Employee Benefits/Pensions | 5.30 | $ 2,585.00 |
| Employment/Fee Applications | 0.70 | $ 490.00 |
| Financing & Cash Collateral | 44.50 | $ 22,064.00 |
| Litigation & Other Contested Matters | 11.30 | $ 6,427.50 |
| Other Professional Fee Application | 4.40 | $ 1,897.50 |
| Other Professional Retention | 0.60 | $ 285.00 |
| Plan & Disclosure Statement (including business plan) | 2.90 | $ 1,175.00 |
| Polsinelli Fee Applications | 21.50 | $ 8,222.50 |
| Schedules/SOFAS/UST Reports | 1.90 | $ 895.00 |
| Tax Issues | 0.50 | $ 260.00 |
| | 438.60 | $ 201,593.50 |

## SUMMARY OF EXPENSE REIMBURSEMENT FOR JANUARY 1-31, 2020

| Category | Amount |
|---|---|
| Airfare | $ 1,414.73 |
| Deliveries | $ 367.10 |
| Document Reproduction | $ 434.30 |
| Filing Fees | $ 724.75 |
| Lodging | $ 927.20 |
| Meals | $ 1,843.38 |
| Miscellaneous | $ 499.00 |
| Relativity-Searchable Data Hosting | $ 33.50 |
| Transcript of Proceedings | $ 127.05 |
| Westlaw Computer Research | $ 3,690.28 |
| | $ 10,061.29 |

## SUMMARY OF TIMEKEEPERS FOR FEBRUARY 1-25, 2020

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application |
|---|---|---|---|---|---|---|
| Dolphin, Brenna A | Associate | FR Bankruptcy and Restructuring | 11/1/2011 | $ 5,800.00 | 14.50 | $ 400.00 |
| Hanson, Meghan | Associate | LE Employment Litigation | | $ 5,472.00 | 19.20 | $ 285.00 |
| Hood, Danielle | Associate | BU Corporate and Transactional | 5/1/2018 | $ 180.00 | 0.60 | $ 300.00 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 5/1/2007 | $ 29,450.00 | 62.00 | $ 475.00 |
| Nazar, Andrew J. | Shareholder | FR Bankruptcy and Restructuring | 1/1/2005 | $ 138.00 | 0.30 | $ 460.00 |
| Power, Sean A. | Shareholder | BU Corporate and Transactional | 11/1/2003 | $ 168.00 | 0.30 | $ 560.00 |
| Robbins, William S. | Shareholder | LE Employment Litigation | 1/1/1984 | $ 2,100.00 | 4.20 | $ 500.00 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,207.50 | 15.30 | $ 275.00 |
| Sweeney, William P. | Shareholder | BU Emp Benefits and Exec Comp | 5/1/2002 | $ 112.00 | 0.20 | $ 560.00 |
| Trinitee G. Green | Associate | FR Bankruptcy and Restructuring | | $ 3,920.00 | 9.80 | $ 400.00 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 8,120.00 | 11.60 | $ 700.00 |
| | | | | $ 59,667.50 | 138.00 | $ 432.37 |

3

72856791.2

**SUMMARY OF COMPENSATION BY PROJECT CODE FOR FEBRUARY 1-25, 2020**

| Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Asset Analysis & Recovery | 1.00 | $ 475.00 |
| Asset Disposition & Sales | 3.60 | $ 1,675.50 |
| Assumption/Rejection of Leases & Contracts | 5.40 | $ 2,472.50 |
| Avoidance Action Analysis | 1.40 | $ 800.00 |
| Bankruptcy-Related Advice | 12.10 | $ 5,297.50 |
| Business Operations | 4.40 | $ 2,180.00 |
| Case Administration | 4.30 | $ 1,242.50 |
| Claims Administration & Objections | 10.40 | $ 4,890.50 |
| Court Hearings | 8.30 | $ 3,375.00 |
| Creditor Inquiries | 1.50 | $ 712.50 |
| Employee Benefits/Pensions | 2.90 | $ 1,394.50 |
| Employment/Fee Applications | 1.00 | $ 505.00 |
| Financing & Cash Collateral | 21.20 | $ 10,082.50 |
| Litigation & Other Contested Matters | 53.00 | $ 21,087.00 |
| Other Professional Fee Application | 1.30 | $ 617.50 |
| Other Professional Retention | 0.30 | $ 210.00 |
| Plan & Disclosure Statement (including business plan) | 0.80 | $ 305.00 |
| Polsinelli Fee Applications | 3.40 | $ 1,515.00 |
| Relief from Stay/Adequate Protection Proceedings | 0.40 | $ 212.50 |
| Schedules/SOFAS/UST Reports | 0.30 | $ 142.50 |
| Tax Issues | 1.00 | $ 475.00 |
|  | 138.00 | $ 59,667.50 |

