**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | **Chapter 11** |
| **BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,** | **Case No. 19-12153 (KBO)** |
| **Debtors.** | **(Jointly Administered)** |
| | Related Docket Nos.: 515, 558 |

**ORDER APPROVING
STIPULATION BETWEEN WARN ACT PLAINTIFFS AND
<u>TRUSTEE EXTENDING THE DEADLINE FOR FILING PROOF OF CLAIM</u>**

Upon consideration of the *Stipulation Between WARN Act Plaintiffs and Trustee Extending the Deadline for Filing Proof of Claim* (the "Stipulation"), attached hereto as <u>Exhibit 1</u>; and after due deliberation; and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Stipulation is APPROVED in its entirety; and it is further

ORDERED, that this Order shall be effective immediately upon its entry; and it is further

ORDERED, that the Bankruptcy Court shall retain jurisdiction over any matter or dispute arising from or related to the implementation of this Order.

Dated: May 4th, 2020
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

WBD (US) 49197321v1