# EXHIBIT 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BAYOU STEEL BD HOLDINGS, L.L.C.,** *et al.*,[1] | **Case No. 19-12153 (KBO)** |
| **Debtors.** | **(Jointly Administered)** |

### STIPULATION BETWEEN WARN ACT PLAINTIFFS AND TRUSTEE EXTENDING THE DEADLINE FOR FILING PROOF OF CLAIM

This stipulation (the "Stipulation") is entered into by and among the Plaintiffs to the consolidated adversary proceeding captioned *Fleming, et al. v. Bayou Steel BD Holdings, L.L.C., et al.*, Adv. Proc. No. 19-50392 (Bank. D. Del. filed Oct. 3, 2019) (the "WARN Act Plaintiffs"),[2] and George L. Miller, Chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"). The WARN Act Plaintiffs and the Trustee (the "Parties"), by and through their undersigned counsel, agree and stipulate that:

WHEREAS, on March 11, 2020, the deadline for creditors to file a proof of claim was set for May 5, 2020;

WHEREAS, the Parties are presently negotiating a stipulation that, *inter alia*, permits the WARN Act Plaintiffs to file a consolidated class proof of claim;

WHEREAS, counsel to the Trustee agrees to extend the time for the WARN Act Plaintiffs to file a proof of claim, on their own behalf and on behalf of a putative class, through and including June 5, 2020;

---

[1] The Debtors in these cases are Bayou Steel BD Holdings, L.L.C. (Bankr. Case No. 19-12153-KBO); BD Bayou Steel Investment, LLC (Bankr. Case No. 19-12154-KBO); and BD LaPlace, LLC (Bankr. Case No. 19-12155-KBO). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Bayou Steel BD Holdings, L.L.C. (1984); (ii) BD Bayou Steel Investment, LLC (1222); and (iii) BD LaPlace, LLC (5783). The mailing address for the Debtors is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] The separate adversary proceeding captioned *Ziegeler, et al. v. Bayou Steel BD Holdings, L.L.C., et al.*, Adv. Proc. No. 19-50748 (Bank. D. Del. filed Oct. 30, 2019) is consolidated with this action.

NOW THEREFORE, in consideration of the premises and mutual covenants contained herein and other valuable consideration, the receipt of which is hereby acknowledged, it is stipulated and agreed by and between the Parties, as follows:

1. The WARN Act Plaintiffs' deadline for filing a proof of claim on behalf of themselves and a putative class is extended through and including June 5, 2020.

2. This extension is without prejudice to the rights of any Party, including the right to agree to further extensions of time for filing of a proof of claim, or to the rights of the WARN Act Plaintiffs to seek further extensions of time from the Court to file a proof of claim, and the Trustee's rights to oppose any such requests by the WARN Act Plaintiffs.

Dated: May 1, 2020

| WOMBLE BOND DICKINSON (US) LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| */s/ Kevin J. Mangan* | */s/ Peter J. Keane* |
| Kevin J. Mangan (DE Bar No. 3810) | Bradford J. Sandler (DE Bar No. 4142) |
| Nicholas T. Verna (DE Bar No. 6082) | Colin R. Robinson (DE Bar No. 5524) |
| 1313 North Market Street, Suite 1200 | Peter J. Keane (DE Bar No. 5503) |
| Wilmington, Delaware 19801 | 919 North Market Street, 17th Floor |
| Telephone: (312) 252-4320 | Wilmington, Delaware 19801 |
| Facsimile: (312) 252-4330 | Telephone: (302) 652-4100 |
| kevin.mangan@wbd-us.com | Facsimile: (302) 652-4400 |
| nick.verna@wbd-us.com | bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| Brent B. Barriere (La. Bar. No. 2848) | pkeane@pszjlaw.com |
| Jason W. Burge (La. Bar No. 30420) | |
| Kathryn J. Johnson (La. Bar No. 36513) | *Counsel for George L. Miller,* |
| FISHMAN HAYGOOD, L.L.P. | *Chapter 7 Trustee* |
| 201 St. Charles Avenue, Suite 4600 | |
| New Orleans, Louisiana 70170 | |
| Telephone: (504) 586-5252 | |
| Facsimile: (504) 586-2520 | |
| bbarriere@fishmanhaygood.com | |
| jburge@fishmanhaygood.com | |
| kjohnson@fishmanhaygood.com | |

Joseph C. Peiffer (La. Bar No. 26459)
Brandon M. Wise (Mo. Bar No. 67242)
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
Telephone: (314) 833-4825
Facsimile: (314) 833-4826
jpeiffer@pwcklegal.com
bwise@pwcklegal.com

Eric J. O'Bell (La. Bar No. 26693)
Bradley T. Oster (La. Bar No. 35540)
O'BELL LAW FIRM, LLC
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
ejo@obelllawfirm.com
brad@obelllawfirm.com

Hugh P. Lambert, T.A. (La. Bar No. 7933)
Cayce C. Peterson, Esq. (La. Bar No. 32217)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com

Randal L. Gaines, Esq. (La. Bar No. 17576)
7 Turnberry Drive
LaPlace, Louisiana 70068
Telephone: (225) 647-3383
Facsimile: (985) 652-3299
attyrandal@gmail.com

*Counsel for WARN Act Plaintiffs*