# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC. *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On July 9, 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 7/7/2020 | 578 | Order Granting Allowance of Administrative Expense Claim (Related Doc # 561, 577) Order Signed on 7/7/2020. (Mml) (Entered: 07/07/2020) |

X _____
Gene Matthews

Dated: July 9, 2020

State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 9th day of July 2020, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: DOUGLAS JOHN DEPTA, MY COMMISSION EXPIRES OCTOBER 21, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

George L. Miller, Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

OFFICE OF UNITED STATES TRUSTEE
Attn: Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19899-0035

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
919 North Market Street, 17th Floor
Wilmington, Delaware 19801