# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Bayou Steel BD Holdings, L.L.C.

*dba* Bayou Steel Group
*fka* BD Long Products, LLC

**EIN:** 81-2651984

**Chapter:** 7

**Case No.:** 19−12153−KBO

**NOTICE OF DEADLINES TO FILE: (I) REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)**

PLEASE TAKE NOTICE that George L. Miller, trustee for the above referenced case, has filed a Notice of Deadlines to File: (I) Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) at Docket No.598.

The complete Notice may be viewed by accessing the court's website at:

*https://www.deb.uscourts.gov/news/notice-deadlinefile-administrative-claims-bayou-steel-bd-holdings-llc-et-al*

*(signature)*

Una O'Boyle, Clerk of Court

Dated: 7/29/20

DOCS_DE:229361.3 57095/001