IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br> (Jointly Administered) <br><br> Re: Docket No. 411 |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Reed Smith LLP hereby enters its appearance as counsel for Trinity Industries Leasing Co. ("TILC"), and Duane Morris LLP hereby withdraws its appearance as counsel for TILC in the above-referenced chapter 7 cases (the "Chapter 7 Cases").

**PLEASE TAKE FURTHER NOTICE** that TILC hereby requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, that copies of all notices and pleadings given or filed in these Chapter 7 Cases be given and served upon the following persons at the addresses and contact information:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

Jason D. Angelo, Esquire
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail:  jangelo@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of TILC.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of TILC including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which TILC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

- 3 -

Dated:   August 4, 2020

| DUANE MORRIS LLP | REED SMITH LLP |
|---|---|
| */s/ Jarret P. Hitchings* | */s/ Jason D. Angelo* |
| Jarret P. Hitchings (No. 5564) | Jason D. Angelo (No. 6009) |
| 222 Delaware Avenue, Suite 1600 | 1201 North Market Street, Suite 1500 |
| Wilmington, DE 19801-1659 | Wilmington, DE 19801 |
| Telephone: (302) 657-4900 | Telephone: (302) 778-7500 |
| Facsimile: (302) 657-4901 | Facsimile: (302) 778-7575 |
| E-mail: jphitchings@duanemorris.com | E-mail:  jangelo@reedsmith.com |
| *Withdrawing Attorneys for Trinity Industries Leasing Co.* | *Substituting Attorneys for Trinity Industries Leasing Co.* |