# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.,* | Case No. 19-12153 (KBO) |
| Debtors. | Re: D.I. No. 594 |

## REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Antares, LLC ("Antares"), a creditor of debtor Bayou Steel BD Holdings, LLC (together, with its co-debtors, the "Debtors") hereby requests allowance of its administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $6,250.00 for document portal hosting, maintenance and support services provided to the Debtors subsequent to the January 11, 2020. In support of this request, Antares states as follows:

### JURISDICTION & VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On January 11, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

3. On February 25, 2020, the Debtors' chapter 11 cases were converted to cases under chapter 7 pursuant to section 1112(b) of the Bankruptcy Code.

4. On July 27, 2020, the Bankruptcy Court entered the Order (I) Establishing the Deadline to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11

U.S.C. § 503(b), (II) Approving Form and Manner of Notice thereof and (III) Granting Related Relief [Docket No. 594] (the "Chapter 11 Administrative Claim Bar Date Order").

5. Subsequent to the Petition Date, Antares provided debtor Bayou Steel BD Holdings, LLC with document portal hosting, maintenance and support services in the amount of $6,250.00 (the "Chapter 11 Administrative Claim") for which it has not been paid. A true and correct copy of the Antares' invoice evidencing its Chapter 11 Administrative Claim is attached hereto as Exhibit "A".

## RELIEF REQUESTED

6. Section 503(b) of the Bankruptcy Code provides "[a]fter notice and a hearing, there shall be allowed, administrative expenses…including…(1) the actual and necessary costs and expenses of preserving the estate ." 11 U.S.C. § 503(b)(1)(A).

7. Antares satisfies the statutory requirement for allowance of a section 503(b)(1) claim in that the document portal hosting, maintenance and support services in the amount of $6,250.00 were provided to the Debtors after the Petition Date and represented the "actual and necessary costs of preserving the estate" within the meaning of 11 U.S.C. § 503(b)(1).

## RESERVATION OF RIGHTS

8. Antares reserves all rights, claims, counterclaims, defenses, offsets, or other remedies under the Code or other applicable law, and reserves the right to amend, supplement or modify this request.

## NOTICE

9. Pursuant to the Chapter 11 Administrative Claim Bar Date Order, notice of this request has been provided to counsel to the Chapter 7 Trustee. In light of the nature of the relief

requested herein, Antares submits that no other or further notice is required.

10. No prior motion for the relief requested herein has been made to this or to any other court.

WHEREFORE, Antares requests an order allowing its administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $6,250.00, and granting Antares such other relief as the Court deems just and proper.

Dated: August 11, 2020
Wilmington, DE

                                              *s/ Michael J. Joyce*
                                              Michael J. Joyce (No. 4563)
                                              LAW OFFICES OF JOYCE, LLC
                                              1225 King Street
                                              Suite 800
                                              Wilmington, DE 19801
                                              (302)-388-1944
                                              mjoyce@mjlawoffices.com

                                              *Counsel to Antares, LLC*