# J3 TRANSPORTATION

# INVOICE

POST OFFICE BOX # 1089
KINGSTON, TN. 37763
Phone: (865) 224 - 1135
Fax: (865) 321 - 8395

FILED
2020 AUG 12   AM 9:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

INVOICE #JTJP001
DATE: 08/01/2020

**TO:**
BAYOU STEEL GROUP
BAYOU STEEL BD HOLDINGS, LLC
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE. 19801

**COMMENTS OR SPECIAL INSTRUCTIONS:**
ADMIN FEE'S FROM BAYOU STEEL GROUP

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| JONATHAN | 83-2641984 | J3 TRANS | TRUCK | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | ADMINISTRATIVE FEE'S | $10,000.00 | $10,000.00 |
| | | | |
| | THESE FEE'S ARE FOR ADMIN COSTS AND EXPENSES | | |
| | RELATED TO WORKING IN THE OFFICE AT J3 PAYMENT | | |
| | TO OUR TEAM FOR FINDING CARRIERS TO HAUL LOADS | | |
| | DOING BILLING, INVOICEING, ETC. PLEASE REMIT PMT | | |
| | AS SOON AS YOU CAN. I APPRECIATE ALL YOUR HELP | | |
| | WITH THIS. | | |
| | | SUBTOTAL | $10,000.00 |
| | | SALES TAX | $0.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL DUE | $10,000.00 |

Make all checks payable to J3 TRANSPORTATION.
If you have any questions concerning this invoice, contact: JONATHAN BENNETT at (865) 224 - 1135 or JONATBEN@COMCAST.NET.

**THANK YOU FOR YOUR BUSINESS!**

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

In Re:

Bayou Steel BD Holdings, L.L.C.

*dba* Bayou Steel Group
*fka* BD Long Products, LLC

EIN: 81-2651984

Chapter: 7

Case No.: 19-12153-KBO

### NOTICE OF DEADLINES TO FILE: (I) REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)

PLEASE TAKE NOTICE that George L. Miller, trustee for the above referenced case, has filed a Notice of Deadlines to File: (I) Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) at Docket No.598.

The complete Notice may be viewed by accessing the court's website at:

*https://www.deb.uscourts.gov/news/notice-deadlinefile-administrative-claims-bayou-steel-bd-holdings-llc-et-al*

*/s/ Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 7/29/20