IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,

Debtors.

Chapter 7

Case No. 19-12153 (KBO)

(Jointly Administered)

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| October 7, 2020 | 10:00 a.m. Eastern Time (Omnibus Hearing) |
| November 5, 2020 | 10:00 a.m. Eastern Time (Omnibus Hearing) |
| December 8, 2020 | 10:00 a.m. Eastern Time (Omnibus Hearing) |

IT IS FURTHER ORDERED that the hearings shall take place before the Honorable Karen B. Owens, U.S. Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**Dated: August 20th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228617.5 57095/001