## **EXHIBIT A**

**Summary of Proposed Protocol For
Compromise of Preferential Transfer Claims**

| Amount of Claim | Notice | Motion For Court Approval |
|---|---|---|
| Gross aggregate 90 day payments of $100,000 or less. | No notice required | None required |
| Gross aggregate 90 day payments of $100,000 or greater but the "Disputed Amount" but does not exceed $100,000.<br><br>(amount recovered is 50% or more of the Disputed Amount.) | No notice required | None required |
| Disputed Amount is greater than $100,000, but does not exceed $250,000 and the amount to be recovered is 50% or more of the Disputed Amount. | Ten (10) days notice to Creditor List (Exhibit C) | Required only if objection served following notice |
| All other Preference Claims | Notice pursuant to local rules for 9019 motions | Required |