# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |

## ORDER APPROVING ORDER APPROVING STIPULATION PERMITTING THE FILING OF A LATE CLAIM BY TRANSWORKS COMPANY

Upon consideration of the *Stipulation Permitting the Filing of a Late Claim by Transworks Company* (the "Stipulation") entered into between the Trustee[2] and Princeton TMX, LLC, as assignee of Transworks; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit A**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

**Dated: August 25th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.