## EXHIBIT A TO ORDER

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

**STIPULATION PERMITTING THE FILING OF A LATE CLAIM BY
TRANSWORKS COMPANY**

George L. Miller, the chapter 7 trustee (the "Trustee") appointed in the cases of the above-captioned debtors (the "Debtors") and Princeton TMX, LLC, as assignee of Transworks Company ("Transworks," and together with the Trustee, the "Parties"), hereby agree and stipulate the following:

1.      WHEREAS, on October 1, 2019, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.

2.      WHEREAS, by Order dated February 25, 2020, the Court converted the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code [Docket No. 496].

3.      WHEREAS, on February 25, 2020, George L. Miller was appointed as the chapter 7 trustee of the Debtors' bankruptcy estates [Docket No. 497].

4.      WHEREAS, on March 11, 2020, the Court established May 5, 2020 as the deadline for filing proofs of claim against the Debtors (the "Bar Date").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

5.      WHEREAS, the Bar Date Notice was served upon Transworks and Transworks did not file a proof of claim prior to the May 5, 2020 Bar Date.

6.      WHEREAS, Transworks has asserted a pre-petition claim in the amount of $21,051.00 for the rejection of an executory contract (the "Claim").

7.      WHEREAS, on July 28, 2020, Transworks contacted counsel to the Trustee to inquire whether the Trustee would be willing to enter a stipulation with Transworks concerning the late filing of their Claim.

8.      WHEREAS, in order to avoid undue expense that would be entailed in a motion by Transworks from treatment of a claim as timely filed, and notwithstanding the passage of the Bar Date, the parties have agreed to the terms of this Stipulation.

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby STIPULATED AND AGREED between the Parties that:

1.      The foregoing recitals are incorporated herein by reference.

2.      Upon entry of an order approving this Stipulation, Transworks is permitted to file a general unsecured, non-priority Claim against the Debtors' estates, notwithstanding the applicable Bar Date for filing such claim.  Except as provided herein, nothing in this Stipulation shall be deemed consent or waiver by the Trustee for the filing of any late claims by any other creditors or parties in interest.

3.      The Trustee shall not object to the Claim filed by Transworks on the grounds of lateness; provided, however, that the Trustee reserves the right to object to the Claim of Transworks on all other grounds, and any rights, claims, defenses of the Trustee, on behalf of the Debtors' estates (other than for lateness as indicated in paragraph 2) are hereby preserved.

Dated:  August 25, 2020          PACHULSKI STANG ZIEHL & JONES LLP


                                  */s/ Peter J. Keane*
                                 Bradford J. Sandler (DE Bar No. 4142)
                                 Colin R. Robinson (DE Bar No. 5524)
                                 Peter J. Keane (DE Bar No. 5503)
                                 919 North Market Street, 17th Floor
                                 Wilmington, DE 19801
                                 Telephone: 302-652-4100
                                 Facsimile:  302-652-4400
                                 E-mail:  bsandler@pszjlaw.com
                                         crobinson@pszjlaw.com
                                         pkeane@pszjlaw.com


                                 *Counsel for George L. Miller, Chapter 7 Trustee*


                                 FOLEY & LARDNER LLP

                                 */s/ Michael J. Small*
                                 Michael J. Small
                                 321 North Clark Street
                                 Suite 3000
                                 Chicago, IL 60654-4762
                                 Tel: 312.832.5832
                                 Facsimile: 312.832.4700
                                 Email: msmall@foley.com

                                 *Counsel to Princeton TMX, LLC, as assignee of
                                 Transworks Company*