IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC,<br>et al.<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** that James Tobia, Esquire, of The Law Office of James Tobia, LLC, hereby enters his appearance on behalf of JLE Industries, LLC, ("JLE") ("Party in Interest").

**PLEASE TAKE FURTHER NOTICE** that the Party in Interest requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served including, but not limited to, all notices filed and served, be given to and served upon the following office addresses, telephone and facsimile numbers and e-mail addresses:

| | |
|---|---|
| **James Tobia (#3798)**<br>*The Law Office of James Tobia, LLC*<br>1716 Wawaset Street<br>Wilmington, DE  19806<br>Tel (302) 655-5303<br>Fax (302) 656-8053<br>**Email: jtobia@tobialaw.com** | **ECHARD MARQUETTE, P.C.**<br>Trent Echard, Esquire<br>4773 William Flynn Highway<br>Allison Park, PA 15101<br>Pa. I.D. No. 206598<br>trent@trustemlaw.com<br> (412) 998-7000<br>(412) 274-0102 (fax) |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Party in Interest intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of the Party in Interest to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of the Party in Interest to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of the Party in Interest to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Party in Interest are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  August 26, 2020

BY:   /s/ James Tobia
James Tobia (#3798)
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
(302) 655-5303
Attorney for JLE Industries, LLC