IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Case no. 19-12153 (KBO) |
| BAYOU STEEL BD HOLDINGS, L.L.C.[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 485 |

**ORDER GRANTING ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

The matter coming before the Court on the Motion of Pacific Foundry Company for Allowance of Administrative Expense Claim (the "Motion"), filed by Pacific Foundry Company ("PFC"); the Court having reviewed the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided, and (iv) capitalized terms not otherwise defined herein have the meaning given to them in the Motion; and the Court having considered the Motion and any responses; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein as modified by this Order; and the Court having determined that the relief sought in the Motion; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Bayou Steel DB Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222); and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

2. PFC shall hereby have an allowed chapter 11 administrative expense claim pursuant to Section 503(b)(9) in the amount of $211,052.00 (the "Allowed Claim"). Any distribution on account of the Allowed Claim will be made as and when any other chapter 11 administrative expense claims receive a distribution, per the priorities of the Bankruptcy Code.

3. This Court shall retain jurisdiction over any matters arising from or related to the implementation or interpretation of this Order.

**Dated: August 26th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**