**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 19-12153 (KBO) |
| **BAYOU STEEL BD HOLDINGS, LLC *et al.*,** | Jointly Administered |
| | **Hearing Date: TBD, if necessary**<br>**Objection Date: TBD, if necessary** |
| Debtors. | **Docket No. 594** |

**REQUEST FOR ALLOWANCE AND PAYMENT**
**OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

Oracle America, Inc., successor in interest to Dyn, Inc. ("Oracle"), a creditor and contract counter-party in the above-captioned Chapter 11 cases, hereby requests allowance and payment of an administrative expense in the amount of $630.00, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for post-petition goods and products provided, and services rendered, by Oracle to Bayou Steel BD Holdings, LLC, et al. ("Debtors").

1. Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 1, 2019 (the "Petition Date"). The case converted to a Chapter 7 on February 25, 2020 ("Conversion Date") and George L. Miller was appointed as the Chapter 7 Trustee.

2. On July 27, 2020, the Court entered an *Order (I) Establishing the Deadline to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b), (II) Approving Form and Manner of Notice Thereof and (III) Granting Related Relief* [Dkt. No. 594] ("Order").

3. Pursuant to the Order, the last day to file a Chapter 11 administrative claim is September 10, 2020. The administrative time period is from the Petition Date to the Conversion Date.

4. Oracle is a licensor of computer software and provides software related products, technical support, maintenance, educational materials, and programs, as well as cloud-based services, which Oracle often customizes to meet the customer's specific needs.

5. Debtors owe Oracle $630.00 in administrative expenses for post-petition, pre-conversion support services provided by Oracle to the Debtors.

6. Attached hereto as **Exhibit A** is a true and correct copy of the outstanding invoices ("Invoices") which reflect the amount due and owing by Debtors to Oracle.

7. Oracle asserts that the Debtors used Oracle's services throughout the tenure of the Chapter 11 cases. Therefore, Oracle provided ongoing tangible value to the Debtors' estate.

**8.** Oracle also filed its general unsecured claim which includes Invoice Number 00338230. Oracle is not seeking a duplicative recovery.

9. Rather, Oracle seeks to ensure that the sums due are allowed as an administrative expense claim, with any amounts not allowed administratively to be allowed as a general unsecured claim.

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $630.00, and reserves its rights to supplement this Administrative Request if additional unpaid administrative amounts accrue.

**MARGOLIS EDELSTEIN**

Dated: September 10, 2020

By: /s/ James E. Huggett__________
James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Ave., Suite 210E
Lake Success, NY 11042
Telephone: (516) 622-2335

Shawn M. Christianson, Esq.
**BUCHALTER, A Professional Corporation**
A Professional Corporation
55 Second Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 227-0900

Attorneys for Oracle America, Inc.