# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br>**Ref. Docket No. 666** |

## ORDER APPROVING AGREED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

Upon consideration of the *Agreed Confidentiality Stipulation and Protective Order* (the "Stipulation") entered into between the Trustee[2] and Black Diamond Capital Management, L.L.C.; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

DOCS_DE:231413.1 57095/001

**Dated: October 30th, 2020**
**Wilmington, Delaware**

*Ka B. O*———
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**