# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 17th day of November, 2020, I caused a copy of the following to be served on the attached service list in the manner indicated.

**First Interim ("Non-Contingency") Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From March 2, 2020 Through September 30, 2020**

Dated: November 17, 2020

                                                              */s/ Peter J. Keane*
                                                             Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The Debtors' former location was: 138 Highway 3217, LaPlace, Louisiana 70068.

Bayou Steel 2002 Service List ALL FCM
Case No. 19-12153 (KBO)
Document No. 227704v2
73 – First Class Mail

(Counsel to George L. Miller, the Chapter 7 Trustee)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel for the Debtor)
Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

**FIRST CLASS MAIL**
Office of the United States Trustee
Linda J Casey, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**FIRST CLASS MAIL**
US Attorney for Delaware
David C Weiss, Esquire
c/o Ellen Slights
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
Delaware Attorney General
Kathy Jennings, Esquire
820 N French St
Carvel State Office Building
Wilmington, DE  19801

**FIRST CLASS MAIL**
Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French Street, 6th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to Bank of America NA as Administrative Agent, the Prepetition Agent for itself and other prepetition lenders)
Mark D Collins, Esquire
David T Queroli, Esquire
Richards Layton & Finger
920 N. King Street
One Rodney Square
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"))
Susan E Kaufman, Esquire
Law Office of Susan E Kaufman LLC
919 N. Market Street, Suite 460
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent)
Seth A Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323

**FIRST CLASS MAIL**
(Counsel to Westchester Fire Insurance Company and its affiliated sureties)
Gary D Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to M. Brashem, Inc. and MBI Rolls, LLC; and Rockwood Water, Sewer and Gas)
Karen C Bifferato, Esquire
Kelly M Conlan, Esquire
Christopher Griffiths, Esquire
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
G David Dean, Esquire
Patrick J Reilley, Esquire
Cole Schotz PC
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to TMS International, LLC)
Rafael X Zahralddin-Aravena, Esquire
Eric M Sutty, Esquire
Elliott Greenleaf PC
1105 N. Market Street, Suite 1700
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to RHI US Ltd. and Magnesita Refractories Company)
Matthew G Summers, Esquire
Chantelle D McClamb, Esquire
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to Trinity Industries Leasing Co.)
Jason D. Angelo, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

**FIRST CLASS MAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd Suite 100
Dover, DE  19904

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101

**FIRST CLASS MAIL**
Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**FIRST CLASS MAIL**
Securities & Exchange Commission
100 F St NE
Washington, DC  20549

**FIRST CLASS MAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos Regional Director
1617 JFK Boulevard Ste 520
Philadelphia, PA  19103

2

**FIRST CLASS MAIL**
Securities & Exchange Commission NY Office
Marc Berger Regional Director
200 Vesey St Ste 400
Brookfield Place
New York, NY  10281-1022

**FIRST CLASS MAIL**
(Counsel to Bank of America NA as Administrative Agent, the Prepetition Agent for itself and other prepetition lenders)
William L Wallander, Esquire
Bradley Foxman, Esquire
Matthew J Pyeatt, Esquire
Vinson & Elkins
2001 Ross Avenue, Suite 3900
Trammell Crow Center
Dallas, TX  75201

**FIRST CLASS MAIL**
(Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent)
Daniel J McGuire, Esquire
Winston & Strawn LLP
35 W Wacker Dr
Chicago, IL  60601-9703

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors; Top 30 Creditors)
Louisiana Scrap Metal Recycling of Baton Rouge, Inc.
Attn: Daniel Richard
2200 Cameron Street
Lafayette, LA  70506

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors; Top 30 Creditors)
American State Equipment Co., Inc.
Attn: Timothy Kraut
2055 South 108th Street
PO Box 270287
Milwaukee, WI  53227

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"))
United Steelworkers
David R Jury
Anthony Resnick
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222

