# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BAYOU STEEL BD HOLDINGS, LLC et al.**[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Objection Deadline: December 1, 2020 at 4:00 p.m.<br>Hearing Date: December 8, 2020 at 10:00 a.m. |

**FIRST INTERIM APPLICATION OF MILLER COFFEY TATE LLP
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
FOR THE PERIOD FROM FEBRUARY 25, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Miller Coffey Tate LLP |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | Retention Application Filed: March 2, 2020<br>Seeking <u>nunc pro tunc</u> employment as of February 25, 2020<br>Order entered March 19, 2020 |
| Period for which compensation and reimbursement is sought: | February 25, 2020 through September 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $191,743.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,428.90 |

This is an    X    Interim _____ Final Application

---

[1] Bayou Steel BD Holdings, LLC, Case No. 19-12153, BD Bayou Steel Investment, LLC, Case No. 19-12154, BD LaPlace, LLC, Case No. 19-12155 (collectively, the "Debtors").

## ATTACHMENT
## LOCAL FORM 102/RULE 2016-2
## FEE SUMMARY
## FEBRUARY 25, 2020 THROUGH SEPTEMBER 30, 2020

| Name of Professional Person | Cert. Date | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate 2020 | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Matthew R. Tomlin, CPA | 1994 | Partner (2006) | $555 | 12.60 | $ 6,993.00 |
| William A. Homony, CIRA | 2010 | Principal (2016) | $510 | 255.80 | 130,458.00 |
| John J. Reynolds | N/A | Senior Accountant (2014) | $320 | 86.90 | 27,808.00 |
| Victor J. Stott | N/A | Staff Accountant (2016) | $235 | 101.80 | 23,923.00 |
| Cole M. Gamber | N/A | Staff Accountant (2018) | $235 | 10.90 | 2,561.50 |
| TOTAL | | | | 468.00 | $ 191,743.50 |

**Blended rate**     $     409.71

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administation | 1.20 | $ 612.00 |
| Avoidance Action | 91.20 | 28,001.00 |
| Tax | 74.70 | 25,025.50 |
| Asset Recovery | 162.40 | 69,409.50 |
| Claims | 13.80 | 7,038.00 |
| Litigation | 124.70 | 61,657.50 |
| Total | 468.00 | $ 191,743.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Federal Express | MCT | $ 79.65 |
| Computer Equipment | MCT | 110.30 |
| Pacer Charges | MCT | 370.10 |
| Photocopies ($0.10 per page) | MCT | 747.40 |
| Postage | MCT | 79.05 |
| Tax Filing Fees | MCT | 42.40 |
| | Total | $ 1,428.90 |

**Prior Fee Applications:**

| Date Filed | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/17/2020 | 2/25/2020 through 9/30/2020 | $ 191,743.50 | $ 1,428.90 | Pending | Pending |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BAYOU STEEL BD HOLDINGS, LLC et al.**[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Objection Deadline: December 1, 2020 at 4:00 p.m.<br>Hearing Date: December 8, 2020 at 10:00 a.m. |

## FIRST INTERIM APPLICATION OF MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Miller Coffey Tate LLP ("MCT") hereby applies (the "Application") for an award of reasonable compensation in the above-captioned chapter 7 cases of Bayou Steel BD Holdings, LLC et al. (the "Debtors"), for professional services rendered as Accountants and Bankruptcy Consultants for the Trustee in the amount of $191,743.50 together with reimbursement for actual and necessary expenses incurred in the amount of $1,428.90 for the period commencing February 25, 2020 through and including September 30, 2020 (the "Application Period"). In support of the Application, MCT respectfully represents as follows:

## Background

1. On October 1, 2019 (the "Petition Dates"), the Debtors' filed voluntary petition under Chapter 11 of Title 11 of the Bankruptcy Code.

2. On or about February 25, 2020 (the "Conversion Date"), the Order was entered converting the Debtors' Chapter 11 proceedings to a Case under Chapter 7.

---

[1] Bayou Steel BD Holdings, LLC, Case No. 19-12153, BD Bayou Steel Investment, LLC, Case No. 19-12154, BD LaPlace, LLC, Case No. 19-12155 (collectively, the "Debtors").

3.  On or about February 25, 2020, the Office of the United States Trustee appointed George L. Miller as the Trustee (the "Trustee") of the estate of the Debtors'.

4.  An Application of the Trustee for an Order Authorizing the Retention and Employment of Miller Coffey Tate LLP as Accountants for the Trustee nunc pro tunc to February 25, 2020 (the "Retention Application") was filed on or about March 2, 2020 and the Order was entered on March 19, 2020. The Retention Application requests that MCT be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred. At all relevant times, MCT has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtors' or Debtors' estate.

## Compensation Paid and its Source

5.  All services for which MCT requests Compensation were performed for or on behalf of the Trustee.

## Relief Requested

6.  This Application is the first interim fee application to be filed by MCT in these cases. In connection with the professional services described below, by this Application, MCT seeks compensation in the amount of $191,743.50 and expense reimbursement of $1,428.90.

7.  Exhibits A-1 through A-8 reflect the services performed as follows:

    A-1 Summary of Time Charges by Individual - this summary reflects the aggregate time by individual.

    A-2 Summary of Time Charges by Category - this summary reflects the charges for services rendered by category.

A-3 through A-8 reflects the explanation and detailed time charges by category and by individual with the category as follows:

        A-3    Case Administration

        A-4    Avoidance Actions

        A-5    Taxes

        A-6    Asset Recovery

        A-7    Claims

        A-8    Litigation

### Summary of Services Rendered

8. Applicant has performed numerous services for the Trustee which services are fully described in Exhibits "A-1" through "A-8" which are attached hereto and incorporated herein by reference.

Staffing provided by the Applicant along with their responsibilities for the engagement is as follows:

| | |
|---|---|
| Matthew R. Tomlin, CPA | William A. Homony, CIRA |
| Jack J. Reynolds | Victor J. Stott |
| Cole M. Gamber | |

In addition, since each Applicant's staff person is responsible for separate and distinct assignments, it is necessary to have organization meetings between the staff persons as well as with the Trustee's attorneys in order to properly administer the estates.

9. For the Application Period, MCT seeks allowance of compensation in the amount $191,743.50 in connection with the professional services described above.

10. During the Application Period, MCT incurred or disbursed the actual and necessary costs and expenses related to this case in the amount of $1,428.90 as identified on Exhibit B.

11.  Pursuant to Local Rule 2016-2 of this Court, MCT represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

a)  Copy charges are $.10 per page, which charge is reasonable and customary in the accounting industry representing costs of copy materials, acquisition maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures.

12.  MCT has reviewed the requirements of Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and this Application complies with Local Rule 2016-2.

**WHEREFORE**, MCT respectfully requests that the Court enter an order allowing compensation in the sum of $191,743.50 for professional services rendered, and the sum of $1,428.90 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from February 25, 2020 through September 30, 2020, and that the Trustee be authorized to pay MCT all outstanding amounts.

Dated:   November 17, 2020              MILLER COFFEY TATE LLP

/s/ William A. Homony, CIRA
WILLIAM A. HOMONY, CIRA
Miller Coffey Tate LLP
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Ph: 215-561-0950
Fax:  215-561-0330
Accountants and Bankruptcy Consultants to the Trustee