# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C.,<br>*et al.*,<br><br>            Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| January 19, 2021 | 2:00 p.m. Eastern Time (Omnibus Hearing) |
| February 18, 2021 | 1:00 p.m. Eastern Time (Omnibus Hearing) |
| March 18, 2021 | 11:00 a.m. Eastern Time (Omnibus Hearing) |

IT IS FURTHER ORDERED that the hearings shall take place before the Honorable Karen B. Owens, U.S. Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**Dated: December 4th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228617.6 57095/001