IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 671** |

**ORDER GRANTING FIRST INTERIM ("NON-CONTINGENCY")
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM MARCH 2, 2020 THROUGH SEPTEMBER 30, 2020**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First Interim ("Non-Contingency") application for allowance of compensation and reimbursement of expenses for March 2, 2020 through September 30, 2020 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $249,286.00,[2] and costs in the amount of $9,726.62, are allowed on an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

[2] This amount reflects an agreed reduction of $1,350.00 in fees based on comments from the Office of the United States Trustee. PSZ&J reserves all rights to seek approval of this fee reduction in its final fee application in these cases.

interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $249,286.00 as compensation and $9,726.62 as reimbursement of expenses, for a total of $259,012.62 for services rendered and disbursements incurred by PSZ&J for the period March 2, 2020 through September 30, 2020.

      ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 4th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**