IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | |
| **BAYOU STEEL BD Holdings, L.L.C., et al.,** | * | Case No. 19-12153 (KBO) |
| Debtors. | * | Chapter 7 |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that pursuant to Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Gordon Feinblatt LLC and Gebhardt & Smith LLP hereby withdraw their respective appearances as attorneys of record for Steel of America Trading Corp. in the above-captioned cases and any and all adversary proceedings commenced therein, and respectfully request that service upon them of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further request that they be removed from the electronic (CM/ECF) service list.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9010-2(b), the undersigned certifies that Steel of America Trading Corp. has consented to the withdrawal.

[Remainder of Page Intentionally Left Blank]

Dated: December 8, 2020.  Respectfully submitted,

GEBHARDT & SMITH LLP

/s/ *Lisa Bittle Tancredi*
Lisa Bittle Tancredi (Bar No. 4657)
1000 N. West Street, Suite 1246
Wilmington, Delaware  19801
Phone No. (302) 295-5028
Fax No. (443) 957-1920
ltancredi@gebsmith.com

*and*

GORDON FEINBLATT LLC

/s/ *David S . Musgrave*
David S. Musgrave (admitted pro hac vice)
233 East Redwood Street
Baltimore, Maryland 21202
Phone No. (410) 576-4194
Fax No. (410) 576-4196

*Attorneys for Steel of America Trading Corp.*

2