# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br>**Ref. Docket No. 693** |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM MARCH 2, 2020 THROUGH JANUARY 31, 2021**

The undersigned hereby certifies as follows:

1. On February 24, 2021, Pachulski Stang Ziehl & Jones LLP, as counsel for the Chapter 7 Trustee in the above-captioned cases, filed the *Second Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From March 2, 2020 Through January 31, 2021* [Docket No. 693] (the "Application") with the Court.

2. Pursuant to the notice of Application, responses were due to be filed on or prior to March 10, 2021 at 4:00 p.m. (Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

3. A hearing on the Application is scheduled for March 18, 2021 at 11:00 a.m. (prevailing Eastern Time) before the Honorable Karen B. Owens, at the United States

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2

Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

| | |
|---|---|
| Dated:  March 11, 2021 | PACHULSKI STANG ZIEHL & JONES LLP<br><br> */s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br>E-mail:  bsandler@pszjlaw.com<br>            crobinson@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>*Counsel for George L. Miller, Chapter 7 Trustee* |

2

DOCS_DE:233407.1 57095/001