**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| April 22, 2021 | 1:00 p.m. Eastern Time (Omnibus Hearing) |

IT IS FURTHER ORDERED that the hearing shall take place before the Honorable Karen B. Owens, U.S. Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**Dated: March 12th, 2021
Wilmington, Delaware**

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228617.7 57095/001