# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 2, 2021 at 4:00 p.m. (ET)** |

## FIFTH NOTICE OF PROPOSED SETTLEMENTS OF PREFERENCE CLAIMS

**PLEASE TAKE NOTICE** that on September 9, 2020, the Bankruptcy Court entered the *Order Granting Motion of the Chapter 7 Trustee Seeking the Entry of an Order Approving and Authorizing a Protocol to Compromise Preference Claims* (the "Procedures Order") [Docket No. 644].

**PLEASE TAKE FURTHER NOTICE**, pursuant to the Procedures Order, George L. Miller, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, hereby files this notice (the "Notice") of certain proposed settlements of Preference Claims (the "Settlements"), the details of which are set forth in the table below:

| **Defendant Name:** | **Disputed Amount:** | **Amount of Proposed Settlement:** |
|---|---|---|
| Magnesita Refractories Company | $124,611 | $90,000 and section 502(h) waiver |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, any response or objection to the proposed Settlements set forth in this Notice must be served on (i) counsel to the Chapter 7 Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The Debtors' former location was: 138 Highway 3217, LaPlace, Louisiana 70068.

Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Colin R. Robinson (crobinson@pszjlaw.com), and Peter J. Keane (pkeane@pszjlaw.com) on or before **April 2, 2021, at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, if no objections or responses are received, the Trustee may enter into the Settlements set forth in this Notice.

| | |
|---|---|
| Dated: March 23, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | E-mail: bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel for George L. Miller, Chapter 7 Trustee* |