# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| May 26, 2021 | 11:00 a.m. Eastern Time (Omnibus Hearing) |
| June 22, 2021 | 11:00 a.m. Eastern Time (Omnibus Hearing) |
| July 27, 2021 | 10:00 a.m. Eastern Time (Omnibus Hearing) |

**Dated: April 20th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228617.8 57095/001