# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Andrew R. Remming, Joseph C. Barsalona II, and Eric W. Moats of Morris, Nichols, Arsht & Tunnell LLP hereby withdraw their appearance as counsel for: (i) Metals USA, Inc.;(ii) Reliance Steel & Aluminum Co.; (iii) PDM Steel Service Centers, Inc.; (iv) Durrett Sheppard Steel Co., Inc.; (v) CCC Steel, Inc.; (vi) Siskin Steel & Supply Company; (vii) Northern Illinois Steel Supply Co.; (viii) Infra-Metals Co.; (ix) Sugar Steel Corporation; and (x) Delta Steel, Inc. in the above-captioned case and request that the Clerk of the United States Bankruptcy Court for the District of Delaware or any claims or noticing agent appointed in this case, remove them from the electronic and paper noticing matrix for the above-captioned case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

| | |
|---|---|
| Dated: April 28, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Eric W. Moats*<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: aremming@morrisnichols.com<br>          jbarsalona@morrisnichols.com<br>          emoats@morrisnichols.com |