# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**BAYOU STEEL BD HOLDINGS, L.L.C.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Bankruptcy Case<br>No. 19-12153-KBO<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of W. Spencer King, Esquire, of King & Jurgens, L.L.C., 201 St. Charles Ave., 45th Floor, New Orleans, Louisiana 70170, as an attorney for defendant River Parish Contractors, Inc. in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: May 7, 2021
Wilmington, Delaware

/s/ *James G. McMillan, III*
James G. McMillan, III (No. 3979)
HALLORAN FARKAS + KITTILA LLP
5801 Kennett Pike, Suite C/D
Wilmington, DE 19807
Telephone: 302-257-2103
Facsimile: 302-257-2019
jm@hfk.law

---

[1] The Debtors in these cases are Bayou Steel BD Holdings, L.L.C. (Bankr. Case No. 19-12153-KBO); BD Bayou Steel Investment, LLC (Bankr. Case No. 19-12154-KBO); and BD LaPlace, LLC (Bankr. Case No. 19-12155-KBO). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Bayou Steel BD Holdings, L.L.C. (1984); (ii) BD Bayou Steel Investment, LLC (1222); and (iii) BD LaPlace, LLC (5783). The mailing address for the Debtors is 138 Highway 3217, LaPlace, Louisiana 70068.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                                         /s/ *W. Spencer King*
                                                                        W. Spencer King
                                                                        King & Jurgens, L.L.C.
                                                                        201 St. Charles Ave., 45th Floor
                                                                        New Orleans, LA 70170
                                                                        504-582-3800
                                                                        sking@kingjurgens.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: May 11th, 2021
Wilmington, Delaware

                                                **KAREN B. OWENS**
                                                **UNITED STATES BANKRUPTCY JUDGE**