**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

**TRUSTEE'S STIPULATION ALLOWING CLAIMS OF**
**LHOIST NORTH AMERICA OF ALABAMA LLC**

George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Trustee**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel, pursuant to the Settlement Agreement entered into by and between the Trustee and Lhoist North America of Alabama LLC (the "**Lhoist**," and together with the Trustee, the "**Parties**"), hereby stipulates and agrees that Lhoist shall have the following allowed claims (collectively, "**Lhoist's Allowed Claims**"):

1. Lhoist shall have a general allowed unsecured claim in the amount of $110,000 against Bayou Steel BD Holdings LLC, pursuant to Bankruptcy Code section 502(h).

2. Lhoist shall have an allowed administrative claim in the amount of $96,022.91 pursuant to Bankruptcy Code section 503(b)(9) and a general unsecured claim in the amount of $348,223.35, pursuant to Lhoist's filed claim (Claim Number 163) against Bayou Steel BD Holdings LLC.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Dated: June 24, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
acaine@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to the Trustee*

and

KELLY HART & HALLMAN LLP

*/s/ Nancy Ribaudo*

Nancy Ribaudo
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel: (817) 878-9377
Fax: (817) 878-9280
Email:nancy.ribaudo@kellyhart.com

*Counsel to Lhoist North America of Alabama, LLC*