

**HUIE**

PUMP HOUSE PLAZA  
3291 US HIGHWAY 280, SUITE 200  
BIRMINGHAM, AL 35243-4100

T 205 251 1193  
F 205 251 1256  
HUIELAW.COM

FILED  
2021 JUL 21  AM 8: 35  
CLERK  
US BANKRUPTCY COURT  
DISTRICT OF DELAWARE

Email: jshaw@huielaw.com  
Direct Dial: (205) 297-8828

July 14, 2021

Una O'Boyle, Clerk  
UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE  
824 N. Market Street  
3rd Floor  
Wilmington, DE 19801

RE: *In re: Bayou Steel BD Holdings, LLC/George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel, BD Holdings, LLC v. Jefferson Iron & Metal Brokerage, Inc.*  
In the United States Bankruptcy Court for the District of Delaware  
Chapter 7 Case No.: 19-12153 (KBO)  
Adv. Proc. No.: 21-50211 (KBO)  
Our File: 1454-0012

Dear Clerk O'Boyle:

I am local counsel in Alabama to Jefferson Iron and Metal Brokerage, Inc. I have not appeared in this case but do wish to bring a matter to the attention of the Court and Clerk.

Counsel for the Trustee and our Alabama counsel negotiated a settlement resulting in a Motion to Dismiss the AP against Jefferson Iron and Metal Brokerage, Inc. I attach a copy of that motion. In looking on PACER we cannot find that there has ever been an order entered on that motion. To the extent that you have the ability to bring to this to the attention to the Court, it would be greatly appreciated.

Yours very truly,

HUIE, FERNAMBUCQ & STEWART, LLP

James R. Shaw

:pam

cc: Andrew W. Caine, Esq.  
Charles Denaburg, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON IRON & METAL BROKERAGE, INC.,<br><br>Defendant. | Adv. Proc. No. 21-50211 (KBO) |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to that certain *Settlement Agreement*, entered into by and between plaintiff George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, L.L.C., and defendant Jefferson Iron & Metal Brokerage, Inc., and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Plaintiff hereby dismisses the above-referenced adversary proceeding with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: May 10, 2021

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
         acaine@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Plaintiff*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

DOCS_DE:234248.1 57095/002