**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| August 17, 2021 | 11:00 a.m. Eastern Time (Omnibus Hearing) |
| September 21, 2021 | 10:00 a.m. Eastern Time (Omnibus Hearing) |

Dated: July 21st, 2021
Wilmington, Delaware

*Ka B. Ow.*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:228617.9 57095/001