IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
|---|---|

**Objection Deadline: October 11, 2021 at 4:00 p.m. (ET)**
**Hearing Date: November 9, 2021 at 10:00 a.m. (ET)**

**THIRD INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AUGUST 31, 2021**

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective as of March 2, 2020 by order signed on or about March 24, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2021 through August 31, 2021[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $389,612.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 41,092.71 |

This is an: monthly x interim final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $800.00.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/17/20 | 03/02/20 – 09/30/20 (Non-Contingent) | $250,636.00 | $9,726.62 | $249,286.00[3] | $9,726.62 |
| 02/24/21 | 03/02/20 – 01/31/21 (Contingent) | $433,819.25 | $4,986.92 | $433,819.25 | $4,986.92 |

**SUMMARY OF PREFERENCE RECOVERIES[4]**

| Company Name | Settlement Details | 25% of Recovery |
|---|---|---|
| Kentucky Machine & Engineering, Inc | $35,000.00 | $8,750.00 |
| HERAEUS ELECTRO NITE CO, LLC | $40,000.00 | $10,000.00 |
| A3M VACUUM SERVICES, LLC | $20,000.00 | $5,000.00 |
| MAGNESITA REFRACTORIES COMPANY | $90,000.00 | $22,500.00 |
| RHI US LTD | $70,000.00 | $17,500.00 |
| AIR LIQUIDE LARGE INDUSTRIES U.S. LP | $10,000.00 | $2,500.00 |
| JEFFERSON IRON AND METAL BROKERAGE, INC. | $37,500.00 | $9,375.00 |
| Refractory Sales & Service Co, Inc. | $50,000.00 | $12,500.00 |
| TENNESSEE ASSOCIATED ELECTRIC, LLC | $20,000.00 | $5,000.00 |
| P&S TRANSPORTATION, LLC | $9,000.00 | $2,250.00 |
| DIAMOND E TRUCKING, INC. | $10,000.00 | $2,500.00 |
| CERTIFIED LABORATORIES DIVISION OF NCH CORPORATION | $18,000.00 | $4,500.00 |
| BNSF RAILWAY COMPANY | $7,500.00 | $1,875.00 |
| SERVICE STEEL WAREHOUSE CO. LP | $372,596.00 | $93,149.00 |
| STRICKLAND TRADING, INC. | $186,355.00 | $46,588.75 |
| SOUTHERN HAULERS CO., L.L.C. | $40,000.00 | $10,000.00 |
| LHOIST NORTH AMERICA OF ALABAMA, LLC | $110,000.00 | $27,500.00 |
| TMS INTERNATIONAL, LLC | $40,000.00 | $10,000.00 |
| QUALITY MACHINE MANUFACTURING | $40,000.00 | $10,000.00 |
| QUALITY MACHINE WORKS, INC. | $30,000.00 | $7,500.00 |
| CONTRACTORS STEEL COMPANY | $40,000.00 | $10,000.00 |
| ALL SCRAP METALS LLC | $50,000.00 | $12,500.00 |

---

[3] This amount reflects an agreed reduction of $1,350.00 in fees based on comments from the Office of the United States Trustee. PSZ&J reserves all rights to seek approval of this fee reduction in its final fee application in these cases.

[4] The Trustee has not yet received all payments pursuant to the settlements. The Firm is asking in this Application for the Trustee to have authority to pay the Firm, on an interim basis and without further order of this Court, the Firm's contingent fee of 25% of recoveries upon the Trustee's receipt of payment of the recoveries.

