# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

Miller/Bayou Steel

|  |  |
|---|---|
| | August 31, 2021 |
| Invoice | 128569 |
| Client | 57095 |
| Matter | 00001 |
| | **BJS** |

RE: Bayou Steel

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   08/31/2021

| | |
|---|---:|
| EXPENSES | $41,092.71 |
| **TOTAL CURRENT CHARGES** | **$41,092.71** |
| | |
| **LAST PAYMENT** | **$259,012.62** |
| **TOTAL BALANCE DUE** | **$175,428.71** |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

Page:    2
Invoice 128569
August 31, 2021

### Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $2.85 |
| Delivery/Courier Service | $31.86 |
| Federal Express [E108] | $1,274.01 |
| Filing Fee [E112] | $33,818.00 |
| Fax Transmittal [E104] | $0.25 |
| Lexis/Nexis- Legal Research [E | $9.45 |
| Outside Services | $482.19 |
| Pacer - Court Research | $162.70 |
| Postage [E108] | $2,666.30 |
| Reproduction Expense [E101] | $1,596.80 |
| Reproduction/ Scan Copy | $1,027.30 |
| Overtime | $21.00 |
| | $41,092.71 |

Pachulski Stang Ziehl & Jones LLP                          Page:    3
Miller, George L. (Bayou Steel                             Invoice 128569
57095    -00001                                            August 31, 2021

---

testing

## **Expenses**

| | | | |
|---|---|---|---:|
| 10/01/2020 | RE | ( 222 @0.10 PER PG) | 22.20 |
| 10/01/2020 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 10/01/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/01/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/02/2020 | PO | 57095.00001 :Postage Charges for 10-02-20 | 14.40 |
| 10/02/2020 | PO | 57095.00001 :Postage Charges for 10-02-20 | 9.60 |
| 10/02/2020 | PO | 57095.00001 :Postage Charges for 10-02-20 | 2.40 |
| 10/02/2020 | PO | 57095.00001 :Postage Charges for 10-02-20 | 102.20 |
| 10/02/2020 | PO | 57095.00001 :Postage Charges for 10-02-20 | 1.40 |
| 10/02/2020 | RE | ( 99 @0.10 PER PG) | 9.90 |
| 10/02/2020 | RE | ( 184 @0.10 PER PG) | 18.40 |
| 10/05/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/23/2020 | RE | ( 876 @0.10 PER PG) | 87.60 |
| 10/23/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/23/2020 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 10/28/2020 | PO | 57095.00001 :Postage Charges for 10-28-20 | 9.60 |
| 10/28/2020 | PO | 57095.00001 :Postage Charges for 10-28-20 | 118.40 |
| 11/03/2020 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 11/03/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/03/2020 | RE | ( 1387 @0.10 PER PG) | 138.70 |
| 11/03/2020 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 11/03/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/03/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/03/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2020 | LN | 57095.00001 Lexis Charges for 11-09-20 | 0.78 |
| 11/09/2020 | LN | 57095.00001 Lexis Charges for 11-09-20 | 8.67 |
| 11/09/2020 | PO | 57095.00001 :Postage Charges for 11-09-20 | 88.80 |
| 11/09/2020 | PO | 57095.00001 :Postage Charges for 11-09-20 | 573.50 |
| 11/09/2020 | PO | 57095.00001 :Postage Charges for 11-09-20 | 1.60 |
| 11/16/2020 | RE | ( 146 @0.10 PER PG) | 14.60 |
| 11/16/2020 | RE | ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

| | | | |
|---|---|---|---|
| 11/16/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/16/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/16/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/17/2020 | RE | ( 3922 @0.10 PER PG) | 392.20 |
| 11/17/2020 | RE | ( 7696 @0.10 PER PG) | 769.60 |
| 11/17/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/17/2020 | RE2 | SCAN/COPY ( 224 @0.10 PER PG) | 22.40 |
| 11/17/2020 | RE2 | SCAN/COPY ( 106 @0.10 PER PG) | 10.60 |
| 11/17/2020 | RE2 | SCAN/COPY ( 224 @0.10 PER PG) | 22.40 |
| 12/02/2020 | PO | 57095.00001 :Postage Charges for 12-02-20 | 26.30 |
| 12/02/2020 | PO | 57095.00001 :Postage Charges for 12-02-20 | 88.80 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 10.02 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 16.78 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 15.37 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 16.44 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 15.27 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 29.04 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 10.02 |
| 12/04/2020 | FE | 57095.00001 FedEx Charges for 12-04-20 | 16.78 |
| 12/04/2020 | RE | ( 72 @0.10 PER PG) | 7.20 |
| 12/04/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/04/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/07/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/07/2020 | RE | ( 292 @0.10 PER PG) | 29.20 |
| 12/07/2020 | RE | ( 73 @0.10 PER PG) | 7.30 |
| 12/07/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/07/2020 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 12/07/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/07/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/07/2020 | SO | Secretarial Overtime - (Advita) LuTisha | 21.00 |
| 12/09/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/09/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/09/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/10/2020 | PO | 57095.00001 :Postage Charges for 12-10-20 | 10.80 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

