IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

**ORDER GRANTING THIRD INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AUGUST 31, 2021**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Third Interim (Contingent Fee Matters) Application for allowance of compensation and reimbursement of expenses for the period from February 1, 2021 through August 31, 2021 (the "Third Interim Application"), seeking allowance and payment of a contingent fee equal to 25% of the preference recoveries set forth in the Third Interim Application ("Preference Recoveries"), plus costs. The Court has reviewed the Third Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Application, and any hearing on the Third Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Application. Accordingly, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

DOCS_DE:236200.1 57095/001

2

ORDERED that the Third Interim Application is GRANTED, on an interim basis. Fees in the amount of $389,612.75, and costs in the amount of $41,092.71, are allowed on an interim basis for the period from February 1, 2021 through August 31, 2021.

ORDERED that the Trustee is authorized to immediately pay the Firm its allowed costs, and the Trustee is further authorized to pay the Firm's contingent fee of 25% of the Preference Recoveries without further order of this Court when and to the extent that the Trustee receives payment of the Preference Recoveries.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.