# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 27th day of September, 2021, I caused a copy of the following to be served on the attached service list in the manner indicated.

**Third Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From February 1, 2021 Through August 31, 2021**

Dated: September 27, 2021

              */s/ Peter J. Keane*
              Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The Debtors' former location was: 138 Highway 3217, LaPlace, Louisiana 70068.

DOCS_DE:231749.3 57095/001

Bayou Steel 2002 Service List Expedited
Case No. 19-12153 (KBO)
Document No. 227709
08 – First Class Mail
91 – Electronic Mail

(Counsel to George L. Miller, Ch 7 Trustee)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;
crobinson@pszjlaw.com;
pkeane@pszjlaw.com**

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
PO Box 7346 (19101-7346)
Philadelphia, PA  19104

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors; Top 30 Creditors)
Louisiana Scrap Metal Recycling of Baton Rouge, Inc.
Attn: Daniel Richard
2200 Cameron Street
Lafayette, LA  70506

**FIRST CLASS MAIL**
(Committee of Unsecured Creditors)
Tokia Caribon GE LLC
Attn: Jay McCloy
6210 Ardey Kell Road, Suite 270
Charolette, NC  28277

**FIRST CLASS MAIL**
(Top Creditors)
Alter Trading Corporation
700 Office Parkway
St. Louis, MO  63141-7124

**FIRST CLASS MAIL**
(Top Creditors)
The David J Joseph Company
PO Box 632960
Cincinnati, OH 45263-2960

**FIRST CLASS MAIL**
(Top Creditors)
JLE Industries, LLC
Jamie Marchionda
119 Icmi Road, Suite 210
Dunbar, PA  15431

**FIRST CLASS MAIL**
(Top Creditors)
TMS International, LLC
2835 E Carson St., Ste 300
Pittsburgh, PA 15302-5126

**FIRST CLASS MAIL**
(Top Creditors)
Minerais U.S. LLC
Andrew Cooke
105 Raider Blvd
Hillsborough, NJ  08844

**ELECTRONIC MAIL**
(Counsel for the Debtor)
Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Ave, Suite 1101
Wilmington, DE  19801
**Email:  cward@polsinelli.com;
skatona@polsinelli.com;
sastringer@polsinelli.com**

**ELECTRONIC MAIL**
Office of the United States Trustee
Delaware
Linda J Casey, Esquire
844 King St Ste 2207
Lockbox 35
Wilmington, DE  19801
**Email:  Linda.Casey@usdoj.gov**

**ELECTRONIC MAIL**
US Attorney for Delaware
David C Weiss c/o Ellen Slights
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801
**Email: usade.ecfbankruptcy@usdoj.gov**

**ELECTRONIC MAIL**
Delaware Attorney General
Kathy Jennings, Esquire
820 N French St
Carvel State Office Building
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

**ELECTRONIC MAIL**
Delaware Dept of Justice
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

**ELECTRONIC MAIL**
(Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders)
Mark D Collins, Esquire
David T Queroli, Esquire
Richards Layton & Finger
920 North King St
One Rodney Square
Wilmington, DE  19801
**Email:  collins@rlf.com; queroli@rlf.com**

**ELECTRONIC MAIL**
(Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"))
Susan E Kaufman, Esquire
Law Office of Susan E Kaufman LLC
919 North Market Street, Suite 460
Wilmington, DE  19801
**Email:  skaufman@skaufmanlaw.com**

**ELECTRONIC MAIL**
(Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent)
Seth A Niederman, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
**Email:  sniederman@foxrothschild.com**

**ELECTRONIC MAIL**
(Counsel to Westchester Fire Insurance Company and its affiliated sureties)
Gary D Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801
**Email:  gbressler@mdmc-law.com**

**ELECTRONIC MAIL**
(Counsel to M. Brashem, Inc. and MBI Rolls, LLC; and Rockwood Water, Sewer and Gas)
Karen C Bifferato, Esquire
Kelly M Conlan, Esquire
Christopher Griffiths, Esquire
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE  19801
**Email: kbifferato@connollygallagher.com; kconlan@connollygallagher.com; cgriffiths@connollygallagher.com**

2

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
G David Dean, Esquire
Patrick J Reilley, Esquire
Cole Schotz PC
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
**Email:  ddean@coleschotz.com;
preilley@coleschotz.com;**

