# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et. al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 9, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: October 12, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OF DEFENSE COSTS AND OTHER LOSSES UNDER DIRECTORS AND OFFICERS INSURANCE POLICY

**PLEASE TAKE NOTICE** that on September 28, 2021, Rob Archambault, Terrence Taft, and Robert Unfried (collectively, the "Movants"), former independent directors of the Debtors who are defendants in the adversary proceedings styled *George L. Miller in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., et al. v. Black Diamond Capital Management, L.L.C., et al.,* Adversary Proceeding No. 18-50603 (the "Trustee Lawsuit"), have filed the *Motion for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Insurance Policy* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on November 9, 2021 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Court on or before **October 12, 2021 at 4:00 p.m. (ET)**, and at the same time, you must also serve a copy of the response or objection upon the undersigned.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.**

*[Signature Block Follows]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

Dated: September 28, 2021
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
       jgentile@beneschlaw.com

-and-

Sven T. Nylen (*pro hac vice* application to follow)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried*