**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C.,<br>*et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br>**Ref. Docket No. 799** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH AUGUST 31, 2021**

The undersigned hereby certifies as follows:

1.      On September 27, 2021, Pachulski Stang Ziehl & Jones LLP, as counsel for the

Chapter 7 Trustee in the above-captioned cases, filed the *Third Interim (Contingent Fee Matters)*

*Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones*

*LLP, as Counsel to the Chapter 7 Trustee, for the Period From February 1, 2021 Through*

*August 31, 2021* [Docket No. 799] (the "Application") with the Court.

2.      Pursuant to the notice of Application, responses were due to be filed on or prior to

October 11, 2021 at 4:00 p.m. (Eastern Time).  The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to

the Application appears thereon.

3.      A hearing on the Application is scheduled for November 9, 2021 at 10:00 a.m.

(prevailing Eastern Time) before the Honorable Karen B. Owens, at the United States

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2

Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom

#3, Wilmington, DE 19801.

Dated:  October 14, 2021                    PACHULSKI STANG ZIEHL & JONES LLP


                                             */s/ Peter J. Keane*
                                             Bradford J. Sandler (DE Bar No. 4142)
                                             Colin R. Robinson (DE Bar No. 5524)
                                             Peter J. Keane (DE Bar No. 5503)
                                             919 North Market Street, 17th Floor
                                             Wilmington, DE 19801
                                             Telephone: 302-652-4100
                                             Facsimile:  302-652-4400
                                             E-mail:  bsandler@pszjlaw.com
                                                      crobinson@pszjlaw.com
                                                      pkeane@pszjlaw.com

                                             *Counsel for George L. Miller, Chapter 7 Trustee*

2