## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 19-12153 (KBO) |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et. al.*,[1] | (Jointly Administered) |
| Debtors. | **RE: D.I. 801** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT OF DEFENSE COSTS AND OTHER LOSSES UNDER DIRECTORS AND OFFICERS INSURANCE POLICY

The undersigned certifies as follows:

1.      On September 28, 2021, the movants, Rob Archambault, Terrence Taft, and Robert Unfried (collectively, the "Movants"), certain former independent directors of the Debtors and defendants in the adversary proceeding styled *George L. Miller in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., et al. v. Black Diamond Capital Management, L.L.C., et al.,* Adversary Proceeding No. 18-50603 (the "Trustee Lawsuit"), filed the *Motion for Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Losses Under Directors and Officers Insurance Policy* (the "Motion").

2.      Pursuant to the *Notice of Motion* filed with the Motion, objections to the Motion were to be filed by no later than October 12, 2021, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

3.      Prior to the Objection Deadline, the Movants received informal comments to the Motion (the "Comments") from the Chapter 7 Trustee.  Other than the Comments from the Chapter 7 Trustee, no other parties formally or informally objected to the Motion.

4.      The undersigned has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

5.      As a result of the Comments, the Movants have revised the proposed form of order submitted with the Motion.  Attached hereto as **Exhibit A** is a revised form of order incorporating the Comments (the "Proposed Order").  A blackline reflecting the changes between the Proposed Order and the version originally submitted with the Motion is attached hereto as **Exhibit B**.

6.      The undersigned has circulated the Proposed Order to counsel for the Chapter 7 Trustee, who has informed the Movants that the Chapter 7 Trustee does not object to the entry of the Proposed Order, as revised.

7.      Accordingly, the Movants respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at the Court's convenience.

*[Signature Page Follows]*

15152996 v1

Dated: November 2, 2021
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
      jgentile@beneschlaw.com

-and-

Sven T. Nylen (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com

*Counsel to Movants Rob Archambault, Terry Taft,
and Bob Unfried*

15152996v1