IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 806** |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MILLER COFFEY TATE LLP, AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH SEPTEMBER 30, 2021**

Miller Coffey Tate, LLP ("MCT"), as Accountants and Bankruptcy Consultants for the Chapter 7 Trustee in the above-captioned cases, filed a Second Interim Fee Application for allowance of compensation and reimbursement of expenses for October 1, 2020 through September 30, 2021 (the "Second Interim Application"). The Court has reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and any hearing on the Second Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $238,826.00,[2] and costs in the amount of $1,724.87, are allowed on an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

[2] This amount reflects a reduction of $1,300.00 in fees based upon a duplicate time entry included in the Second Interim Application.

DOCS_DE:231729.3 57095/001

interim basis. The Chapter 7 Trustee in the above cases shall pay to MCT the sum of $238,826.00 as compensation and $1,724.87 as reimbursement of expenses, for a total of $240,550.87 for services rendered and disbursements incurred by MCT for the period October 1, 2020 through September 30, 2021.

      ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 4th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**