**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BAYOU STEEL BD HOLDINGS, LLC, *et al*.,[1] | ) | Case No. 19-12153 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that as of December 13, 2021, the mailing address for Gary

D. Bressler, counsel for creditor Westchester Fire Insurance Company ("WFIC"), in the above-

captioned Chapter 7 cases has changed to:

New Address:
Gary D. Bressler, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, **Suite 1014**
Wilmington, DE 19801

Former Address:
Gary D. Bressler, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses, telephone

numbers and facsimile numbers affiliated with Gary D. Bressler remain the same.

**PLEASE TAKE FURTHER NOTICE** that the mailing addresses, e-mail addresses,

telephone numbers and facsimile numbers affiliated with other attorneys who have noticed their

appearance on behalf of WFIC remain the same.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents that require receipt or service by the Creditor are to be directed to the new address.

MCELROY DEUTSCH, MULVANEY
 & CARPENTER, LLP

Dated:  December 21, 2021

*/s/ Gary D. Bressler*
Gary D. Bressler #5544
300 Delaware Ave., Suite 1014
Wilmington, DE 19801
Telephone: (302) 300-4515
Facsimile: (302) 654-4031
E-mail: gbressler@mdmc-law.com

*Counsel to Westchester Fire Insurance Company*