IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>       Plaintiff,<br><br>vs.<br><br>BOBBY LASHLEY CORPORATION,<br>DELTA FABRICATION & MACHINE INC.,<br><br>       Defendants. | Adv. Proc. No. 21-50204 (KBO)<br>Adv. Proc. No. 21-50207 (KBO) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders entered in the above-captioned adversary proceedings on August 17, 2021.

Attached hereto is the status for the above-referenced cases associated with Bayou Steel BD Holdings, L.L.C., *et al.*, Case No. 19-12153 (KBO).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

|  |  |
|---|---|
| Dated: April 18, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor, P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>           acaine@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee* |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Bobby Lashley Corporation | 21-50204 | Ian Connor Bifferato is the appointed mediator. Per the scheduling order, the mediator is in the process of scheduling a mediation date. |
| Delta Fabrication & Machine Inc. | 21-50207 | Ian Connor Bifferato is the appointed mediator. Per the scheduling order, the mediator is in the process of scheduling a mediation date. |