# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 28, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date: August 11, 2022 at 9:30 a.m. (ET)** |

## NOTICE OF MOTION

**TO:** Counsel for the Chapter 7 Trustee, the Office of the United States Trustee, and all parties requesting notices pursuant to Bankruptcy Rule 2002.

Shared Management Resources, Ltd. and Charles S. Deutchman (collectively, "SMR") filed the attached **Motion of Shared Management Resources, Ltd. and Charles S. Deutchman for an Order Granting Allowance of Chapter 7 Administrative Expense Claim Pursuant To 11 U.S.C. §§ 503(a) and 503(b)(1)(A)** in the above-captioned chapter 7 cases (the "Motion").

Responses or objections to the Motion, if any, are to be filed on or before **June 28, 2022 at 4:00 p.m. (ET)**. At the same time, you must serve a copy of the response or objection on the undersigned attorneys.

If any responses or objections are timely filed in accordance with this Notice, a hearing on the Motion will be held on **August 11, 2022 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Case 19-12153-KBO    Doc 837-1    Filed 06/14/22    Page 2 of 2

Dated: June 14, 2022
      Wilmington, Delaware

Respectfully submitted,

WHITEFORD TAYLOR & PRESTON, LLC

*/s/ Stephen B. Gerald*
Stephen B. Gerald (Bar No. 5857)
600 North King Street, Suite 300
Wilmington, Delaware 19801-3700
Telephone:  (302) 357-3282
Facsimile:  (302) 357-3272
Email:  sgerald@wtplaw.com

*Attorneys for Shared Management Resources, Ltd. and Charles S. Deutchman*

2