# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. _____** |

**ORDER GRANTING MOTION OF SHARED MANAGEMENT RESOURCES, LTD. AND CHARLES S. DEUTCHMAN FOR AN ORDER GRANTING ALLOWANCE OF CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(a) AND 503(b)(1)(A)**

Upon the Motion of Shared Management Resources, Ltd. and Charles S. Deutchman (collectively, "SMR") for an Order Granting Allowance of a Chapter 7 Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a), 503(b)(1)(A), and 105(a); and the Court having considered the Motion and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding under 28 U.S.C.§ 157(b)(2); and that notice of the Motion was sufficient; and the Court having determined that the legal and factual basis set forth in the Motion establish cause for the relief granted herein; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that SMR is hereby granted an allowed chapter 7 administrative expense claim in the amount of $33,016; and it is further

ORDERED that the Court shall retain jurisdiction to hear any and all disputes arising from this Order.