IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BAYOU STEEL BD | ) | Case No. 19-12153 (KBO) |
| HOLDINGS, L.L.C., *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 857** |

**ORDER GRANTING FOURTH INTERIM (NON-CONTINGENT)
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM OCTOBER 1, 2020 THROUGH AUGUST 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7

Trustee in the above-captioned cases, filed a Fourth Interim (Non-Contingent) application for

allowance of compensation and reimbursement of expenses for October 1, 2020 through August

31, 2022 (the "Fourth Interim Application"). The Court has reviewed the Fourth Interim

Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (b) notice of the Fourth Interim Application, and any hearing on the Fourth

Interim Application, was adequate under the circumstances; and (c) all persons with standing

have been afforded the opportunity to be heard on the Fourth Interim Application. Accordingly,

it is hereby

ORDERED that the Fourth Interim Application is GRANTED, on an interim

basis. Fees in the amount of $236,721.50, and costs in the amount of $4,528.20, are allowed on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984); BD Bayou Steel Investment, LLC,
a Delaware limited liability company (1222), and BD La Place, LLC, a Delaware limited liability company (5783).
The Debtors' former mailing address was: 138 Highway 3217, LaPlace, Louisiana 70068.

an interim basis.  The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $236,721.50 as compensation and $4,528.20 as reimbursement of expenses, for a total of $241,249.70 for services rendered and disbursements incurred by PSZ&J for the period October 1, 2020 through August 31, 2022.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 12th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**