IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 887** |

ORDER GRANTING
FIFTH INTERIM (CONTINGENT FEE MATTERS) APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
TO THE CHAPTER 7 TRUSTEE, FOR THE FINAL CONTINGENT FEE
PERIOD OF MARCH 2, 2020 THROUGH MAY 31, 2023 INCLUDING THE
5TH INTERIM FEE PERIOD OF SEPTEMBER 1, 2021 THROUGH MAY 31, 2023

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Fifth Interim (Contingent Fee Matters) Application for allowance of compensation and reimbursement of expenses for the period from March 2, 2020 through May 31, 2023 (the "Fifth Interim Application"), seeking final allowance and payment of a contingent fee equal to 25% of the preference recoveries set forth in the Fifth Interim Application ("Preference Recoveries"), plus costs. The Court has reviewed the Fifth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Interim Application, and any hearing on the Fifth Interim Application, was adequate under the circumstances; and (c) all persons with standing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

have been afforded the opportunity to be heard on the Fifth Interim Application. Accordingly, it is hereby

ORDERED that the Fifth Interim Application is GRANTED, on a final basis. Fees in the amount of $980,932.00, and costs in the amount of $143,638.05, are allowed on a final basis for contingent fee work for the period from March 2, 2020 through May 31, 2023, including fees in the amount of $157,500.00, and costs in the amount of $97,558.72 for the 5th Interim Fee Period of September 1, 2021 through May 31, 2023.

ORDERED that this order only applies to contingent fees matters and the Firm may file a separate final fee application for non-contingent fee matters.

ORDERED that the Trustee is authorized to immediately pay the Firm its allowed costs and fees to the extent unpaid.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 3rd, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**