IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BAYOU STEEL BD | ) | Case No. 19-12153 (KBO) |
| HOLDINGS, L.L.C., *et al*.[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 944** |

### ORDER GRANTING SEVENTH INTERIM (NON-CONTINGENT) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JULY 31, 2025

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Seventh Interim (Non-Contingent) application for allowance of compensation and reimbursement of expenses for January 1, 2025 through July 31, 2025 (the "Seventh Interim Application"). The Court has reviewed the Seventh Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Seventh Interim Application, and any hearing on the Seventh Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Seventh Interim Application. Accordingly, it is hereby

ORDERED that the Seventh Interim Application is GRANTED, on an interim basis. Fees in the amount of $50,434.50, and costs in the amount of $1,747.12, are allowed on an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984); BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD La Place, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address in these cases is 138 Highway 3217, LaPlace, Louisiana 70068.

4902-9896-2025.1 57095.001

interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $50,434.50 as compensation and $1,747.12 as reimbursement of expenses, for a total of $52,181.62 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2025 through July 31, 2025.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 7th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**