**SUMMARY OF EXPENSE REIMBURSEMENT FOR FEBRUARY 1-25, 2020**

| Category | Amount |
|---|---:|
| Deliveries | $ 49.22 |
| Relativity-Searchable Data Hosting | $ 33.50 |
|  | $ 82.72 |

4

72856791.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 15, 2020 at 4:00 p.m.**<br>**Hearing Date: April 27, 2020 at 10:00 a.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL FEE APPLICATION OF POLSINELLI PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE MONTHLY PERIOD FROM JANUARY 1, 2020 THROUGH FEBRUARY 25, 2020 AND FOR THE FINAL PERIOD FROM OCTOBER 1, 2019 THROUGH FEBRUARY 25, 2020**

POLSINELLI PC ("**Polsinelli**"), counsel to the debtors and debtors in possession (the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), submits its combined fourth monthly and final fee application (the "**Application**") for entry of an order, pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of chapter 11 of the United States Code (the "**Bankruptcy Code**"), granting Polsinelli compensation and reimbursement of expenses for the combined monthly period from January 1, 2020 through February 25, 2020 (the "**Monthly Compensation Period**") and the final period from October 1, 2019 through February 25, 2020 (the "**Final Compensation Period**"). In support of the Application, Polsinelli respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

72856791.2

## I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought are sections 105(a) and 331 of the Bankruptcy Code and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 138] entered in these Chapter 11 Cases.

## II. BACKGROUND

2. On October 1, 2019 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**") commencing the above-captioned Chapter 11 Cases. The factual background regarding the Debtors, including their business operations and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the *Declaration of Alton Davis, President and Chief Operating Officer of Bayou Steel BD Holdings, L.L.C., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14], fully incorporated by reference therein. The Debtors have continued in the management and operation of their businesses and properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in the Chapter 11 Cases. On October 10, 2019, the Office of the United States Trustee (the "**UST**") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "**Creditors' Committee**").

4. On October 11, 2019, the Debtors filed the *Motion for Entry of (I) an Order Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into a Stalking Horse Agreement, (E) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (F) Granting Related Relief, and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 73] (the "**Bid Procedures and Sale Motion**").

5. On November 4, 2019, the Court entered an order approving the retention of Polsinelli as counsel to the Debtors, *nunc pro tunc* to the Petition Date [Docket No. 186].

6. On November 8, 2019, the Court entered an *Order (I) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into a Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 224] (the "**Bid Procedures Order**").

7. Consistent with the Bid Procedures Order, the Debtors conducted a vigorous Auction on December 18, 2019, which spanned over the course of multiple days.

8. On December 21, 2019, the Debtors filed a *Notice of Successful Bidder* [Docket No. 355] and identified Liberty BSG Holdings Inc. as the successful bidder ("**Liberty BSG**").

9. On December 26, 2019, the Court entered the *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims,*

3

*Encumbrances, and Interests Under the Asset Purchase Agreement, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Docket No. 371], pursuant to which, among other things, the Court approved the sale of substantially all of the Debtors' assets (the "**Sale**") to Liberty BSG and approved the Liberty BSG asset purchase agreement (the "**Asset Purchase Agreement**").

10.     While the Debtors were working on the Sale closing, on January 21, 2020, the Creditors' Committee and Black Diamond Commercial Finance, L.L.C. filed motions to convert the Chapter 11 Cases to cases under chapter 7 [Docket Nos. 417 and 419].

11.     The Sale closed on January 31, 2020, and the Debtors and Polsinelli continued to work into February with key stakeholders in the Chapter 11 Cases to develop the best strategy for moving forward as well as to address post-closing diligence requests and work on transition issues in accordance with the Asset Purchase Agreement.

12.     Notwithstanding, in light of lack of liquidity and failure of the parties to reach a consensual deal for the use of cash collateral, on February 25, 2020, the Court entered an order approving the motions of the Creditors' Committee and Black Diamond Commercial Finance, L.L.C. to convert the Chapter 11 Cases to Chapter 7 [Docket No. 496] (the "**Conversion Order**").