**FIRST CLASS MAIL**
(Counsel to JLE Industries, LLC)
Trent Echard, Esquire
Echard Marquette PC
4773 William Flynn Highway
Allison Park, PA  15101

**FIRST CLASS MAIL**
(Counsel to Westchester Fire Insurance Company and its affiliated sureties)
Michael R Morano, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mount Kemble Ave.
Morristown, NJ  07960

**FIRST CLASS MAIL**
(Counsel to D&B Metals Inc.)
Michael S. Held, Esquire
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX  75201

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corporation
C Wayne Owen Jr
Simon J Torres
1200 K Street, N.W.
Office of the General Counsel
Washington, DC  20005-4026

3

**FIRST CLASS MAIL**
(Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union)
Richard M Seltzer, Esquire
Melissa S Woods, Esquire
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, NY  10036

**FIRST CLASS MAIL**
(Counsel to Tokai Carbon GE LLC)
Amy Pritchard Williams, Esquire
Troutman Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC  28202

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors)
Tokia Caribon GE LLC
Attn: Jay McCloy
6210 Ardey Kell Road, Suite 270
Charolette, NC  28277

**FIRST CLASS MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Jason R Adams, Esquire
Lauren S Schlussel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**FIRST CLASS MAIL**
(Counsel to Port of South Louisiana)
Alan H. Goodman, Esquire
Richard G. Passler, Esquire
Breazeale Sachse & Wilson LLP
909 Poydras Street, Suite 1500
New Orleans, LA  70112

**FIRST CLASS MAIL**
(Counsel to State of Louisiana, Office of the Attorney General)
State of Louisiana Department of Justice
Office of Attorney General Jeff Landry
Christopher Lento
PO Box 94005
Baton Rouge, LA  70804-9005

**FIRST CLASS MAIL**
(Counsel to Traxys North America LLC)
Rick A. Steinberg, Esquire
Price Meese Shulman & D'Arminio PC
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ  07677

**FIRST CLASS MAIL**
Union Pacific Railroad Company
Tonya W Conley, Lila L Howe
1400 Douglass Street, Stop 1580
Omaha, NE  68179

**FIRST CLASS MAIL**
(Counsel to Hero Lands Company, LLC)
Robert M. Greenbaum, Esquire
Smith Kane Holman LLC
112 Moores Road, Suite 300
Malvern, PA  19355

**FIRST CLASS MAIL**
(Counsel to Hero Lands Company, LLC)
Francis J Lobrano, Esquire
Carver Darden
147 Keating Drive
PO Box 208
Belle Chasse, LA  70037

**FIRST CLASS MAIL**
(Counsel to Oracle America, Inc.)
Shawn M Christianson, Esquire
Buchalter PC
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
(Counsel for Louisiana Health Service &
Indemnity Company d/b/a Blue Cross and
Blue Shield of Louisiana)
Douglas M. Chapoton, Esquire
5525 Reitz Avenue
Baton Rouge, LA  70809-3802

**FIRST CLASS MAIL**
TN Dept of Env't and Conservation
c/oTN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**FIRST CLASS MAIL**
(Top Creditors)
Tokai Carbon GE LLC
Kelly Correll
6210 Audry Kell Road Suite 270
Charlotte, NC  28277

**FIRST CLASS MAIL**
(Top Creditors)
Alter Trading Corporation
700 Office Parkway
St. Louis, MO  63141-7124

**FIRST CLASS MAIL**
(Top Creditors)
Barfield Enterprises, Inc.
Christine Bossier
PO Box 218
New Boston, TX  75570

**FIRST CLASS MAIL**
(Top Creditors)
The David J Joseph Company
PO Box 632960
Cincinnati, OH  45263-2960

**FIRST CLASS MAIL**
(Top Creditors)
Kodiak Metals Recycling Inc.
James Dickinson
1010 Avenue S
Dickinson, TX  77586

**FIRST CLASS MAIL**
(Top Creditors)
Minerais U.S. LLC
Andrew Cooke
105 Raider Blvd, Ste 104
Hillsborough, NJ  08844

**FIRST CLASS MAIL**
(Top Creditors)
Proler Southwest Inc.
21 Japhet Street
Houston, TX  77020

**FIRST CLASS MAIL**
(Top Creditors)
Derichebourg Recycling USA, Inc.
Danielle Canga
7501 Wallisville Road
Houston, TX  77020-3543