| | | |
|---|---|---|
| RUSSIAN FERRO-ALLOYS, INC. | $65,000.00 | $16,250.00 |
| OPTA USA [previously sued INLAND RC, L.L.C. f/d/b/a OPTA MINERALS (ELYRIA)] | $80,000.00 | $20,000.00 |
| SUNFLOWER CONSTRUCTION, LLC | $25,000.00 | $6,250.00 |
| BETON, L.L.C. | $20,000.00 | $5,000.00 |
| XPRESS RECYCLING, INC. | $42,500.00 | $10,625.00 |
| Total: | $1,558,451.00 | $389,612.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T Conference Call | $ 2.85 |
| Delivery/Courier Service | Advita | $ 31.86 |
| Federal Express | | $ 1,274.01 |
| Filing Fee | USBC | $33,818.00 |
| Fax Transmittal | Outgoing only | $ 0.25 |
| Legal Research | Lexis/Nexis | $ 9.45 |
| Outside Services | Guaranteed Subpoena Service; The Bifferato Firm | $ 482.19 |
| Court Research | Pacer | $ 162.70 |
| Postage | US Mail | $ 2,666.30 |
| Reproduction Expense | | $ 1,596.80 |
| Reproduction/Scan Copy | | $ 1,027.30 |
| Overtime | LuTisha | $ 21.00 |
| Total: | | $41,092.71 |

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
|---|---|

**Objection Deadline: October 11, 2021 at 4:00 p.m. (ET)**
**Hearing Date: November 9, 2021 at 10:00 a.m. (ET)**

**THIRD INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR <u>THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AUGUST 31, 2021</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel for the Chapter 7 Trustee, hereby submits its Third Interim (Contingent Fee Matters) Application for Compensation and for Reimbursement of Expenses for the Period from February 1, 2021 through August 31, 2021 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $389,612.75 and actual and necessary expenses in the amount of $41,092.71 for a total allowance of $430,705.46, and payment of the unpaid amount of such fees and expenses,

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

for the period February 1, 2021 through August 31, 2021 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On October 1, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The cases were converted to Chapter 7 proceedings by order entered February 25, 2020. George L. Miller ("Chapter 7 Trustee") was appointed as the Chapter 7 Trustee in these cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was approved effective as of March 2, 2020 by this Court's "Order Granting Application of George L. Miller, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee Effective as of March 2, 2020," signed on or about March 24, 2020 (the "Retention Order"). PSZ&J is to be compensated for the prosecution and collection of chapter 5 causes of actions ("Preference Work" and "Preference Recoveries") on a 25% contingency fee basis, plus reimbursement of actual, necessary expenses.


**PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

4. All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee.

5. PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

6. The total amount of such Preference Recoveries is $389,612.75. Twenty-five per cent (25%) of the Preference Recoveries is $1,558,451.00. The Chapter 7 Trustee has not yet received payment of all of the Preference Recoveries. The Firm respectfully requests that the Court authorize the Chapter 7 Trustee to pay the Firm, on an interim basis and without further order of this Court, the Firm's contingent fee of 25% of the Preference Recoveries upon the Chapter 7 Trustee's receipt of payment of the Preference Recoveries.

**Actual and Necessary Expenses**

7. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

8. PSZ&J charges $.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Chapter 7 Trustee for the receipt of faxes in these cases.

9. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

10. The total amount of reasonable costs incurred and to be reimbursed to PSZ&J is $41,092.71.

**Summary of Services Rendered**

11. PSZ&J has performed its work as counsel in assisting the Chapter 7 Trustee with the recovery of assets, and performed all necessary professional services pursuant to the terms of its retention.

12. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Interim Period (comprising 25% of the Preference Recoveries) is $389,612.75.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that, for the period February 1, 2021 through August 31, 2021, an interim allowance be made to PSZ&J for compensation in the amount of $389,612.75 and actual and necessary expenses in the amount of $41,092.71 for a total allowance of $430,705.46; that the Chapter 7 Trustee be authorized to pay the Firm such allowed costs; that the Chapter 7 Trustee be authorized to pay without further order of this Court the Firm's contingent fee of 25% of the Preference Recoveries upon the Chapter 7 Trustee's

receipt of payment of the Preference Recoveries; and for such other and further relief as this Court may deem just and proper.

Dated:  September 27, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

**CERTIFICATION PURSUANT TO LOCAL RULE 2016-2(g)**

Bradford J. Sandler certifies as follows:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Bradford J. Sandler*
Bradford J. Sandler