| Date | Type | Description | Amount |
|---|---|---|---|
| 12/10/2020 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 12/17/2020 | PO | 57095.00001 :Postage Charges for 12-17-20 | 10.80 |
| 12/17/2020 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 12/17/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2021 | PO | 57095.00001 :Postage Charges for 01-04-21 | 1.20 |
| 01/04/2021 | PO | 57095.00001 :Postage Charges for 01-04-21 | 1.60 |
| 01/04/2021 | PO | 57095.00001 :Postage Charges for 01-04-21 | 2.40 |
| 01/04/2021 | PO | 57095.00001 :Postage Charges for 01-04-21 | 1.20 |
| 01/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/06/2021 | FE | 57095.00001 FedEx Charges for 01-06-21 | 18.10 |
| 01/12/2021 | PO | 57095.00001 :Postage Charges for 01-12-21 | 26.30 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 10.51 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 18.10 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 16.42 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 18.10 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 17.75 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 16.17 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 13.92 |
| 01/14/2021 | FE | 57095.00001 FedEx Charges for 01-14-21 | 28.51 |
| 01/14/2021 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 01/20/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 02/03/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 02/03/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 02/03/2021 | RE | ( 146 @0.10 PER PG) | 14.60 |
| 02/03/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 10.59 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 14.02 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 16.29 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 30.85 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 18.23 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 16.54 |
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 36.23 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

| | | | |
|---|---|---|---|
| 02/16/2021 | FE | 57095.00001 FedEx Charges for 02-16-21 | 17.87 |
| 02/16/2021 | PO | 57095.00001 :Postage Charges for 02-16-21 | 26.30 |
| 02/16/2021 | PO | 57095.00001 :Postage Charges for 02-16-21 | 12.80 |
| 02/16/2021 | PO | 57095.00001 :Postage Charges for 02-16-21 | 62.00 |
| 02/16/2021 | PO | 57095.00001 :Postage Charges for 02-16-21 | 1.20 |
| 02/16/2021 | PO | 57095.00001 :Postage Charges for 02-16-21 | 146.00 |
| 02/16/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 02/16/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/16/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 02/16/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/16/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/17/2021 | FX | 57095.00001 Fax Pages for 02-17-21 | 0.25 |
| 02/17/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/17/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/17/2021 | RE2 | SCAN/COPY ( 120 @0.10 PER PG) | 12.00 |
| 02/17/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 02/17/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/18/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 02/18/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 02/18/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/23/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2021 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 02/23/2021 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 02/23/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/23/2021 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 02/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/23/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/23/2021 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/23/2021 | RE2 | SCAN/COPY ( 416 @0.10 PER PG) | 41.60 |
| 02/23/2021 | RE2 | SCAN/COPY ( 272 @0.10 PER PG) | 27.20 |
| 02/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

| | | | |
|---|---|---|---|
| 02/24/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2021 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 02/24/2021 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 02/24/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2021 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 02/24/2021 | RE2 | SCAN/COPY ( 2304 @0.10 PER PG) | 230.40 |
| 02/24/2021 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 02/24/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/25/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/25/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/25/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/25/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/25/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/25/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 72.10 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 2.80 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 16.00 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 3.50 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 4.80 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 1.60 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 40.60 |
| 03/01/2021 | PO | 57095.00001 :Postage Charges for 03-01-21 | 0.70 |
| 03/01/2021 | RE | ( 39 @0.10 PER PG) | 3.90 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                   Page:    8
Miller, George L. (Bayou Steel                                      Invoice 128569
57095    -00001                                                    August 31, 2021

| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    9
Miller, George L. (Bayou Steel                                       Invoice 128569
57095    -00001                                                      August 31, 2021