**ELECTRONIC MAIL**
(Counsel to TMS International, LLC)
Jack Elliott, Esquire
Eric M Sutty, Esquire
Elliott Greenleaf PC
1105 N. Market Street, Suite 1700
Wilmington, DE  19801
**Email:  jpe@elliottgreenleaf.com;
ems@elliottgreenleaf.com**

**ELECTRONIC MAIL**
(Counsel to RHI US Ltd. and Magnesita Refractories Company
Matthew G Summers, Esquire
Chantelle D McClamb, Esquire
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE  19801
**Email:  mcclambc@ballardspahr.com;
summersm@ballardspahr.com;**

**ELECTRONIC MAIL**
(Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana)
David M. Klauder, Esquire
BIELLI & KLAUDER, LLC
1204 N. King Street
Wilmington, DE  19801
**Email:  dklauder@bk-legal.com**

**ELECTRONIC MAIL**
(Counsel to Trinity Industries Leasing Co.)
Jason D. Angelo, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
**Email: jangelo@reedsmith.com**

**ELECTRONIC MAIL**
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
**Email:  dosdoc_bankruptcy@state.de.us**

**ELECTRONIC MAIL**
Delaware State Treasury
820 Silver Lake Blvd Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

**ELECTRONIC MAIL**
Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD  21201
**Email:  SBSE.Insolvency.Balt@irs.gov**

**ELECTRONIC MAIL**
Securities & Exchange Commission
100 F St NE
Washington, DC  20549
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

**ELECTRONIC MAIL**
Securities & Exchange Commission
G Jeffrey Boujoukos Regional Director
1617 JFK Boulevard Ste 520
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

3

**ELECTRONIC MAIL**
Securities & Exchange Commission NY Office
Marc Berger Regional Director
200 Vesey St Ste 400
Brookfield Place
New York, NY  10281-1022
**Email:  bankruptcynoticeschr@sec.gov**

**ELECTRONIC MAIL**
(Counsel to Bank of America NA as Admninistrative Agent, the Prepetition Agent for itself and other prepetition lenders)
William L Wallander, Esquire
Bradley Foxman, Esquire
Matthew J Pyeatt, Esquire
Vinson & Elkins
2001 Ross Ave Ste 3900
Trammell Crow Center
Dallas, TX  75201
**Email:  bwallander@velaw.com;**
**bfoxman@velaw.com;**
**mpyeatt@velaw.com**

**ELECTRONIC MAIL**
(Counsel to Black Diamond Commercial Finance, LLC, the Subordinated Term Loan Agent)
Daniel J McGuire, Esquire
Winston & Strawn LLP
35 W Wacker Dr
Chicago, IL  60601-9703
**Email:  dmcguire@winston.com**

**ELECTRONIC MAIL**
(Committee of Unsecured Creditors; Top 30 Creditors)
American State Equipment Co., Inc
Attn: Timothy Kraut
2055 South 108th Street
PO Box 270287
Milwaukee, WI  53227
**Email:  tkraut@amstate.com**

**ELECTRONIC MAIL**
(Committee of Unsecured Creditors; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"))
United Steelworkers
David R Jury, Anthony Resnick
60 Boulevard of the Allies, Room 807
Pittsburgh, PA  15222
**Email:  djury@usw.org;**
**aresnick@usw.org**

**ELECTRONIC MAIL**
(Counsel to JLE Industries, LLC)
Trent Echard, Esquire
Echard Marquette PC
4773 William Flynn Highway
Allison Park, PA  15101
**Email:  trent@trustemlaw.com**

**ELECTRONIC MAIL**
(Counsel to Westchester Fire Insurance Company and its affiliated sureties)
Michael R Morano, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mount Kemble Ave.
Morristown, NJ  07960
**Email:  mmorano@mdmc-law.com**

**ELECTRONIC MAIL**
(Counsel to D&B Metals Inc.)
Michael S. Held, Esquire
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX  75201
**Email:  mheld@jw.com**

4

**ELECTRONIC MAIL**
Pension Benefit Guaranty Corporation
Carolyn J. Lachman, Attorney
C Wayne Owen Jr.
Simon J Torres
1200 K Street, N.W.
Office of the General Counsel
Washington, DC  20005-4026
**Email:  lachman.carolyn@pbgc.gov;
owen.wayne@pbgc.gov;
efile@pbgc.gov;
torres.simon@pbgc.gov**