13.     On February 25, 2020 the UST appointed George L. Miller as the chapter 7 trustee (the "**Chapter 7 Trustee**").

### III.  FEES AND EXPENSES

14.     Polsinelli has continuously rendered services to the Debtors during the Monthly Compensation Period, totaling 576.60 hours of professional time, comprising 521.20 hours of professional services and 55.40 hours of paraprofessional services.  The services of Polsinelli are necessary to enable the Debtors to execute faithfully their duties as debtors and

4

debtors in possession. Polsinelli has provided, and will continue to provide, services to the Debtors including the following:

    a.    taking all necessary action to protect and preserve the estates of the Debtors, including the negotiation of disputes in which the Debtors are involved, the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors, and the preparation of objections to claims filed against the Debtors' estates;

    b.    reviewing all pleadings filed in the Chapter 11 Cases;

    c.    providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business;

    d.    preparing on behalf of the Debtors, as debtors in possession, necessary motions, applications, answers, orders, reports, and other legal papers in connection with the administration of the Debtors' estates;

    e.    appearing in court and protecting the interests of the Debtors before this Court;

    f.    assisting with any disposition of the Debtors' assets, by sale or otherwise;

    g.    taking all necessary or appropriate actions in connection with any plan of reorganization and related disclosure statement and all related documents, and such further actions as may be required in connection with the administration of the Debtors' estates;

    h.    performing all other legal services in connection with the Chapter 11 Cases as may reasonably be required.

15. The total sum due to Polsinelli for professional services rendered on behalf of the Debtors for the Monthly Compensation Period is $261,261.00. Polsinelli submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary under the circumstances.

16. Polsinelli also expended costs on behalf of the Debtors during the Monthly Compensation Period in the sum of $10,144.01. In accordance with Rule 2016-2(e)(iii) of the *Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware*, all copying charges are billed at no more than $0.10 per page.

17. Attached hereto as <u>Exhibit A</u> is the detailed invoice of Polsinelli's fees and expenses for the Monthly Compensation Period.[2]

18. The total sum due to Polsinelli for professional services rendered on behalf of the Debtors for the Final Compensation Period is $928,402.00. The total sum due to Polsinelli for costs expended on behalf of the Debtors during the Final Compensation Period is $37,673.94.

19. In order to comply with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**UST Guidelines**"), Polsinelli states as follows:

A. There are no variations from, or alternatives to, Polsinelli's standard or customary billing arrangements for this engagement other than the hourly rate discounts agreed to for the primary professionals working on the matter. *See Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 86].

B. The fees sought by Polsinelli in this Application for the period from October 1, 2019 through February 25, 2020 are well under the projected fees budgeted pursuant to the budgets and staffing plans provided by Polsinelli to the Debtors for the period covered through January 31, 2020.

C. No professionals from Polsinelli covered by this Application have varied their hourly rates based upon the geographical location of the Chapter 11 Cases.

D. The fees covered by this Application include approximately 20 hours reviewing invoices to ensure that the time entries attached to this Application are properly coded to comply with the UST Guidelines.

E. The fees covered by this Application include approximately 10 hours in reviewing time records to redact any privileged or other confidential information.

F. There were no hourly rate increases by Polsinelli during the Final Compensation Period.

---

[2] Electronic research is charged at standard Westlaw rates less a percentage discount that is assessed and adjusted periodically based on market terms.

6

72856791.2

12. In further support of this Application, Polsinelli attaches the following exhibits: (1) <u>Exhibit B</u> – Customary and Comparable Compensation Disclosures for the Final Fee Period; (2) <u>Exhibit C</u> - Summary of Professionals Included in this Application for the Final Fee Period; (3) <u>Exhibit D</u> – Polsinelli's Applicable Budget and Staffing Plan; (4) <u>Exhibit E</u> – Summary of Compensation Requested by Project Category for the Final Fee Period; (5) <u>Exhibit F</u> – Summary of Reimbursement Requested by Category for the Final Fee Period; and (6) <u>Exhibit G</u> – Summary Cover Sheet of Fee Application.

13. Notice of this Application has been provided in accordance with the Compensation Order.

WHEREFORE, Polsinelli respectfully requests that the Court enter an order (i) approving the Application, (ii) authorizing and directing the Chapter 7 Trustee to pay the full amounts requested in the Application to Polsinelli, less any amounts previously paid, and (iii) granting such further relief as is just and proper.

Dated: March 25, 2020
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 /s/ Shanti M. Katona
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

72856791.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## VERIFICATION OF SHANTI M. KATONA

1. I am a Shareholder in the Wilmington, Delaware office of Polsinelli PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among other locations across the country. I am an attorney-at-law, duly admitted, and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

2. I have personally performed many of the legal services rendered by Polsinelli as counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") and am familiar with all other work performed on behalf of the Debtors by the lawyers and other employees at Polsinelli.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

72856791.2

4. I have reviewed Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* and believe that the Application for Polsinelli complies with same.

5. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2020                    Respectfully submitted,

                                         */s/ Shanti M. Katona*
                                         Shanti M. Katona (Del. Bar. No. 5352)

72856791.2