**FIRST CLASS MAIL**
(Top Creditors)
LA Scrap Metal Recycling of B.R.
Daniel Richard
2527 S Westport Drive
Port Allen, LA  70767

**FIRST CLASS MAIL**
(Top Creditors)
Strickland Trading Inc.
B. Wallace
101 Carnoustie
Shoal Creek, AL  35242

**FIRST CLASS MAIL**
(Top Creditors)
Protrade Steel Company, Ltd
5700 Darrow Road
Suite 114
Hudson, OH  44236

**FIRST CLASS MAIL**
(Top Creditors)
Pacific Foundry Company
136 Durham Avenue
New Jersey, NJ  08840

**FIRST CLASS MAIL**
(Top Creditors)
River Parish Contractors Inc.
Shawn Becnel
4007 West Airline Hwy
PO Box 2650
Reserve, LA  70084-0545

**FIRST CLASS MAIL**
(Top Creditors)
La Scrap Processors
Daniel Richard
2200 Cameron Street
Lafayette, LA  70506

**FIRST CLASS MAIL**
(Top Creditors)
Gong Chang %MPSI
Dave Baldea
PO Box 4030
Carmel, IN  46082

**FIRST CLASS MAIL**
(Top Creditors)
Pull A Part
Rebecca Kim
4473 Tilly Mill Road
Atlanta, GA  30360

**FIRST CLASS MAIL**
(Top Creditors)
Lhoist North America
John Beatty
3700 Hulen Street
Fort Worth, TX 76107

**FIRST CLASS MAIL**
(Top Creditors)
Diamond E Trucking
C Mitchell
214 Veterans Blvd
PO Box 1056
Denham Springs, LA 70726

**FIRST CLASS MAIL**
(Top Creditors)
Kone Cranes
Keith Miner
3115 Laplace Lane
Laplace, LA 70068

**FIRST CLASS MAIL**
(Top Creditors)
JLE Industries, LLC
Jamie Marchionda
119 Icmi Road
Suite 210
Dunbar, PA  15431

**FIRST CLASS MAIL**
(Top Creditors)
Jefferson Iron & Metal
3940 Montclair Road, #300
PO Box 131449
Birmingham, AL  35213

**FIRST CLASS MAIL**
(Top Creditors)
American State Equipment
2055 South 108th Street
Milwaukee, WI  53227

6

**FIRST CLASS MAIL**
(Top Creditors)
M. Brashem, Inc
14023 Ne 18th Street
Bellevue, WA  98007

**FIRST CLASS MAIL**
(Top Creditors)
American Roll Group LLC
Kevin McCaffrey
28182 N Hayden Road
Scottsdale, AZ  85266

**FIRST CLASS MAIL**
(Top Creditors)
Applied Industrial
5516 Powell Street
Harahan, LA  70183-3427

**FIRST CLASS MAIL**
(Top Creditors)
Scrap Connection
Stacey Griffin
1954 Highway 182
Houma, LA  70364

**FIRST CLASS MAIL**
(Top Creditors)
Tms International, LLC
12 Monongahela Ave
Glassport, PA  15045

**FIRST CLASS MAIL**
(Top Creditors)
Rochester Iron And Metal, Inc.
Michele Morgan
1552 E. Lucas Street
Rochester, IN  46975

**FIRST CLASS MAIL**
(Top Creditors)
Hisar Celik C O MPSI Rolls
Dave Baldea
PO Box 4030
Carmel, IN  46082-4030