---

| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/01/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | FF | Filing Fee [E112]USBC, District Court of Delaware, LDJ | 2,800.00 |
| 03/02/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 03/02/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 218 @0.10 PER PG) | 21.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 03/02/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/02/2021 | RE2 | SCAN/COPY ( 218 @0.10 PER PG) | 21.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/02/2021 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | 14.40 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

| | | | |
|---|---|---|---|
| 03/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 872 @0.10 PER PG) | 87.20 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/02/2021 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/02/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/02/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 03/02/2021 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 03/02/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/02/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/02/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/02/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    11
Miller, George L. (Bayou Steel                                      Invoice 128569
57095    -00001                                                     August 31, 2021

| | | | |
|---|---|---|---|
| 03/02/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 03/03/2021 | FF | Filing Fee [E112] USBC, District of Delaware, LDJ | 3,500.00 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 1.00 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 19.70 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 16.50 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 25.30 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 5.60 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 32.20 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 16.10 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 5.40 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 24.70 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 58.70 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 23.20 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 72.40 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 16.10 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 92.30 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 1.00 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 128.80 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 20.10 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 45.00 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 24.90 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 46.10 |
| 03/03/2021 | PO | 57095.00001 :Postage Charges for 03-03-21 | 28.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

| | | | |
|---|---|---|---|
| 03/03/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/03/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/03/2021 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 03/03/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/03/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 152 @0.10 PER PG) | 15.20 |
| 03/03/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/03/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/03/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/03/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/03/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 03/03/2021 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

| | | | |
|---|---|---|---|
| 03/03/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/04/2021 | FF | Filing Fee [E112] USBC, District of Delaware, LDJ | 3,500.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 300 @0.10 PER PG) | 30.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/04/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/04/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/04/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/04/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 03/04/2021 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095   -00001

| | | | |
|---|---|---|---:|
| 03/04/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/04/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 03/04/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/04/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/05/2021 | FF | Filing Fee [E112] USBC, District of Delaware, LDJ | 3,500.00 |
| 03/05/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/08/2021 | FF | Filing Fee [E112] USBC, District of Delaware, LDJ | 1,400.00 |
| 03/08/2021 | FF | Filing Fee [E112] USBC, District of Delaware, LDJ | 19,118.00 |
| 03/11/2021 | PO | 57095.00001 :Postage Charges for 03-11-21 | 26.30 |
| 03/11/2021 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 03/11/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 03/15/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/15/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/15/2021 | RE2 | SCAN/COPY ( 152 @0.10 PER PG) | 15.20 |
| 03/15/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/15/2021 | RE2 | SCAN/COPY ( 312 @0.10 PER PG) | 31.20 |
| 03/15/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 10.69 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 16.70 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 18.04 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 16.44 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 14.16 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 18.40 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 18.40 |
| 03/16/2021 | FE | 57095.00001 FedEx Charges for 03-16-21 | 30.97 |
| 03/16/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 03/16/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/22/2021 | PO | 57095.00001 :Postage Charges for 03-22-21 | 1.40 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

Page:    15
Invoice 128569
August 31, 2021

| 03/22/2021 | PO | 57095.00001 :Postage Charges for 03-22-21 | 86.40 |
| 03/22/2021 | PO | 57095.00001 :Postage Charges for 03-22-21 | 18.90 |
| 03/22/2021 | PO | 57095.00001 :Postage Charges for 03-22-21 | 3.20 |
| 03/23/2021 | RE | ( 476 @0.10 PER PG) | 47.60 |
| 03/23/2021 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 03/23/2021 | RE | ( 14 @0.10 PER PG) | 1.40 |
| 03/23/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/23/2021 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 03/30/2021 | CC | Conference Call [E105] AT&T Conference Call, CRR | 2.85 |
| 03/30/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 9.60 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 5.00 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 16.00 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 26.30 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 14.00 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 19.20 |
| 04/02/2021 | PO | 57095.00001 :Postage Charges for 04-02-21 | 8.40 |
| 04/05/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/05/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/07/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/14/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 10.66 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 18.36 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 16.66 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 18.00 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 16.40 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 14.12 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 12.94 |
| 04/20/2021 | FE | 57095.00001 FedEx Charges for 04-20-21 | 18.36 |
| 04/20/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