**ELECTRONIC MAIL**
(Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers"))
Richard M Seltzer, Esquire
Melissa S Woods, Esquire
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, NY  10036
**Email:  rseltzer@cwsny.com;
mwoods@cwsny.com**

**ELECTRONIC MAIL**
(Counsel to Tokai Carbon GE LLC)
Amy Pritchard Williams, Esquire
Troutman Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC  28202
**Email:  amy.williams@troutman.com**

**ELECTRONIC MAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Jason R Adams, Esquire
Lauren S Schlussel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
**Email:  jadams@kelleydrye.com;
lschlussel@kelleydrye.com**

**ELECTRONIC MAIL**
(Counsel to Port of South Louisiana)
Alan H. Goodman, Esquire
Richard G. Passler, Esquire
Breazeale Sachse & Wilson LLP
909 Poydras Street, Suite 1500
New Orleans, LA  70112
**Email:  alan.goodman@bswllp.com;
richard.passler@bswllp.com**

**ELECTRONIC MAIL**
(Counsel to State of Louisiana, Office of the Attorney General)
State of Louisiana Department of Justice, Office of Attorney General Jeff Landry
Christopher Lento
PO Box 94005
Baton Rouge, LA  70804-9005
**Email:  lentoc@ag.louisiana.gov**

**ELECTRONIC MAIL**
(Counsel to Traxys North America LLC)
Rick A. Steinberg, Esquire
Price Meese Shulman & D'Arminio PC
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ  07677
**Email:  rsteinberg@pricemeese.com**

**ELECTRONIC MAIL**
(Union Pacific Railroad Company)
Union Pacific Railroad Company
Tonya W Conley, Lila L Howe
1400 Douglass Street, Stop 1580
Omaha, NE  68179
**Email:  bankruptcynotices@up.com**

**ELECTRONIC MAIL**
(Counsel to Hero Lands Company, LLC)
Robert M. Greenbaum, Esquire
Smith Kane Holman LLC
112 Moores Road, Suite 300
Malvern, PA  19355
**Email:  rgreenbaum@skhlaw.com**

**ELECTRONIC MAIL**
(Counsel to Hero Lands Company, LLC)
Francis J Lobrano, Esquire
Carver Darden
147 Keating Drive
PO Box 208
Belle Chasse, LA  70037
**Email:  lobrano@carverdarden.com**

**ELECTRONIC MAIL**
(Counsel to Oracle America, Inc.)
Shawn M Christianson, Esquire
Buchalter PC
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

**ELECTRONIC MAIL**
(Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana)
Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana
Douglas M. Chapoton, Esquire
5525 Reitz Avenue
Baton Rouge, LA  70809-3802
**Email:  douglas.chapoton@bcbsla.com**

**ELECTRONIC MAIL**
(Tennessee Attorney General's Office)
TN Dept of Env't and Conservation
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

**ELECTRONIC MAIL**
(Top Creditors)
Tokai Carbon GE LLC
Kelly Correll
6210 Audry Kell Road Suite 270
Charlotte, NC  28277
**Email: kelly.correll@tokaicarbonusa.com**

**ELECTRONIC MAIL**
(Top Creditors)
Barfield Enterprises, Inc.
Christine Bossier
PO Box 218
New Boston, TX  75570
**Email:  cmbossier@aol.com**

**ELECTRONIC MAIL**
(Top Creditors)
Kodiak Metals Recycling Inc.
James Dickinson
1010 Avenue S
Dickinson, TX  77586
**Email:  ckl@kodiakresources.net**

**ELECTRONIC MAIL**
(Top Creditors)
Proler Southwest Inc.
Linh Nguyen
PO Box 53028
Houston, TX  77052
**Email:  linh.nguyen@simsmm.com**

**ELECTRONIC MAIL**
(Top Creditors)
Derichebourg Recycling USA, Inc.
Danielle Canga
7501 Wallisville Road
Houston, TX  77020-3543
**Email:  danielle.canga@derichebourg.com**

**ELECTRONIC MAIL**
(Top Creditors)
LA Scrap Metal Recycling of B.R.
Daniel Richard
2527 S Westport Drive
Port Allen, LA  70767
**Email:  drichard@lascrapmetal.com**

**ELECTRONIC MAIL**
(Top Creditors)
Strickland Trading Inc.
B. Wallace
101 Carnoustie
Shoal Creek, AL  35242
**Email:  bwallace@stricklandtrading.com**