| | | | |
|---|---|---|---|
| 04/20/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 04/20/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/20/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/20/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2021 | RE2 | SCAN/COPY ( 184 @0.10 PER PG) | 18.40 |
| 04/20/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/20/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/20/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/20/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/20/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/20/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 04/28/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 04/28/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2021 | RE2 | SCAN/COPY ( 272 @0.10 PER PG) | 27.20 |
| 04/28/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/28/2021 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/28/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/29/2021 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 05/07/2021 | PO | 57095.00001 :Postage Charges for 05-07-21 | 9.60 |
| 05/13/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 05/14/2021 | PO | 57095.00001 :Postage Charges for 05-14-21 | 12.80 |
| 05/14/2021 | PO | 57095.00001 :Postage Charges for 05-14-21 | 26.30 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 10.74 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 18.49 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 16.77 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 18.49 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 18.13 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 16.52 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 13.03 |
| 05/24/2021 | FE | 57095.00001 FedEx Charges for 05-24-21 | 14.22 |
| 05/24/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

Page:    17
Invoice 128569
August 31, 2021

| | | | |
|---|---|---|---|
| 05/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/24/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/25/2021 | PO | 57095.00001 :Postage Charges for 05-25-21 | 90.00 |
| 05/25/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/28/2021 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 05/28/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/28/2021 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 05/28/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/01/2021 | PO | 57095.00001 :Postage Charges for 06-01-21 | 4.80 |
| 06/14/2021 | PO | 57095.00001 :Postage Charges for 06-14-21 | 2.40 |
| 06/14/2021 | PO | 57095.00001 :Postage Charges for 06-14-21 | 1.20 |
| 06/14/2021 | PO | 57095.00001 :Postage Charges for 06-14-21 | 26.30 |
| 06/14/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/14/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/16/2021 | OS | Guaranteed Subpoena Service, LDJ | 70.05 |
| 06/16/2021 | OS | Guaranteed Subpoena Service, LDJ | 162.14 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 10.76 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 18.53 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 16.81 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 18.53 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 18.17 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 16.56 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 13.06 |
| 06/18/2021 | FE | 57095.00001 FedEx Charges for 06-18-21 | 14.25 |
| 06/18/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/18/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Miller, George L. (Bayou Steel

57095    -00001

| 06/24/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
|---|---|---|---|
| 06/25/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/28/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/12/2021 | OS | The Bifferato Firm, Inv. 2587, AWC | 250.00 |
| 07/12/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/12/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 13.21 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 14.42 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 10.89 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 18.75 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 17.01 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 18.38 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 16.75 |
| 07/23/2021 | FE | 57095.00001 FedEx Charges for 07-23-21 | 18.75 |
| 07/23/2021 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 07/23/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/26/2021 | DC | 57095.00001 Advita Charges for 07-26-21 | 31.86 |
| 08/02/2021 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 08/02/2021 | RE2 | SCAN/COPY ( 139 @0.10 PER PG) | 13.90 |
| 08/02/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 08/02/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/02/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/03/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 08/05/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/05/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/09/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 08/09/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 08/09/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 08/09/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/09/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/09/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/11/2021 | PO | 57095.00001 :Postage Charges for 08-11-21 | 22.40 |
| 08/11/2021 | PO | 57095.00001 :Postage Charges for 08-11-21 | 26.30 |
| 08/11/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Miller, George L. (Bayou Steel
57095    -00001

Page:    19
Invoice 128569
August 31, 2021

| | | | |
|---|---|---|---:|
| 08/11/2021 | RE2 | SCAN/COPY ( 416 @0.10 PER PG) | 41.60 |
| 08/11/2021 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 08/11/2021 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 08/13/2021 | FE | 57095.00001 FedEx Charges for 08-13-21 | 10.91 |
| 08/13/2021 | FE | 57095.00001 FedEx Charges for 08-13-21 | 18.79 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 10.86 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 16.97 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 18.71 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 18.34 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 16.71 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 14.39 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 18.71 |
| 08/16/2021 | FE | 57095.00001 FedEx Charges for 08-16-21 | 31.18 |
| 08/16/2021 | RE | ( 54 @0.10 PER PG) | 5.40 |
| 08/16/2021 | RE | ( 36 @0.10 PER PG) | 3.60 |
| 08/16/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 08/16/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/24/2021 | PO | 57095.00001 :Postage Charges for 08-24-21 | 8.00 |
| 08/30/2021 | PO | 57095.00001 :Postage Charges for 08-30-21 | 15.80 |
| 08/31/2021 | PAC | Pacer - Court Research | 162.70 |

**Total Expenses for this Matter**                     **$41,092.71**