**ELECTRONIC MAIL**
(Top Creditors)
Protrade Steel Company, Ltd
5700 Darrow Road
Suite 114
Hudson, OH  44236
**Email:  atan@protradesteel.com;
freightap@protradesteel.com**

**ELECTRONIC MAIL**
(Top Creditors)
Pacific Foundry Company
136  Durham  Avenue
New Jersey, NJ  08840
**Email:  zeno@pfcroll.com**

**ELECTRONIC MAIL**
(Top Creditors)
River Parish Contractors Inc.
Shawn Becnel
4007 West Airline Hwy
PO Box 2650
Reserve, LA  70084-0545
**Email:  shawn.becnel@rpcontractors.com**

**ELECTRONIC MAIL**
(Top Creditors)
LA Scrap Processors
Daniel Richard
2200 Cameron Street
Lafayette, LA  70506
**Email:  drichard@lascrapmetal.com**

**ELECTRONIC MAIL**
(Top Creditors)
Gong Chang %MPSI
Dave Baldea
PO Box 4030
Carmel, IN  46082
**Email:  vikingsport@msn.com**

**ELECTRONIC MAIL**
(Top Creditors)
Pull A Part
Rebecca Kim
4473 Tilly Mill Road
Atlanta,  GA  30360
**Email:  rebeccak@pullapart.com**

**ELECTRONIC MAIL**
(Top Creditors)
Lhoist North America
John Beatty
3700 Hulen Street
Fort Worth, TX 76107
**Email:  john.beatty@lhoist.com**

**ELECTRONIC MAIL**
(Top Creditors)
Diamond E Trucking
C Mitchell
214 Veterans Blvd
PO Box 1056
Denham Springs, LA 70726
**Email:  diamondetrucking@yahoo.com**

**ELECTRONIC MAIL**
(Top Creditors)
Kone Cranes
Keith Miner
3115 Laplace Lane
Laplace, LA 70068
**Email:  keith.miner@konecranes.com**

**ELECTRONIC MAIL**
(Top Creditors)
Jefferson Iron & Metal
3940 Montclair Road, #300
PO Box 131449
Birmingham, AL  35213
**Email:  danny@jeffiron.com**

**ELECTRONIC MAIL**
(Top Creditors)
American State Equipment
2055 South 108th Street
Milwaukee, WI  53227
**Email:  mhocking@amstate.com**

**ELECTRONIC MAIL**
(Top Creditors)
M. Brashem, Inc
14023 Ne 18th Street
Bellevue, WA  98007
**Email:  mikeb@mbrashem.com**

**ELECTRONIC MAIL**
(Top Creditors)
American Roll Group LLC
Kevin McCaffrey
28182 N Hayden Road
Scottsdale, AZ  85266
**Email:  rollvendor@gmail.com**

**ELECTRONIC MAIL**
(Top Creditors)
Applied Industrial
5516 Powell Street
Harahan, LA  70183-3427
**Email: sc0273@applied.com**

**ELECTRONIC MAIL**
(Top Creditors)
Scrap Connection
Stacey Griffin
1954 Highway 182
Houma, LA  70364
**Email:  motorcrossmoma@yahoo.com**

**ELECTRONIC MAIL**
(Top Creditors)
Rochester Iron And Metal, Inc.
Michele Morgan
1552 E. Lucas Street
Rochester, IN  46975
**Email:  mmorgan@rochesteriron.com**

**ELECTRONIC MAIL**
(Top Creditors)
Hisar Celik C O MPSI Rolls
Dave Baldea
PO Box 4030
Carmel, IN  46082-4030
**Email:  vikingsport@msn.com**

**ELECTRONIC MAIL**
(Counsel to Steel and Pipe Supply
Company, Inc.)
Eric J. Monzo, Esq.
Douglas N. Candeub, Esq.
Sarah M. Ennis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, De  19801
**Email:  emonzo@morrisjames.com;
dcandeub@morrisjames.com;
sennis@morrisjames.com**

**ELECTRONIC MAIL**
(Counsel to Defendant M.A.R.S., Inc,
d/b/a Modern American Recycling Services)
Davis Lee Wright, Esq.
ROBINSON &COLE LLP
1201 N. Market Street, Suite 1406
Wilmington, DE  19801
**Email: dwright@rc.com**

8